# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| EXPRESS MOBILE, INC., § § Plaintiff, § § v. § § GOOGLE LLC, § § Defendant. § § | CIVIL ACTION No. 6:20-cv-00804-ADA JURY TRIAL DEMANDED |

**DECLARATION OF ANDRE GOLUEKE IN SUPPORT OF DEFENDANT GOOGLE LLC'S OPPOSED MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA**

# FILED UNDER SEAL