# EXHIBIT 1

## Contact

www.linkedin.com/in/sarah-spagnol-51801a8 (LinkedIn)

### Top Skills
Enterprise Software
Lead Generation
New Business Development

# Sarah Spagnol
Head of Workspace North Central at Google
Austin, Texas Metropolitan Area

## Summary

Experienced in technology sales and leadership, working with organizations to leverage technology to accomplish goals across all lines of business.  Most recently accomplished in helping organizations achieve cultural transformation through Google technologies for the Enterprise.  Passionate about enabling employee engagement within organizations so everyone can work smarter and let technology get out of the way.

---

## Experience

**Google**
10 years 9 months

Head of Workspace - North Central
January 2021 - Present (1 month)
Austin, Texas, United States

Head of GSuite Specialist Team - Central, Canada, and East
April 2019 - January 2021 (1 year 10 months)

Head of Mid Atlantic Cloud Sales
June 2018 - April 2019 (11 months)
Austin, Texas Area

Google Cloud Territory Manager
January 2012 - June 2018 (6 years 6 months)

Enterprise Mid-Market Account Manager - Google Apps and Postini
May 2010 - January 2012 (1 year 9 months)

**Sage**
1 year 8 months

Customer Account Manager
September 2009 - April 2010 (8 months)

•Managed annual team quota of $3,000,000

•Innovated and implemented a strategic marketing campaign management plan for a team of 10 customer account managers which increased marketing lead conversion rates from less than 10% to over 80% in the first quarter of deployment

•Prospected new business on a national level through a combination of proactive outbound calling, as well as qualifying 50-100 marketing leads weekly

•Built and developed key relationships with over 100 Sage Business Partners including C-Level executives and top management

Inside Sales - Maintenance and Support Contracts, MAS 90 and 200
September 2008 - December 2009 (1 year 4 months)

• Apply a customer focused consultative sales process to both inbound and outbound calls, promoting a well rounded customer experience

• Earned multiple sales awards including the 100%+ club every quarter in first year, highest on-time customer renewal rates, and call contests for best over-all use of the sales process and highest call volume

• Generate product up-grade and add-on leads for customer account management team, achieving highest team average of product for 10 consecutive months

• Manage an average of 200 to 400 small to medium sized business customer accounts each month – qualifying both inbound renewal and upgrade product leads and proactively call outbound to generate new business

• Work with a network of over 100 channel partners in the Northwest, Southern California, Hawaii, and Alaska

Quest Software
1 year 1 month

Sales Representative
May 2007 - May 2008 (1 year 1 month)

• Managed all central government and key corporate partner accounts in England , Ireland, and Scotland; closed $600k in license revenue, achieving 110% of quarterly target

• Coordinated calling campaigns with product marketing team promotions, increasing Central Government leads from 5 to 15 downloads per week

• Prospected new accounts through incoming leads and also generated new business through outbound calling

• Managed leads and account data in Siebel Sales database on a daily basis to maintain up-to-date and organized account information

• Completed 7 Day LDL consultative sales process training program and assisted in coaching Sales Associate team on the process

Sales Associate
May 2007 - October 2007 (6 months)

• Generated leads and opportunities from outbound cold-calling and activities for all UK account reps contributing to a $190,000 revenue increase, 20% in sales of Database Management solutions
• Chosen out of 10 candidates by the UK Director of Product Management to manage lead generation campaigns in the launch of new SAP management software
• Achieved 200% of opportunity target every quarter through proactive outbound calling and identifying key sales potential in inbound leads
• Maintained an average of 350 outbound calls per week in English and French to all of the UK and Belgium

French Embassy
English Teacher
September 2006 - March 2007 (7 months)

• Planned 12 weekly English lessons for 3 different schools
• Created tests to quantify student knowledge and incorporated results into new programs to improve students English skills
• Utilized Excel and PowerPoint to report student performance to head teachers

―――

## Education

Penn State University
Bachelor of Science, Applied Business French · (2002 - 2006)

Pennsylvania State University, Smeal School of Business
Bachelor of Science, Business Management · (2002 - 2006)