# EXHIBIT 2

## Contact

www.linkedin.com/in/kirksteele1 (LinkedIn)

## Top Skills

Marketing
Demand Generation
Lead Generation

## Languages

English (Native or Bilingual)
Korean (Limited Working)

## Certifications

Google Ads Certified

## Honors-Awards

Hawes Scholar Award
Top 100 "Best & Brightest" MBAs in the U.S. & Europe
Millennial Marketer Panelist at Adobe Summit 2015

# Kirk Steele

Program Manager – Global Partner Programs & Strategy at Google
Austin

## Experience

Google
4 years 8 months

Program Manager – Global Partner Programs & Strategy, Google Cloud
May 2020 - Present (9 months)
Austin, Texas, United States

Design incentive strategy and programs to accelerate the adoption and growth of Google Cloud products and solutions at scale via partners.  Work closely with sales, channel marketing, operations, and finance to ensure effectiveness and success of in-market incentive initiatives.

• Developing new incentive program to enable partners to scalably and programmatically earn and reinvest funds into growing Google Cloud business.
• Executed communications elements for launch of COVID-19 short-term boost incentive.
• Drove data analysis to identify incentive adoption trends.

Strategic Partner Manager - Google Ads
June 2016 - May 2020 (4 years)
Austin, Texas Area

Business consultant to C-level executives at partners, advising them on developing growth strategies and go-to-market plans.  Worked cross-functionally across Google's internal product, sales enablement, developer relations, marketing, and account management teams to assist partners in executing growth plans.

• Selected as global business unit lead on steering committee working closely with Marketing to develop and execute operational plan for Google Marketing Live - the flagship industry event for Google Ads customers and partners - touching x.xK+ clients and $xxB+ in revenue.
• Led execution of Partner Executive Council with 267 executives from 29 countries representing 177 partners and $2.3B in revenue.
• Developed and led execution of business plan to drive adoption of Google's Attribution product solution at scale across xxx+ partners and xxxK+ accounts globally.  Drove 6 pp increase in adoption in Q3'19.

• Managed strategic alliance with 4 of the largest Google Premier Partners driving $316M in annual revenue and 6,800+ advertisers on Google's marketing products.
• Co-led project to revamp partner contract structure to drive increased growth.
• Consulted partners on human capital, profitability, organizational structure, and M&A activity.
• Represented Google at several external events and webinars with presentations on product & industry trends.

Strategy & Operations Lead, Go-to-Market – Platforms & Ecosystems, Global Partnerships
September 2019 - January 2020 (5 months)
Austin, Texas Area

Delivered strategic guidance and thought leadership to senior executives within global strategic alliances organization.  Developed go-to-market and partnerships strategy for Platform & Ecosystem products (Android, Chrome, Play) and drove cross-functional coordination and operational rigor to support the execution of key programs.

• Worked with cross-functional team to develop Google-wide 5G strategy and go-to-market plan, culminating in call-to-action going to CEO's leadership council.
• Drove collaboration across 5+ product groups to identify 5G products and co-marketing narratives to be packaged into commercial offering for Telecom carrier partners.
• Developed operational playbook for 2020 workstreams in support of high priority program with 20+ Director/VP-level stakeholders to align on industry strategy and accelerate velocity of partnership deals within Telecom vertical.
• Supported Android partnerships team in developing 2020 joint-business plans for top North American Telecom carriers which were presented to partner executives and received buy-in with action plans put into motion.
• Brought structure to a newly formed role while navigating product, organizational, and market ambiguity and quickly ramping up on complex industry ecosystem dynamics.

Google
MBA Intern - Strategic Partnerships
May 2015 - August 2015 (4 months)
Greater New York City Area

Responsible for strategic project to increase cross-sell penetration of Google Ads solution into channel partners' installed base of existing customers.

- Performed opportunity analysis on untapped market – sized at X.XM potential customers, $XXXM annual revenue.
- Interviewed 32 Channel Sales team members and 12 partners to identify root cause inhibiting cross-sell.
- Researched and refined several potential solutions to address barriers to cross-sell.
- Presented findings to executive leadership and received buy-in for several proposed solutions to be implemented.

Ford Motor Company
Zone Manager - Marketing & Sales Operations
August 2011 - August 2014 (3 years 1 month)
Greater Philadelphia Area

Managed partnership with 13 Ford franchises in the Philadelphia market with annual revenue of $255M. Consulted dealership management on market analysis, financial performance, marketing initiatives, and customer satisfaction. Assisted dealers in developing and executing annual business plans.

- Worked extensively with dealership management to develop digital marketing strategies and increase digital marketing spend to 50% of budget.
- Developed scorecard to measure and track dealers' performance on key drivers of sales and profitability to identify growth opportunities.  Assisted dealers in leveraging scorecard data to improve performance.
- Increased dealer sales volumes by 13% in 2013 with dealer profitability up 11%.
- #1 Zone in Philadelphia Region for sales growth and market share performance in 2012.

Hewlett-Packard
2 years 3 months

Marketing Specialist
June 2010 - July 2011 (1 year 2 months)
Fort Collins, Colorado Area

Facilitated alignment between marketing organization and U.S. sales force. Improved marketing activities through campaign set up and support; budget tracking; and orchestrating communications and projects.

• Executed marketing event series in 5 U.S. cities that resulted in $650K in potential revenue.
• Implemented and managed online webinar portal that generated $896K in sales leads.
• Designed and coordinated training for sales force on lead generation process and tools with a 97% satisfaction rating.
• Drove project to provide feedback to marketing from sales force on in-market effectiveness of campaigns.

Inside Account Manager
May 2009 - June 2010 (1 year 2 months)
Little Rock, Arkansas Area

Created and maintained strategic relationships with set of 80 mid-market accounts.  Worked extensively with Hewlett-Packard's channel partners to execute quarterly business plans to increase revenue growth and account penetration.

• Quota attainment of 156%.

Hewlett-Packard
Marketing Intern
May 2008 - August 2008 (4 months)
Fort Collins, Colorado Area

Member of a cross-functional team investigating strategic growth opportunities. Investigated and developed a business plan for an Options & Accessories business unit within the Storage Division.

• Executed exhaustive study of division's product lines to identify high-potential accessories.
• Interviewed product managers responsible for candidate product lines to further explore viability.
• Completed in-depth financial analysis of growth potential for targeted accessory products.
• Proposed business unit received executive buy-in with projected annual revenue of $7.5M.

---

# Education

Brigham Young University Marriott School of Business

Master of Business Administration - MBA, Strategy and Marketing · (2014 - 2016)

### Brigham Young University Marriott School of Business

Bachelor of Science - BS, Marketing Management · (2003 - 2009)