# EXHIBIT 3

## Contact

www.linkedin.com/in/hayleyweycer
(LinkedIn)

## Top Skills

Social Media

Business Development

Customer Service

# Hayley Weycer

Account Executive, Google Cloud

Austin

## Experience

**Google**
2 years 11 months

Account Executive, Google Cloud
December 2020 - Present (2 months)

Customer Development & Success, Automotive & Manufacturing,
Google Cloud
February 2020 - December 2020 (11 months)
My role is an extension of the Key Account Team for Google Cloud's largest
Enterprise customers. We strategize and support customer acquisition, cloud
project management, customer engagement, training, and ongoing success.

Google Cloud Program Manager, Enterprise Customer Development
March 2018 - February 2020 (2 years)
Austin, Texas Area

**Oracle**
Business Development Consultant
July 2017 - March 2018 (9 months)
Austin, Texas Area

———

## Education

The University of Texas at Austin
Bachelor of Science (B.S.), Advertising

## Contact

www.linkedin.com/in/fredeggert
(LinkedIn)

## Top Skills

Microsoft Office
Leadership
Microsoft Excel

# Fred Eggert

Deal Strategy & Operations | Google Cloud

Austin, Texas Metropolitan Area

## Summary

Contact me via email, fredeggert@google.com

_____

## Experience

### Google
2 years 8 months

**Deal Strategy & Operations**
January 2021 - Present (1 month)
Austin, Texas, United States

**Cross Sell Program Manager | Google Cloud**
May 2019 - January 2021 (1 year 9 months)
Austin, Texas Area

-Supporting the SMB market to deliver cutting edge technologies within the
Google Cloud Platform/Google Workspace suite of solutions.
-Enabling the customer facing team to deliver value on Google Workspace
parallel services such as Google Voice and Google Cloud Platform

**Federal Account Representative | Google Cloud**
June 2018 - May 2019 (1 year)
Austin, Texas Area

Working with Fed/Civ Agencies to implement and execute on Google's cutting
edge Cloud Technologies.

### Check Point Software Technologies, Ltd.
**Channel Services Manager, Strategic Accounts**
February 2017 - June 2018 (1 year 5 months)
Reston, VA

-Moved to supporting the Strategic Accounts renewal business for the Mid-
Atlantic and New England regions for FY18
-Primary objective is to maximize services revenue from existing customer
base while driving upsells during periodic account reviews
-Travel on site to clients for renewal consultation and planning alongside the
account team

-Coordinate with account teams to execute multi-quarter renewal plans and sales cycles
-Drive reliable partner relationships to maximize effectiveness and quality customer contact
-Carrying a $47M renewals quota

FY17: Mid-Atlantic & Carolinas Commercial
-Supporting the Mid-Atlantic and Carolinas Commercial Field Teams in the Renewal Business
-Drove $13M in product and services renewals

## Oracle
Sales Development Representative
February 2016 - February 2017 (1 year 1 month)
Reston, VA

Class Of Graduate: Winter, Feb '16
Q4FY16: Worked on the State and Local West team covering AK, HI, CA, OR, WA expanding the Fusion Middleware footprint in those territories. Achieved 361% attainment.
Q1FY17: Moved to the hyper-focus Small & Midsize Governments team, a strategic focus for Oracle. Covered AK, HI, CA, OR, WA, NV, ID. Achieved 179% attainment.
Q2FY17: Achieved 135% attainment.

## Fellowship of Christian Athletes
Area Representative
May 2014 - January 2016 (1 year 9 months)
Southern Maryland

Working out of Southern Maryland in our Mid-Atlantice Region, I equip, encourage, and empower over 25 high school and middle school huddles including with the leadership and resources of FCA. Moreover, I oversee and quite often coordinate our Coach's huddles as well as our community outreach through several events per year across our three county region (Charles, St. Mary's, Calvert). Our mission is to impact the world for Jesus Christ through the influence of coaches and athletes.

_____

# Education

## Georgetown University
Bachelor of Arts (B.A.), Government Major, Theology Minor

Mater Dei High School

# Lauren Roche

Professional Services at Google

Austin

## Contact

www.linkedin.com/in/lauren-roche1
(LinkedIn)

## Top Skills

Management

Marketing

Microsoft Excel

## Experience

### Google
Google Cloud - Professional Services
July 2020 - Present (7 months)
Austin, Texas, United States

### McCombs School of Business, The University of Texas at Austin
MBA Candidate
August 2018 - May 2020 (1 year 10 months)
Austin, Texas

### Next Coast Ventures
MBA Intern
January 2019 - December 2019 (1 year)
Austin, TX

Built by entrepreneurs, for entrepreneurs. At Next Coast, we focus on supporting the best entrepreneurs in the world as they build their businesses. We love the passion our entrepreneurs bring to solving big problems and we believe that type of innovation can happen on any coast.

### Google
Google Cloud - MBA Intern
May 2019 - August 2019 (4 months)
Austin, Texas Area

### Quorum Software
5 years 11 months

Manager
February 2017 - July 2018 (1 year 6 months)
Houston, Texas Area

Senior Consultant
June 2014 - February 2017 (2 years 9 months)
Houston, Texas Area

Consultant

September 2012 - June 2014 (1 year 10 months)
Houston, Texas Area

## NOLA Couture
Senior Associate
April 2010 - May 2012 (2 years 2 months)
New Orleans, LA

Devised operational planning strategies for new product development including material sourcing, manufacturing, transportation, storage, and distribution.
Coordinated merchandise production and subsequent marketing and sales efforts.
Gathered research data for the new-to-enter markets, including target stores, successful products, sales pricing, and required licensing agreements.
Oversaw a collective effort to redesign and re-launch the e-commerce website.

## Formula Street
Brand Ambassador - Team Lead
January 2011 - April 2012 (1 year 4 months)
New Orleans, LA

Promoted leading brands and sample products through guerilla marketing leading to an increase in sales and greater brand recognition.
Managed brand ambassadors during on-premise events to create a hands-on marketing campaign built upon direct communication with consumers.

------

# Education

### The University of Texas at Austin - Red McCombs School of Business
Master of Business Administration - MBA  · (2018 - 2020)

### Tulane University - A.B. Freeman School of Business
Management & Marketing · (2008 - 2012)

### Copenhagen Business School
Study Abroad Program · (2010)

### The Cambridge School of Weston
 · (2004 - 2008)

## Contact

www.linkedin.com/in/
jamesrobertleonard (LinkedIn)

## Top Skills

Educational Technology

Public Speaking

Sales Management

## Certifications

Teaching Credential: Secondary
English

# James Leonard

Global Channel Lead - G Suite Enterprise for Education at Google

Austin

## Summary

Access to Information is changing the way we communicate, work, and learn. With the answer to any question always a click away, technology can make learning possible for everyone, anywhere.

At Google, we're all about solving problems. Sometimes practically and other times with wild, imaginative -- or even unimaginable -- solutions. These ideas are born through education, when curiosity meets access to information. The technology we build and the programs we create are meant to turn curiosity into action. That's why we have a vested interest in learning in all forms, and a commitment to make it equally possible.

Our goal is to help more students feel engaged and love learning, to encourage their curiosity, to let them work together, to explore and create, to try something new, to make stuff and to always try again.

Since behind every student are great teachers, we also focus on building products and tools designed for the classroom that help educators do what they do best, even better.

Follow me on Twitter @ twitter.com/JamesLeonard1

———

## Experience

### Google

7 years 8 months

Global Channel Lead - G Suite Enterprise for Education
September 2020 - Present (5 months)
Austin, Texas, United States

Head of Education Sales, UK/I
July 2016 - September 2020 (4 years 3 months)
London, United Kingdom

Regional Manager, Texas + Midwest
June 2013 - July 2016 (3 years 2 months)
Mountain View, CA


IXL Learning
Educational Technology Consultant
July 2012 - June 2013 (1 year)
San Francisco Bay Area


Teach for America
English & Math Teacher
August 2010 - 2012 (2 years)
San Jose, CA

Teach for America is a national organization that cultivates a movement
of leaders working to ensure that all children have access to an excellent
education. I taught 6th and 7th Grade English and 6th Grade Math at River
Glen School in San Jose, CA.

_____

# Education

## Boston College

BA, Political Science, Communication · (2006 - 2010)


## Loyola Marymount University

Graduate Teaching Credential, Urban Education · (2010 - 2011)

## Contact

www.linkedin.com/in/claire-levatino
(LinkedIn)

## Top Skills

Spanish

Leadership

Teamwork

## Languages

English

Spanish

## Certifications

Project Management Foundations

Women in Business Leadership - SC Johnson College of Business

# Claire Levatino

Account Executive, G Suite Specialist at Google

Austin

## Summary

Helping business take advantage of Google's Cloud technologies, AI / Machine Learning, G Suite, and the ability to turn data into value.

Experienced Account Manager and Researcher with a demonstrated history of working in the information services industry, client solutions, as well as a government background. Skilled in G Suite Solution Sales,  Google Cloud, Project Management, Customer/ Client Relations, Account Management, Sales Enablement & Training, Research, International Relations/Policy, and proficient in Spanish. Strong research professional with a Bachelor's Degree focused in International/Global Studies, Spanish, and Geography from Texas A&M University.

———

## Experience

**Google**

Account Executive, Google Workspace Specialist

March 2019 - Present (1 year 11 months)

Austin, Texas Area

- Part of the Enterprise Strategic Account Specialist team at Google managing Mid-Atlantic and south Eastern Google Workspace customers in the US, primarily focused on long tail accounts (100-1000 employees) for both new and existing customer segments
- Consulting and educating customers on their Google Workspace Environment making sure they utilize their current platform effectively while increasing adoption of the features/functionalities on the next tiers of service (Basic, Business, Enterprise)
- Implement sales and Go-to-Market strategies across the Eastern U.S. region, gathered customer and partner feedback to aide product development, and achieved strategic business goals via direct channels and partner enablement

**GLG (Gerson Lehrman Group)**

1 year 8 months

### Senior Associate, Client Solutions
January 2018 - February 2019 (1 year 2 months)
Austin, Texas Area

GLG is the world's leading B2B platform connecting professionals with expertise. We connect thousands of clients to the largest global network of subject-matter experts across every sector. We bring the power of insight to every great professional decision

Business leaders, investors, consultants, social entrepreneurs, and other top professionals rely on GLG to learn in short- and long-term engagements from its more than 500,000 members, experts in their respective fields. Clients partner with GLG to address their most complex strategic challenges, make better business decisions, and advance their careers through conversations, mentorships, small group convenings, surveys, and other interactions— all within a rigorous compliance framework. Global, technology-driven, and nimble, GLG's approximately 1,200 employees work in 22 offices in 12 countries. To find out more, visit GLG.it and follow @GLG.

I am part of the team serving Professional Services Firms for some of the largest strategy consulting firms in the world.

### Associate, Client Solutions
July 2017 - December 2017 (6 months)
Austin, Texas, Estados Unidos

### U.S. House of Representatives
Intern in 17th District Congressman Bill Flores' Office
January 2017 - June 2017 (6 months)
Bryan, Texas, Estados Unidos

Assisted in duties carried out in regional Congressional office directly under Regional Director
Contributed to constituent casework by contacting government agencies, processing documents, and receiving citizen concerns for ten hours per week
Answered constituent phone calls, emails, and written correspondence

### Texas A&M University
Student Worker
January 2016 - June 2017 (1 year 6 months)
Career Center

Interact directly with students and employers to ensure a friendly experience at the Career Center.

Work with over 70 recruiters to provide an effective atmosphere for interviews.
Perform clerical duties such as copying, interviewer check-in, data entry,
answering calls, and scheduling appointments.

### Accem
Intern
May 2016 - August 2016 (4 months)

Non Governemental Organization under the European Union
Provided work and attention to refugees and asylum-seekers in Sevilla, Spain
Unpaid internship five days a week speaking in all Spanish

### Allen Academy
Extended Day Teacher
September 2015 - January 2016 (5 months)

Responsible for the lower school students that are enrolled in the extended
day program, picking them up from class, helping with homework, and
providing structure and supervision until their parents can come pick them up.

### Mangieri's Pizza Cafe
Hostess/Cashier
May 2015 - January 2016 (9 months)
Austin, TX

Learned the inner workings of the service industry, how to deal with stress,
humility, and adaptability.
Sat guests hospitably and catered to any need they may have, while
organizing the flow and cleanliness of the restaurant
Took delivery, pick-up, and to-go orders teaching me how to interact with
customers and answer any questions they may have

### Office of Texas Governor Greg Abbott
Intern in the Budget and Policy Office
June 2015 - August 2015 (3 months)
Austin, TX

Interned in the Governor's Policy Department helping out the policy advisors
with analyzing bills, writing reports, attending meetings, scheduling, copying/
scanning, organizing bills, and anything else needed.
Had the opportunity to work with Texas state leaders and meet many important
people, including the Governor, teaching me professionalism, consistency, and
reliability
Unpaid position working five days a week

Texas Senate
Senate Messenger
May 2014 - August 2014 (4 months)
Austin, TX

Worked at the state capitol under the Sergeant at Arms running errands for the
Senators and working committees.
Performed clerical tasks for Texas Senators while working in the State Capitol.
Transported legislative documents between Senator offices.
Maintained high level of professionalism and integrity while working with
sensitive documents and corresponding with government officials.
Paid position working five days a week.

―――――

## Education

Texas A&M University
Bachelor of Arts - BA, International/Global Studies · (2013 - 2017)

Texas A&M University
Bachelor of Arts - BA, Spanish Language and Literature · (2013 - 2017)

Stephen F. Austin High School
High School, Academy of Global Studies · (2009 - 2013)

## Contact

www.linkedin.com/in/mark-strama-a737381 (LinkedIn)

# Mark Strama

Director at Google
Austin

## Experience

**Google**
Director
July 2013 - Present (7 years 7 months)
Austin, Texas Area

**Texas House of Representatives**
State Representative
January 2005 - June 2013 (8 years 6 months)

**NewVoter.com**
Founder and CEO
1998 - 2000 (2 years)

**Rock The Vote**
Director of Programs
1995 - 1997 (2 years)

_____

## Education

**Brown University**
B.A., Philosophy and Political Science · (1986 - 1990)

**Memorial High School**

## Contact

www.linkedin.com/in/jasonhi
(LinkedIn)

## Top Skills

Security
Microsoft Technologies
Enterprise Architecture

## Languages

English (Native or Bilingual)
Spanish (Professional Working)

# Jason Hinds

Managing Director of Customer Engineering - Google Cloud at
Google

Austin, Texas Metropolitan Area

## Summary

Let me help your business aspirations become reality through the
use of Google Cloud Technology and Solutions. I have led business
development for Cloud Solutions in all industries across North and
South America for the likes of all major players: Microsoft, Amazon
Web Services and now Google.

That means I can help you navigate through the IT and business
needs requirements, the security discussions, the ROI justification,
as well as the use-cases and stories. You'll need all of this and more
if you really want to enable change.

I am a true IT Change and Transition Agent!  I can pull from my
technical and business background in both cloud and on-premises
solutions to make your aspirations a reality!

——————

## Experience

Google
Managing Director of Customer Engineering - Google Cloud
December 2019 - Present (1 year 2 months)
As the leader for Google Cloud Customer Engineering organization, I am
responsible for working directly with customers to grow their businesses -
both through the development of go-to-market partnerships and through the
adoption of technology platforms.

My organization works with customers to solve complex business and
technology problems through the joint solution design and implementation
of platforms for IoT, modern web applications, containerized applications,
hybrid/multi-cloud, machine learning, legacy enterprise applications, high-
performance computing, big data & analytics, devops, storage/backup &
disaster recovery, security and more. We work with customers to build these

solutions directly on Google Cloud Platform, GSuite, Android and Chrome as well as with Google Technology Partner solutions and Open Source platforms.

## EY
### Executive Director - Digital Advisory: Cloud
March 2019 - December 2019 (10 months)
Americas

Building a Better Working World - Advising clients on Business-Focused Digital Transformation.

## Microsoft
2 years 5 months

### Sr Director, Azure Intelligent Cloud, Financial Services
September 2018 - March 2019 (7 months)
US Central and West Regions

I am responsible for the Azure business for the US Central and West Regions for Microsoft Financial Services, leading an organziation of exemplary professionals to assist our customers ingame-changing solutions designed to allow them to digitally transform their business in a cutting edge, secure, compliant manner utilizing the power of the Microsoft Cloud!

### Chief Information Security Officer, Financial Services
September 2017 - March 2019 (1 year 7 months)
Austin, TX

Inspiring the Digital Transformation of our Financial Services industry customers by working with them to enable their users and support their customers securely utilizing the Microsoft Cloud.

### Chief Information Security Officer, Corporate Accounts
November 2016 - September 2017 (11 months)

Responsible for ensuring customer success and value of the Microsoft Platform.  Leading a region of professionals to deliver top customer satisfaction for Microsoft Azure, Office 365, Dynamics 365, by working with them to enable their business to run in the cloud in a secure, compliant manner.

## Amazon Web Services
### Sr Leader, Solution Architecture
January 2015 - November 2016 (1 year 11 months)
Seattle, WA

In my role with AWS, I was responsible for the Specialization Solutions Architecture team, supporting the Global Sales Organization.  The team was

the leading experts in the areas of Big Data/Analytics, High Performance Computing, Media & Entertainment, Internet of Things (IoT), Security, etc for the AWS team and supported our customers globally.  In addition, we worked as the technical liaison to the Product Teams in terms of directions needed to support customers.

### Microsoft
9 years 11 months

### Director - Solution Sales
August 2013 - December 2014 (1 year 5 months)

Director of Solution Sales  for the South Central US.  This includes sales and deployment all productivity and collaboration solutions in the Microsoft stack for Enterprise customers.

### Technology Sales & Solution Architecture
October 2008 - August 2013 (4 years 11 months)

Director for Microsoft Online Services responsilble for Canada, LATAM and small portion of South Central US.  This included working with field sales teams to close strategic deals throughout the territory as well as working with the Product Teams to develop the vision/strategy for the Online Solutions.

### Program & Engagement Manager
August 2006 - October 2008 (2 years 3 months)

Responsible for successful deployment of consulting projects for the Austin and San Antonio customer base. Led company in utilization (375%) and attainment (215%) for the EM role world wide.   Also responsible for Program Management of Operations and Reporting for the Serices Business Desk, World Wide Services at Microsoft

### Solutions Architect
February 2005 - August 2006 (1 year 7 months)
Austin, TX

Responsible for successful architecture and deployment of customer solutions on the Microsoft Platform.

### NASA
4 years 9 months

### Chief IT Engineer
January 2003 - February 2005 (2 years 2 months)

Reporting to the CTO - responsible for agency-wide implementation of collaboration stack, including email, instant messaging and document collaboration.

### Computer Security Manager
February 2002 - January 2003 (1 year)
Houston, TX

Managed Security planning and implementation processes for the Johnson Space Center IT Organization.

### Logistical Engineer
June 2000 - February 2002 (1 year 9 months)
Houston, TX

Worked in the Space Station Program Office at the Johnson Space Center supporting logistics within the ISS.

### Universal Computer Systems
Software Engineer
May 1999 - May 2000 (1 year 1 month)

COBOL Programming for car dealership software, preparing for Y2K then into parts, service and sales systems.

-------

# Education

### Texas State University
cis, Management Information Systems, General · (1995 - 1999)