# EXHIBIT 4

## Contact

www.linkedin.com/in/james-olwell-b72212aa (LinkedIn)

## Top Skills

Security
Networking
Network Security

## Certifications

ITIL Foundation in IT Service Management

# James Olwell

Cloud Technical Solutions Engineer (Networking) at Google
Austin

## Summary

I am a Cloud Technical Solutions Engineer (Networking focus) at Google, with previous work experience at Cisco. I am a graduate of Santa Clara University for a bachelor's in computer engineering. I am an Army veteran, having experience as an Information Technology specialist.

I have experience in problem solving, critical thinking, leadership, and customer support, and I am looking to acquire more technical proficiency and expertise with my education.

———

## Experience

### Google
Cloud Technical Solutions Engineer (Networking)
December 2020 - Present (2 months)
Austin, Texas, United States

I am a Cloud Technical Solutions Engineer with a Networking focus, supporting the Google Cloud Platform.

### Cisco
Technical Consulting Engineer
July 2017 - December 2020 (3 years 6 months)
Raleigh-Durham, North Carolina Area

Member of Cisco's Managed Voice team under the Cisco Customer Experience (CX) organization. My duties included performing operations troubleshooting and support of network voice and data devices for multiple different customer environments in support of their voice network, while providing excellent customer service and communication while resolving their issues and incidents.

### Santa Clara University
Student Network Technician
February 2016 - June 2017 (1 year 5 months)
Santa Clara, California

Student worker that helped support university implementation, maintenance, and administration of their telecommunications network.  I also troubleshooted network outages and service disruptions for clients on the university network.

## Cisco
Intern
June 2015 - September 2015 (4 months)
San Jose

As an intern, I was a member of the Cisco Security Incident Response Team (CSIRT), which is the main incident response team for Cisco users.

## US Army
Information Technology Specialist / S-6
June 2011 - May 2014 (3 years)

Primarily responsible as an IT Help Desk support technician.  Additional responsibilities included, but not limited to, video teleconference technician, and Information Assurance Support Officer, responsible for over $250,000 worth of information systems.

———

# Education

## Santa Clara University
Computer Engineering, Computer Engineering · (2014 - 2017)

## United States Military Academy at West Point
Systems Engineering, Systems Engineering · (2007 - 2011)

## Contact

www.linkedin.com/in/kirbyquerby
(LinkedIn)

## Top Skills

Java

Go

JavaScript

# Nathan D.

Software Engineer at Google

Austin

## Experience

**Google**
Software Engineer
July 2020 - Present (7 months)
Austin, Texas, United States

**Orijtech**
Software Developer
September 2019 - May 2020 (9 months)

Various work related to observability including contributions to the Go programming language tools and benchmarks of Go logging frameworks.

**Google**
Software Engineering Intern
May 2019 - August 2019 (4 months)
Sunnyvale, CA

- Worked on the Cloud Databases team.
- Created monitoring agent to sample and report database query performance metrics to time-series database.
- Exposed an API for query metrics, allowing customers to determine performance bottlenecks from the GCP Console.
- Combined information about running queries with finished query information to provide smoother information about long-running queries that span multiple sampling periods.

**Google**
Software Engineering Intern
May 2018 - August 2018 (4 months)
Sunnyvale, CA

- Worked on the Cloud SQL team.
- Redesigned Cloud SQL proxy code to tunnel connections over gRPC rather than raw TCP.
- Project was extended to involve adding gRPC functionality to Java socket factory in addition to the go proxy client.

● Explored replacing server-side code with C++ to improve performance and created working demos with measurable improvement in memory usage that supported more than twice as many connections as the existing go server.

OTI Studios
Software Engineer
March 2017 - May 2018 (1 year 3 months)

● Worked on multiplayer game with dynamically generated world with a Unity client, Java server, and PostgreSQL database.
● Implemented UDP and TCP pipelines to transmit game data using Protocol Buffers.
● Created backend for server-dictated physics with client-side movement prediction and smoothing.
● Delegated server work to and merged in changes from other developers

------

# Education

The University of Texas at Austin
Bachelor of Science - BS, Computer Science · (2017 - 2020)

Seven Lakes High School
 · (2013 - 2017)

## Contact

www.linkedin.com/in/
aaronjmichaels (LinkedIn)

## Top Skills

JavaScript

React.js

Public Speaking

## Languages

Thai (Native or Bilingual)

English (Native or Bilingual)

# Aaron Michaels

Software Engineer, Google

Austin

## Experience

Google
Software Engineer
May 2019 - Present (1 year 9 months)

Booking Holdings (NASDAQ: BKNG)
Software Engineering Intern
June 2018 - August 2018 (3 months)

Architected and wrote a chatbot interfacing with multiple internal systems, built with Node.js, ElasticSearch, and SQL Server.

Ported frontend of internal deployment tool from Knockout.js to React.js.

Worked on backend of internal deployment tool; helped diagnose CPU and memory issues in Scala codebase.

Started and lead discussion group meetings teaching data structures and algorithms.

Penn Labs
Software Engineer
2016 - 2018 (2 years)

Developer for Penn's premier student coding group.

Head developer for office hours queue app, implemented with ES6+ JavaScript, Express, React, Redux, Webpack, Babel, and other modern JS libraries.

Helped introduce new technology and practices (e.g. Continuous Integration, Continuous Deployment, Docker).

Contributed to a variety of different projects.

University of Pennsylvania
CIS 197 (JavaScript) Teaching Assistant
January 2017 - May 2017 (5 months)

Held office hours & helped teach class material.

Taskworld Inc.
Software Engineer
2015 - 2016 (1 year)

Worked as a frontend and backend engineer on the Taskworld webapp, a fully
modern JavaScript (Node/Hapi backend, React frontend) stack.

Rewrote the built-in chat platform resulting in a 5x performance increase.

Worked with team to architect and implement various new client features

_____

## Education

University of Pennsylvania

Bachelor of Arts - BA, Major in Cognitive Science & Minor in Computer
Science · (2019)

Phillips Exeter Academy

 · (2012)

# Abhinav Deep Singh

Software Engineer at Google

Austin

## Contact

www.linkedin.com/in/abhinav-deep-singh (LinkedIn)

## Top Skills

Computer Science

Machine Learning

Mathematics

## Languages

Hindi (Native or Bilingual)

English (Native or Bilingual)

Korean (Elementary)

## Certifications

Self Driving Car Nano Degree

## Honors-Awards

Summer Undergraduate Research Award

Aditya Birla Scholarship

National Talent Search Examination - Scholarship

High School Merit Certificate

## Publications

Quantifying sentence complexity based on eye-tracking measures

## Summary

Currently working in Google Cloud as a Software Engineer.

———

## Experience

**Google**

Software Engineer

June 2020 - Present (8 months)

**The University of Texas at Austin**

Graduate Research Assistant

January 2020 - May 2020 (5 months)

Austin, Texas Area

Worked with Prof. Raymond Mooney on Causal Graphs for Language Understanding.

**Google**

Software Engineer Intern

May 2019 - August 2019 (4 months)

Sunnyvale, California, USA

• Worked on Time-Series Forecasting and Anomaly Detection.

• Analysed different available datasets to check seasonality and holiday effects.

• Worked on Data and ML Pipeline, to continuously ingest, and train neural network

models, on new data, using Tensorflow Extended library.

**Samsung Electronics**

Software Engineer

September 2016 - August 2018 (2 years)

Seocho-gu, Seoul, Korea

• Worked on developing Samsung's Autonomous Vehicle.

• Worked on handling dynamic object detection, like pedestrians and cars using cameras and LiDARs using deep CNNs implemented in Tensorflow.

• Successfully got Highway Autonomous Driver Permit for the car in August 2017 after test conducted by Korean Transportation Authority. The car then successfully navigated around in the city in loop of 10 km.

Samsung Electronics
Software Engineer Intern
May 2015 - July 2015 (3 months)
Suwon, Gyeonggi-do, Korea

• Helped a robot decide navigable indoor space in real time by training a deep neural network using Caffe with various images of household objects and obstacles (like door thresholds, table bottoms, etc.).
• Achieved the F1-score of 90.4% on the dataset curated by the company.

─────

## Education

### The University of Texas at Austin

Master of Science - MS, Computer Science · (2018 - 2020)

### Indian Institute of Technology, Delhi

Bachelor of Technology - BTech, Computer Science and Engineering · (2012 - 2016)

### INSA Lyon - Institut National des Sciences Appliquées de Lyon

Exchange Student, Computer Science · (2014 - 2014)

## Contact

www.linkedin.com/in/adam-newman-ba1aa65b (LinkedIn)

## Top Skills

SAN

Software Development

Xen

# Adam Newman

Software Engineer at Google

Austin, Texas Metropolitan Area

## Experience

### Google

4 years 1 month

Senior Software Engineer
March 2018 - Present (2 years 11 months)
Austin, Texas Area

Software Engineer
January 2017 - Present (4 years 1 month)
Austin, Texas Area

### Bottle Rocket
Android Architect
May 2011 - December 2016 (5 years 8 months)

Develop custom applications for the Android platform from backend components to custom UI elements.

### City Of Tyler - Municipal Government
IT Specialist III Advanced
April 2002 - May 2011 (9 years 2 months)

x86 server admin for mostly Windows servers with some Debian boxes. Microsoft AD and Exchange admin. Virtualization using VMWare and Xen on an IBM Bladecenter backed by IBM fiber channel SAN.  Software development for internal applications. ETL tools to connect iSeries, MSSQL, and other databases/applications.

———

## Education

### University of Texas at Tyler
Bachelor of Science (BS), Computer Science

### Mt. Pleasant High School

## Contact

www.linkedin.com/in/alexhdavis
(LinkedIn)

## Top Skills

Agile Methodologies
JBoss Application Server
Scrum

# Alex Davis

Sr Manager, Software Engineering at Google Austin
Austin

## Summary

Google is building a software engineering office in Austin,
TX! Google is hiring software engineers of all levels to build
out new teams. Come be a part of the #1 Company to Work
For (Fortune.com 6 years running) in the #1 Best City to Live
(USNews.com 3 years running)!

───────

## Experience

**Google**
Sr Manager, Software Engineering
June 2019 - Present (1 year 8 months)
Austin, Tx

**Amazon.com**
6 years 7 months

Senior Software Development Manager, Amazon Business
April 2014 - June 2019 (5 years 3 months)
Austin, Texas

Amazon Business beought Amazon.com forward into the B2B world, executing
a grand vision to make Amazon the go-to marketplace for all corporate
purchasing needs, as we have in the consumer space.

In 2014 I founded the Austin office for Amazon Business, starting with myself
and two newly hired engineers. Since then I have helped grow Amazon
Business in Austin to multiple engineering teams, plus teams for User
Experience Design, Technical Program Management, Quality Assurance
Engineering, and Product Management.
I have recruited, built, and led 5 teams of engineers, managing both managers
and engineers directly.
I own the core platform and infrastructure for Amazon Business, enabling our
acquisition of over $1 billion in sales and 300,000 business customers in the
first year of public launch.

In addition, my teams are responsible for global expansion of Amazon Business and delivering the features that enable large enterprise customers with hundreds of thousands of employees.

As an Amazon Bar Raiser, I have helped organizations across the company hire outstanding candidates, participating in over 500 interviews with Amazon.

### Software Development Manager, Amazon AWS EC2
December 2012 - April 2014 (1 year 5 months)
Seattle, WA

My team builds the systems and services that keep the EC2 cloud safe.

We are the engineering team responsible for design and implementation of Amazon's tools for:

- Automatically detecting and responding to botnets, DDoS attacks, and spammers
- Distributed and auto-scaling firewall management
- Abuse case management and tracking
- Intrusion Detection monitoring
- Public Key Infrastructure
- and more

Team technologies include: Java, Ruby, Perl, NoSQL, MySQL

Key design principles: Network security, Cloud computing, Service Oriented Architecture, Eventual Consistency, RESTful services, Data sharding

### AllClear ID, formerly Debix
Vice President of Engineering
January 2006 - August 2012 (6 years 8 months)
Austin, TX

Founded the engineering department and developed it into multiple teams of architects, software engineers, and QA engineers.

Defined engineering processes, provided technical vision, and led the engineering department to build and deliver the company's products and services for more than 1.7 million consumers nationwide.

Led the development of enterprise applications that have serviced over 1000 data breaches affecting more than 50,000,000 consumers, including the world's largest data breach response and the three largest healthcare data breaches.

Established Agile software development processes focusing on iterative development, continuous improvement, close collaboration between development and QA, and maintaining the ability to rapidly react to emerging business opportunities.

In addition to Vice President of Engineering, served as interim Vice President of IT and Operations for 3 years. Managed IT team of production sysadmin, database administrator, and corporate sysadmin. Managed Operations team of business analysts and operations admins.

Brief description of systems:

Applications built in a 3-Tier Architecture consisting of Presentation (Apache, PHP, mod_jk), Application (JBoss, Seam, Mule ESB) and Data (Oracle 10g). High availability/high capacity components deployed to cloud servers (AWS S3/CloudFront).

Stateless web services (REST and SOAP) created for integration and communication with third party systems.

Outsourced development of mobile iPhone application communicating with in-house backend via RESTful API.

## Renew Data
### Software Architect / Engineering Manager
August 2004 - January 2006 (1 year 6 months)

Founding member of Austin Engineering department, reporting to Vice President of Engineering.

Responsible for hiring and managing software engineers, setting quarterly goals for team members, evaluating personal performance, and awarding bonuses.

Responsible for technical vision and design for enterprise application capable of sifting through terabytes of data to identify and deliver electronic forensic evidence.

Pioneered Agile Project Management in Austin office. Prioritized and scheduled feature delivery, working with QA to continuously deliver product enhancements. Successfully kept team on schedule or ahead of schedule throughout product development.

Drove automated unit testing and continuous builds for rapid, reliable iterative development.

Additional duties include managing Technical Writing team. Developed corporate documentation development policy to ensure rapid, correct product documentation with maximum usability.

ClearCommerce
Sr Software Engineer
November 2000 - July 2004 (3 years 9 months)

Lead designer and developer for all Java projects. Developed products using Servlets, Java Server Pages, XML data representation, and XSL stylesheets leveraging a central database, clusterable application nodes, and thin client APIs to maximize performance and throughput. Used Java Secure Sockets Extension and Java Cryptographic Extension to secure communications and data. Implemented data authentication using secure HMAC to prevent possible data tampering such as Man-in-the-Middle or Replay Attacks.

Acted as the Engineering representative for Sales for large domestic and international customers, including assisting in relationship management and traveling overseas to present solutions and answer technical questions for customers. Worked closely with Marketing to derive customer requirements, Quality Assurance to release stable products, and Support to quickly resolve customer issues.
Simultaneously led multiple cross-functional teams consisting of developers, technical writers, and quality assurance engineers to release products within compressed timeframes.

Served as Senior Software Engineer for multiple areas of a high-volume secure transaction processing engine that interfaces with a wide selection of financial institution backends to provide real-time online credit card purchasing and fraud detection.

Globeset
Software Developer
February 1997 - October 2000 (3 years 9 months)

Designed and implemented enterprise server software to secure online credit card transactions using the Secure Electronic Transaction payer authentication protocol developed jointly by Visa and MasterCard.
Interacted closely with Product Management, Quality Assurance, Customer Support, and Professional Services to constantly improve the quality of products and meet customer needs and expectations.

Designed and implemented APIs to integrate common web merchant solutions with the SET electronic payment server. Implemented solutions in C++, Java, and .COM, providing access to the API through a wide variety of technologies including CGI, Servlets, Java Server Pages, and Active Server Pages.

Responsible for web-based interface and client/server messaging of electronic payment server using Java Servlets, Java Server Pages, and XML.

———

## Education

The University of Texas at Austin

Bachelor's degree, Computer Science

## Contact

www.linkedin.com/in/
andrewmatsusaka (LinkedIn)

## Top Skills

Python

NHibernate

Java

# Andrew Matsusaka

Senior Software Engineer at Google

Austin

## Experience

### Google
Senior Software Engineer
February 2020 - Present (1 year)
Austin, Texas, United States

### Amazon
7 years

Senior Software Development Engineer
July 2018 - July 2019 (1 year 1 month)
San Francisco Bay Area

Set technical direction for several initiatives across Amazon Music that touched areas such as marketing, client/service communication, verification services, and subscriptions.

Regularly led interview loops across several different job roles. Ensured the right information was sought after and candidate experiences were great.

Software Development Manager
March 2016 - July 2018 (2 years 5 months)
San Francisco Bay Area

Started the Music Subscriptions backend team that led and delivered Amazon Music Unlimited subscription management solution. This included expanding subscriptions to over 30 countries, iOS in-app purchase support, promotions, student plans, and bundling with physical devices.

Software Development Engineer
August 2012 - March 2016 (3 years 8 months)
San Francisco Bay Area

Developed backend systems for fulfilling customer music for features such as MP3 store purchases, AutoRip, and Prime Music.

Redesigned fulfillment to easily extend to additional track types while also integrating with a new asynchronous, eventually-consistent data store.

HFOSS

## Open Source Developer
January 2012 - May 2012 (5 months)

Collaborated with a distributed team of developers to contribute new features and improvements to an Android search and rescue application called POSIT.

Technologies used: Android, Java, XML

## EISI
Software Developer (Co-op)
May 2011 - September 2011 (5 months)

Contributed to a large scale financial planning application in an Agile environment. Assisted several different teams with projects.

Technologies used:
C++, XHTML, JavaScript

## Prime Focus
Software Developer (Co-op)
September 2010 - December 2010 (4 months)

Contributed to two major projects:

Refactored, debugged and thoroughly tested as well as implemented new features for a render farm management application

Technologies used:
C#, PostgreSQL, Java with Android/BlackBerry interaction

Initiated the development of a cross platform, extensible and scalable application that would replace FileMaker Pro for hundreds of artists and producers across the globe.

Technologies used:
Qt with Python, Qt with C++, C# with .NET 3.0, NHibernate, MySQL

## Manitoba Hydro
Software Developer (Co-op)
January 2010 - April 2010 (4 months)

Developed an IT project information repository for all areas responsible for IT within Manitoba Hydro.

Technologies used:

SQL Server 2005, SharePoint, C#

_____

# Education

University of Manitoba

B.Sc (Honours, Cooperative Option), Computer Science · (2007 - 2012)

## Contact

www.linkedin.com/in/tuckeran1992 (LinkedIn)

## Top Skills

Linux
Python (Programming Language)
System Administration

## Languages

English (Native or Bilingual)

## Certifications

A+
DevOps Foundations
Learning Jenkins

# Andrew Tucker

Gmail Technical Solutions Engineer at Google
Austin

## Summary

Helping enterprises with Google Gmail!

———

## Experience

### Google

2 years 7 months

**Technical Solutions Engineer L3**
November 2020 - Present (3 months)
Austin, Texas, United States

• Working with Google's Enterprise customers supporting Gmail at an L3 Level.

**Information Technology Resident**
July 2018 - November 2020 (2 years 5 months)
Mountain View, California

• Supported and managed a fleet of nearly 400,000 corporate MDM Managed assets.

• Provided L2 Technical support (on-site, chat, phones, videos, tickets) to all of Google's employees and vendor workforce.

• Completed over 40,000+ support interactions in 2 years, averaging a 4.92 / 5 CSAT score.

• Increased in-person user support feedback collection potential by 70+% using Google Cloud Infrastructure.

• Guided and educated new techs and newly onboarded employees at a scale of roughly 300+ per week.

• Automated scripts with bash and python to automate system administration tasks.

**Corporate Operations Engineer**
July 2019 - September 2019 (3 months)
Sunnyvale, Ca

• This role equates to a 3 Month IT Internship inside Google.

• Developed queries and tables using Google SQL to create a table of users who possess sensitive to changes qualities.

• Migrated over 900 lines of javascript, python, ansible files team's Javascript, and python codebases to production and updating, formatting and cleaning up the code prior to the push.

• Launched a system job on Google's internal distributed compute cluster (BORG) to run continuous testing on our production systems.

• Created a monitoring tool using Ansible that monitors a custom application from scratch.

• Added flags to the same workflow above, to alter the logic, and allow a live dev instance start microservices up for the team.

Ellucian
Cloud Solutions Engineer Associate
January 2018 - June 2018 (6 months)
Lake Mary, Florida

• Provided 24/7 on-call support to Ellucian's cloud customers on AWS Cloud platforms utilizing AWS Tools such as EC2 Windows VM instances, HIGHWAY53, SQL databases.

• Worked on Ellucians higher education platform: Colleague.

• Maintained team training documentation using Confluence.

• Ticketing system experience in ServiceNow.

• Attended AWS training workshops, learning from Ellucians senior cloud developer managers.

IZEA
Information Technology Intern
August 2017 - November 2017 (4 months)
Winter Park, Florida, United States

• Provided General helpdesk support to the office.

• Provisioned Laptops for newly onboarded employees and backed up and reimaged outbound employee equipment.

• Improved network throughput by 20% by optimizing access point placements to fix congestion and Handoff conflicts.

• Built MDM Profiles for IoT Devices in the office to automate system updates across the fleet.

TeleSpeak Inc.
Information Technology Intern
January 2017 - May 2017 (5 months)
Orlando, Florida, United States

• Managed and fixed a fleet of 100+ Windows 10 Production machines.

• Diagnosed Hardware and Software problems.

• Worked with IT Manager to optimize company SEO.

• Assisted IT Manager with rollout of new VOIP software to fleet of machines.

## Walmart
### Connection Center Associate
January 2012 - February 2017 (5 years 2 months)
Oviedo, Florida

Store # 5894

• Provided Top-Notch Customer service.

• Performed triage on customer electronics.

• Maintained an inventory log system for high-value merchandise.

• Worked Freight and both Unloaded and Loaded trucks.

• Worked with Heavy Power-Lifting Equipment like Scissorlift and Walking Stacker.

•Participated in store customer engagement opportunities by dressing as the Easter Bunny / Santa Claus for holidays events.

———

# Education

## University of Central Florida
Bachelor's degree, Information Technology · (2014 - 2017)

## Valencia College
Associate's degree, Information Technology · (2010 - 2014)

# Aurelio Christian

Cloud Technical Solutions Engineer Manager at Google
Austin

## Summary

I excel at finding what is broken and introduce holistic solutions to turn things around. I am well versed in driving long-term relationships and forging strategic partnerships. I turn to analytics for fact-base decision-making to avoid missteps and maximize results.

I think that knowing how to communicate and connect with people is essential, and I am a firm believer that trust, likability, and confidence are also cornerstones to developing relationships. I use a tailored approach to presenting complex ideas and solutions when speaking with clients and project stakeholders, always keeping their understanding, interest, and expertise in mind. These core assets have helped me to create structure in ambiguity.

ME.
I work collaboratively. I'm fiercely loyal to my organization and the people I support. I'm energetic. I have business and technical acumen. I excel at challenges. I get results.

PROCESS.
True success is ultimately measured by a strong organizational culture, as I believe a healthy culture fosters innovation and longevity.

PLANNING.
Planning is key. I realize sometimes plans may not work. When that happens, I innovate to manage change.

PROOF.
I never give up. I love a challenge. I thrive under pressure. I build relationships. I get results.

I'm on Linkedin to build my professional network.
Let's Connect.

## Contact

www.linkedin.com/in/aurelio-christian (LinkedIn)

## Top Skills

Agile Methodologies
Integration
Enterprise Software

## Languages

English (Native or Bilingual)
Spanish (Native or Bilingual)

## Certifications

AWS Certified Developer – Associate

AWS Certified Solutions Architect – Professional

Data Manipulation at Scale: Systems and Algorithms

AWS Certified SysOps Administrator – Associate

Practical Predictive Analytics: Models and Methods

———

## Experience

### Google
Cloud Technical Solutions Engineer Manager
December 2020 - Present (2 months)
Austin, Texas, United States

### Blacklight Solutions
Chief Technology Officer
September 2020 - December 2020 (4 months)
Austin, Texas, United States

### Axiros
President / Managing Director of Operations, North America
June 2017 - July 2020 (3 years 2 months)
Austin, Texas, United States

Directed end-to-end implementation projects with executive oversight of staffing operations, including project assignments, capacity planning, and project P&L. Managed implementation of projects for Axiros software platform. Controlled project schedule, budget, and risk. Core member of senior management team with leadership of capacity planning, strategic direction, budgeting, and staffing.

- Spearheaded development of Wi-Fi mesh remote management application for leading hardware manufacturer.
- Advised customers on software solutions, architecture, and enterprise implementations.
- Provided technical expertise for pre-sales and account management professionals to develop new business.

### Nokia/Alcatel-Lucent
Senior Architect
August 2012 - June 2017 (4 years 11 months)
Greater Atlanta Area

Operated as deployment manager and lead architect for on-site customer deployments, bridging communication between customers and internal product teams to define requirements for new features. Led extensive functional, performance, and scalability testing and training at customer sites, including troubleshooting and customization of enterprise platform.

- Architected solution transition and support for geo-redundant active/active product deployment.
- Spearheaded largest deployment of Motive's carrier-grade device management platform; designed proof of concept for analytics solution to detect and fix consumer device issues and improved CSR operation execution time by 45%.
- Developed and delivered first full-featured mobile device management deployment.

Blacklight Solutions
Product & Project Manager
January 2012 - August 2014 (2 years 8 months)
Austin, Texas Area

Led offshore teams dispersed across Mexico and Ukraine in design and implementation of web-based rapid development kit for source code generation of content supporting CA Release Automation, including adapters for popular enterprise software.

- Delivered final software product on time and under budget.
- Advised clients and initiated proof of concepts of BI solutions for embedding and white-labeling existing products.

Directed nearshore team in establishing compliance standards designed on CA Compliance Automation and based on Center for Internet Security (CIS) and PCI DSS standards.
- Provided recommendations to achieve CIS rules, along with reporting requirement documents for PCI, SOX, HIPPA, DISA/STIG, and FISMA standards mapping with CIS Benchmark rules.
- Administered all resources, budget, staffing, client contact, and task monitoring; delivered all projects on time/under budget.

Motive
Integration Consultant
June 2010 - January 2012 (1 year 8 months)
Austin, Texas Area

- Transitioned millions of consumer devices from competitors' products to HDM and executed custom integrations with customer products
- Oversaw firmware upgrade and maintenance, and offered appropriate solutions and testing of consumer devices that were not conforming with the standard industry protocol

- Demonstrated technical design and construction expertise in the execution of Motive's device management platform

### Hoovers Inc.
Integrations Software Engineer
July 2009 - June 2010 (1 year)
Austin, Texas Area

- Played a pivotal role in a small Agile team in charge of generating new customer support application through utilization of Oracle, iBATIS, Spring, MVC, and Velocity
- Made use of RESTful APIs and web services to merge customer support, fulfillment, authentication, and customer-facing application with Salesforce.com, Cisco enterprise policy manager, and iLantern
- Drafted "Manage Your Account" component of Hoovers Online, comprised of profile, preferences, groups, and licensing management

### AlterPoint
Solutions Engineering Consultant
January 2009 - May 2009 (5 months)
Austin, Texas Area

- Devised custom extensions using Java, Flex, and Perl
- Carried out enterprise installations as well as enterprise integration with EMC Smarts, CiscoWorks, and syslog
- Presided over training on the utilization of NetworkAuthority and best practices for network configuration and change management

### USPTO
Patent Examiner
June 2008 - January 2009 (8 months)
Washington D.C. Metro Area

- Reviewed patent applications in computer networking
- Trained in networking, case law, and Manual of Patent Examining Procedure (MPEP); earned a perfect score on the MPEP competency exam

### Walt Disney Internet Group; IFilm/MTV
Software Engineer
2005 - 2006 (1 year)
Greater Los Angeles Area

- Designed and developed new partner video upload campaign management system; wrote tests for over 70% code coverage; architected global registration application.

- Wrote secure layer to allow communication between middleware and external services; built APIs for encryption and regular expression evaluation.

## AlterPoint
Staff Software Engineer
2002 - 2005 (3 years)
Austin, Texas Area

- Designed and developed of web component for enterprise-class network configuration and change management tool.
- Hand-picked to serve as technical lead in installation of beta product at customer sites.

## Earthlink / OneNetNow (acquired by Earthlink)
Software Engineer / Senior Markup Engineer
2000 - 2002 (2 years)
Pasadena, CA

- Worked cross-functionally in distributed team to create presentation and business tiers of customer-facing IMAP web client.
- Built interactive website for Los Angeles hosting committee of the 2000 Democratic National Convention.

_____

# Education

The George Washington University
M.S., Computer Science · (2006 - 2008)

The University of Texas at Austin
B.S., Mathematics · (1988 - 1994)

## Contact

www.linkedin.com/in/austin-kyker-1ba898a8 (LinkedIn)
austinkyker.com (Personal)

## Top Skills

Node.js
iOS Development
JavaScript

## Languages

Spanish

# Austin Kyker

Software Engineer at Google
Austin

## Summary

I like building things. http://austinkyker.com

───────

## Experience

### Google
Software Engineer
September 2019 - Present (1 year 5 months)
Austin, Texas Area

### Kyker Computing LLC
Founder
December 2017 - Present (3 years 2 months)
Indianapolis, Indiana Area

Developing mobile and web applications to solve business problems.

### Microsoft
Software Engineer
August 2016 - February 2017 (7 months)
Bellevue, Washington

Worked as a full-stack engineer on bing.com on the Personalization Team. We used .NET Framework, HTML, CSS, and JS to create experiences where users
could see updates and information about sports teams, news topics, and stocks.

### eBay Inc
Software Engineer Intern
May 2015 - August 2015 (4 months)
San Jose, California

- Worked on the Monetization Team at Ebay in San Jose.
- Built a java project to transport a large volume of data from OracleDB to a Cassandra database
- Used MEAN (Mongo, Express, Angular, Node.js) stack to build a fully featured UI for framing queries to Druid, a real-time analytics database.

Cerner Corporation
Velocity Software Engineering Intern
May 2014 - August 2014 (4 months)
Kansas City, Missouri Area

- Added features to a django app allowing patients to view their health records
and interact with doctors.
- Made frontend changes to the app using HTML, CSS, and JS

Duke Chronicle
Web Developer
December 2013 - May 2014 (6 months)
Duke University

Added features to Duke's online student-newspaper. The application is written
on Rails and sees several thousand views monthly.

_____

# Education

Duke University
Electrical and Computer Engineering BS, Computer Science
BS  · (2012 - 2016)

Park Tudor
 · (2008 - 2012)

## Contact

www.linkedin.com/in/barbara-davila-364b0360 (LinkedIn)

## Top Skills

Java

C

C++

## Languages

Spanish

## Honors-Awards

Spring 2013 Honor Roll

Fall 2013 Honor Roll

Fall 2012 Dean's List

2015 Honor Roll

# Barbara Davila

Software Engineer at Google

Austin

## Experience

**Google**
Software Engineer
September 2019 - Present (1 year 5 months)

**AlienVault**
Staff Software Engineer
June 2017 - March 2019 (1 year 10 months)
Austin, Texas Area

**Accenture**
2 years

System Developer Senior Analyst
December 2016 - June 2017 (7 months)

System Developer Analyst
July 2015 - December 2016 (1 year 6 months)

**The University of Texas at San Antonio**
Research Assistant
January 2015 - May 2015 (5 months)

**The University of Texas at San Antonio**
1 year 4 months

Research Assistant
January 2013 - December 2013 (1 year)

Engineering Tutor
September 2012 - May 2013 (9 months)
Thomas Rivera Center at the University of San Antonio

------

## Education

**The University of Texas at San Antonio**
Bachelor of Science (BS), Computer Engineering

University of Sydney

Computer Engineering

## Contact

www.linkedin.com/in/brian-berke
(LinkedIn)

## Top Skills

Perforce

Unreal Engine 3

C++

# Brian Berke

Software Engineer at Google

Austin

## Experience

**Google**
Software Engineer
January 2015 - Present (6 years 1 month)
Irvine, CA

**Carbine Studios**
2 years 10 months

Senior Game Designer
April 2014 - October 2014 (7 months)
Aliso Viejo, CA

Content Designer
January 2012 - April 2014 (2 years 4 months)
Aliso Viejo, CA

**Play Frenzy Inc.**
Owner / Developer
November 2010 - January 2012 (1 year 3 months)
Gilbert, AZ

**Dark Comet Games**
Software Engineer
March 2010 - November 2010 (9 months)

**Cheyenne Mountain Entertainment**
Software Engineer
February 2008 - March 2010 (2 years 2 months)

**SMS.ac**
Software Engineer
June 2007 - September 2007 (4 months)

_____

## Education

University of Arizona

Bachelors, Computer Science · (2002 - 2007)

## Contact

www.linkedin.com/in/cguven
(LinkedIn)

## Top Skills

Java
JavaScript
SQL

## Languages

**Turkish** (Limited Working)
**English** (Native or Bilingual)

## Honors-Awards

2013 Honor Roll

# Cankut Guven

Software Engineer at Google
Austin, Texas Metropolitan Area

## Summary

I have been programming in Java since the age of 15 and it has so far retained the position of "my favorite language." My introduction to programming was, to say the least, quite a while ago and I've come across many technical challenges that I chose to solve with other languages. Doing so was always an exciting adventure and whenever I have a new project I want to pursue, I always revisit which languages are available to best serve the project needs. While I maintain my proficiency in Java as a backend developer, I've expanded my skills into mobile and web development, most recently working with Swift and react.js.

I am very passionate about programming and strongly value programmers that share my sentiments.  In a team environment, I am a strong proponent of maintaining a tightly knit group of developers that interact frequently about their ideas, especially in large projects. It allows for great flexibility in the code (for future growth) and often discourages any single developer from straying towards a bad design "just to make it work."

———

## Experience

**Google**
Software Engineer
February 2020 - Present (1 year)
Austin, Texas Area

**Cue Health Inc.**
Sr. Software Engineer (Full Stack)
April 2015 - November 2018 (3 years 8 months)
Greater San Diego Area

- Developed and maintained a backend service for use with various different client applications (e.g. web, mobile)
- Developed and maintained a front end client in Swift for iOS (minor role)

- Led the creation, development and maintenance of a full-stack internal inventory management solution (ReactJS, play! framework, MySQL)
- Collaborated with Regulatory Personnel to ensure compliance of software with relevant regulations
- Setup AWS resources for continuous deployment of production and staging environments
- Managed software releases and sprint composition using JIRA

## Northrop Grumman Information Systems
Software Engineer
June 2011 - April 2015 (3 years 11 months)
Greater San Diego Area

- Developed an enterprise web application with a team of 15+ software engineers and served as one of the core members
- Developed software to interface with radios and various other hardware
- Worked with test engineers to verify correctness of software behavior
- Worked with Systems Engineers to maintain Software Requirements Specification (SRS)
- Supported the successful completion of software testing at several government testing facilities
- Lead a small team of 3 to add capability to existing software
- Shipped and deployed the developed software at customer sites

## San Diego Gas & Electric
Engineering Intern
June 2010 - September 2010 (4 months)

Researched Microgrids and analyzed the feasibility of implementing them at specific locations

Formulated a financial analysis for such a Microgrid development with a team of engineering and MBA professionals

## Entropic Communications
Engineering Intern
May 2009 - March 2010 (11 months)

Verified MoCA Test Plans

Setup and test home networks

Analyzed radio frequency and power emitted by devices

———

# Education

University of California, San Diego

Bachelor of Science, Computer Science · (2007 - 2011)

Scripps Ranch High School

· (2004 - 2007)

## Contact

www.linkedin.com/in/carolina-hernandez-1026b5176 (LinkedIn)

## Top Skills

Google Cloud Platform (GCP)
Java
Software Development

## Certifications

Professional Cloud Architect

Essential Cloud Infrastructure: Core Services

How Google does Machine Learning

Google Cloud Platform Fundamentals: Core Infrastructure

Reliable Cloud Infrastructure: Design and Process

# Carolina Hernandez

Engineer at Google Cloud
Austin

## Summary

Automate processes with the cloud technology.  Experienced Cloud Engineer with a demonstrated history of working in the internet industry. Skilled in Google Cloud Platform, Continuous Integration and Continuous Delivery (CI/CD), Cloud Computing, Java, and Kubernetes.

———

## Experience

**Google**
15 years 9 months

Senior Strategic Cloud Engineer
June 2018 - Present (2 years 8 months)
Austin, Texas

Software Engineer
January 2007 - June 2018 (11 years 6 months)
Sunnyvale, California

System Administrator
May 2005 - January 2007 (1 year 9 months)
Mountain View, California

**SGI**
Technical Support Engineer
January 2000 - April 2005 (5 years 4 months)
Eagan, Minnesota

———

## Education

University of Houston-Clear Lake
Master of Business Administration - MBA, Business Administration and Management, General · (1996 - 1998)

Universidad Central de Venezuela

Bachelor's degree, Computer Science · (1987 - 1993)

## Contact

www.linkedin.com/in/cat-ockman (LinkedIn)

## Top Skills

C++
iOS
Software Development

## Certifications

Architecting with the Google Cloud Platform Specialization

# Catherine Perez

Software Engineer at Google
Austin, Texas Metropolitan Area

## Summary

Experienced Software Engineer with a demonstrated history of working in a full stack environment. Skilled in Python,  C++, Java, Bash, Web based development and Linux environments. Strong engineering professional with a Bachelor's degree focused in Computer Engineering and Artificial Intelligence from Texas A&M University.

———

## Experience

### Google
Software Engineer
February 2020 - Present (1 year)
Austin, Texas Area

### Home Depot
4 years 9 months

Senior Software Engineer
July 2018 - February 2020 (1 year 8 months)
Austin, Texas

Software Developer
June 2015 - July 2018 (3 years 2 months)
Austin, Texas

I have created several dashboards to support the daily functions across more than 2000 stores. My team saves The Home Depot thousands of hours of manual labor each week and continues to unearth problems before they become major emergencies. We were recently given the Best in Support Award for our work.

I have gained experience in Linux, React, Java, Big Query and Pub/Sub, Python, and R.

### Texas A&M University
Relevant Course Work

August 2015 - December 2016 (1 year 5 months)
Bryan/College Station, Texas Area

Software Engineering(C++, javascript):

- I learned how to create my own database language and backend

- I created a multiplayer, turn based game using Unity Software


Senior Project(Python, C++, arduino)

- I was on a large scale, interdepartmental project which interfaced with several Raspberry Pis and Arduinos to autonomously report back:

-- when the sensors were failing,

-- the air was becoming too pressurized or too hot

-- changed the lights based on the time of the day

-- much more

- I created a nice front end for the reports and history to show up

- Posited theoretical storage space on the station and researched current technology to discover how to communicate back and forth


Artificial Intelligence

- I created software for a robotic arm (C++, C#)

-- Worked out the necessary formulas for correct movement and rotation on a 3 part arm

-- programmed the arm to follow inputs from human instruction

- Created my own version of several algorithms and a priority based AI language (C++, Java, Python, PROLOG)

-- Greedy Algorithm

-- A* algorithm

-- Forward Chaining and Backward Chaining

-- Person v Computer Tic Tac Toe Game

-- Wumpus World Solution


Apple
iOS At Home Advisor
May 2014 - February 2015 (10 months)

I fix the software for the iOS devices at apple. My position includes speaking with people and fixing their product while being fun and efficient and also giving them the confidence to one day fix it on their own.

———

# Education

Texas A&M University

Bachelor's degree, Computer Engineering · (2012 - 2016)

## Contact

www.linkedin.com/in/
chethanrajkumar (LinkedIn)

## Top Skills

Core Java
C#
Python

## Languages

Hindi (Limited Working)
English (Native or Bilingual)
Kannada (Native or Bilingual)

## Certifications

Sun Certified Java Programmer
IBM Cloud Garage Method Advocate
IBM Cloud Garage Method Explorer
IBM Cloud Garage Method
Developer Bootcamp

# Chethan Rajkumar

Software Engineer at Google
Austin

## Experience

### Google
Software Engineer
June 2020 - Present (8 months)
Austin, Texas, United States

### IBM
Data Scientist - IBM
February 2017 - June 2020 (3 years 5 months)
Austin, Texas Area

Building machine learning modules/products by leveraging Watson API's

### IBM
Cognitive Software Engineer (Intern) - Watson Group
May 2016 - August 2016 (4 months)
Austin, Texas Area

### Samsung R&D Institute
Lead Engineer
February 2012 - July 2015 (3 years 6 months)
Bangalore

Svoice Server (NLP, Machine Learning)

Windows Phone/Android application developer

### Cognizant Technology Solutions
Programmer Analyst
September 2010 - February 2012 (1 year 6 months)
Banagalore

Java Web Application Developer

_____

## Education

### North Carolina State University
Master's degree, Computer Science · (2015 - 2016)

Bangalore University

Bachelor of Engineering (B.E.), Electronics and Communications
Engineering · (2006 - 2010)

## Kontakt

www.linkedin.com/in/christoph-sachse-67251224 (LinkedIn)

## Top-Kenntnisse

LaTeX
Web Development
C++

## Languages

Deutsch (Native or Bilingual)
Englisch (Full Professional)
Französisch (Limited Working)

## Certifications

R Programming
The Data Scientist's Toolbox

## Honors-Awards

Otto Hahn Medal of the Max Planck Society

# Christoph Sachse

Software Engineer at Google
Austin

## Berufserfahrung

**Google**
Software Engineer
April 2019 - Present (1 Jahr 10 Monate)
Austin, Texas Area

**Indeed.com**
Software Engineer
Oktober 2015 - März 2019 (3 Jahre 6 Monate)
Austin, TX

**StructuredDomains.com**
Co-Founder & CTO
Juli 2012 - September 2015 (3 Jahre 3 Monate)
Austin, TX

Technical design and implementation of a platform for online marketplaces

**Indeed.com**
Software Engineer
Juli 2014 - Januar 2015 (7 Monate)

**TrafficMedia**
Software Engineer
August 2011 - Juni 2012 (11 Monate)

Domain Appraisal

**Universität Hamburg**
Post-Doc (Mathematics)
Oktober 2010 - Juli 2011 (10 Monate)

Mathematical research, teaching

**The University of Texas at Austin**
Postdoctoral researcher (Mathematics)
September 2008 - August 2010 (2 Jahre)

Mathematical research

## Ausbildung

### The University of Texas at Austin

Theoretical and Mathematical Physics · (2008 - 2010)

### Universität Leipzig

Dr. (PhD), Mathematics · (2004 - 2008)

### Universität Würzburg

Diplom, Physics · (1997 - 2003)

## Contact

www.linkedin.com/in/dale-markowitz (LinkedIn)
daleonai.com (Blog)

## Top Skills

Java

C

Linux

## Publications

Building an AI-Powered Searchable Video Archive

Build Your Own AI-Powered Moderator for Discord

# Dale Markowitz

Applied AI Engineer at Google

Austin

## Summary

I'm an Applied AI Engineer at Google, where I work making Machine Learning tools as user-friendly and intuitive as possible. I build a lot of prototypes.

Projects and blogs at daleonai.com, or follow me on Twitter @dalequark

I don't contract. Sorry!

---

## Experience

### Google

2 years 9 months

Applied AI Engineer
May 2019 - Present (1 year 9 months)
Austin

I make Machine Learning as easy as possible to use in Google Cloud.

Software Engineer, Google AI
May 2018 - Present (2 years 9 months)
New York, New York

I worked on Natural Language Processing in Google Research, focusing on news.

### OkCupid

1 year 11 months

Software Engineer (Data Science/Backend)
September 2015 - July 2017 (1 year 11 months)
Greater New York City Area

I'm an engineer on the Data Science and Backend teams OkCupid. I program primarily in C++ and Python. I'm particularly interested in the intersection of data science and engineering, i.e. how can we build site features that better integrate insights from our data? And of course, I spend lots of time thinking

about how we can most effectively predict which two humans are going to fall in love.

### Data Scientist
September 2015 - July 2017 (1 year 11 months)
Greater New York City Area

### Princeton Neuroscience Institute and Princeton Computer Science
Student Researcher
September 2014 - June 2015 (10 months)
Princeton University

I am currently working with the Princeton Neuroscience Institute to build a brain-computer interface for measuring sustained attention. I've built a data acquisition system for running experiments with the Emotiv EEG headset in Java, with a browser-based display. I'm currently analyzing the data using preprocessing and machine learning techniques in Matlab.

### Princeton University
Computer Science Research Assistant
June 2014 - August 2014 (3 months)
Princeton University

With Professor Vivek Pai, I worked to build a software cache for developing world countries. BeagleCache is a software cache that runs on a BeagleBone Black, a $45 Linux Computer the size of a credit card. Built with Node.js and C, it aims to help improve internet access speeds for users in developing world countries by serving cached data, and sharing data with computers in high-bandwidth regions over a compressed channel.

### Floored
Engineering Intern
June 2013 - September 2013 (4 months)
NYC

At Floored, I built a device for taking 3D scans of interior spaces. Our robot used Hokuyo laser scanners and a high resolution camera to capture point clouds of rooms. I built the first prototype of this device, in Node.js/javascript.

### ER Accelerator
Intern
June 2012 - August 2012 (3 months)

―――――

## Education

Princeton University

Bachelor's Degree, Computer Science · (2011 - 2015)

## Contact

www.linkedin.com/in/danlorenc
(LinkedIn)

## Top Skills

Software Development

Software Design

Disaster Recovery

# Dan Lorenc
Software Engineer at Google
Austin

## Experience

**Google**
Software Engineer
December 2012 - Present (8 years 2 months)

Working on the infrastructure behind the Google Cloud Platform.

**DISQUS**
Software Engineer
April 2012 - December 2012 (9 months)

Designed, implemented and launched Promoted Discovery, an advertisement network currently handling hundreds of millions of impressions a day.

**Microsoft**
Software Development Engineer
February 2010 - August 2012 (2 years 7 months)
Bellevue, WA

I'm a software development engineer working on Dynamics CRM Online.

**Intuit**
Software Development Engineering Intern
May 2009 - August 2009 (4 months)

I'm a software engineer working on Quickbase in Waltham, MA.

**MIT**
Engineering Intern
May 2008 - May 2009 (1 year 1 month)

I work in the Mechanical Engineering Department.  I design and build lots of things like buoys that generate electricity from waves and inexpensive 3D-printers.

**Excel Engineering**
Engineering Intern
May 2007 - January 2008 (9 months)

I designed HVAC, electrical and plumbing systems for schools and hospitals.

## Education

### Massachusetts Institute of Technology

Bachelor of Science (B.S.), Mechanical Engineering · (2006 - 2010)

# David Fawcett

Software Engineer at Google
Austin

## Contact

www.linkedin.com/in/david-fawcett-a96a5687 (LinkedIn)

## Top Skills

Leadership
Programming
Problem Solving

## Honors-Awards

Eagle Scout
National Merit Scholar
President's Endowed Scholarship
Kennedy Scholarship

## Summary

I am a problem solver. But what drives me more than the joy of problem solving, is the joy of helping other people solve problems. Working with others to bring projects and ideas to fruition is at the core of engineering and what I love to do. I love to encourage and motivate my peers while bringing my own technical knowledge to bear. I want to foster a positive culture and environment around me wherever I go and in whatever I do. Want to chat? Feel free to contact me. I am always ready to meet new people over coffee or lunch in Austin.

———

## Experience

### Google
Software Engineer
March 2020 - Present (11 months)
Austin, Texas, United States

### National Instruments
1 year 7 months

Product Support Engineer
October 2019 - March 2020 (6 months)
Austin, Texas Area

RF Measurement Software

ELP Engineer
September 2018 - October 2019 (1 year 2 months)
Austin, Texas Area

Interfaced with customers and sales to support the use of NI's product portfolio in automated test and embedded monitoring and control applications.

Worked with R&D as a Technical Specialist for High-Speed Modular Instruments to act as a go-to resource for function generators, oscilloscopes, and Digital Pattern products within the technical support organization.

Developed Python scripts using NI's Modular Instrument Python modules to showcase the Python Adapter for TestStand 2019 at NI Week. Used the knowledge gained during this experience to produce a getting started guide for TestStand's Python Adapter.

## Pariveda Solutions
Technology Consultant Intern
May 2017 - August 2017 (4 months)
Dallas/Fort Worth Area

Worked with The Center for BrainHealth and a team of consultants to create a mobile application to increase awareness for brain health and bring recognition to the center for its research and clinical resources. The application was developed for both Android and iOS using Xamarin and used Contentful and AWS for content and data management.

Increased avenues of learning for individuals with social cognitive disabilities through the development of a proof of concept (POC) game using Unreal Engine. Clinicians at the center use virtual reality to teach their clients key social concepts. The POC was designed to complement training the clinicians provided at the center.

## Clear Measure, Inc.
Engineering Intern
June 2015 - August 2015 (3 months)
Austin

- Redeveloped Clear Measure's website on the Umbraco CMS
- Developed a simple production environment for the website to work with another developer
- Gained experience in HTML, CSS, Javascript, and Twitter Bootstrap
- Participated in a three day master course on Domain Driven Design and Continuous Integration

——————

# Education

## Texas A&M University
Bachelor's Degree, Electrical Engineering · (2014 - 2018)

## Universidad Católica 'Santa Teresa de Jesús' de Ávila
Study Abroad, Spanish Language and Literature · (2012 - 2012)

## Contact

www.linkedin.com/in/
andreacoldwell (LinkedIn)

## Top Skills

Microsoft Excel
PowerPoint
Microsoft Office

## Languages

English

## Honors-Awards

University Honors
Q2 Bronze Award and On the Spot
Award

# Dre Coldwell

Software Engineer at Google
Austin

## Experience

### Google
Software Engineer
October 2019 - Present (1 year 4 months)

### Dell Technologies
3 years 2 months

Senior Software Engineer
January 2018 - September 2019 (1 year 9 months)
Austin, Texas Area

• Full stack developer extreme programming in .NET Core for a large
ecommerce web application
• Collaborated to create a common search platform to increase speed to
market and to reduce experience inconsistencies
• Coded an algorithm to determine which addresses were most relevant to a
customer with the goal to identify accurate
customer data and to reduce delays in revenue arising out of misaligned
customer data
• Created an index for Dell.com search using test driven development and
continuous integration and deployment
• Developed an automated program to traverse Dell.com in search of broken
links to provide better customer experience
• Selected to travel to the 2018 India Summit based on recognition of top
performance and leadership
• Nominated to a panel to discuss emerging changes from an engineering
perspective in the pivotal transformation

Software Developer Engineer
August 2016 - January 2018 (1 year 6 months)
Austin, Texas Area

• Full stack developer working in C# backend and AngularJS front end for a
large enterprise web application
• Customized a feature allowing customers to repurchase an order to reduce
users' ordering time by 54% • Developed a single search quote page with an
intuitive view and the ability to requote expired quotes

• Patented an algorithm comparing pre-built products to a custom configured device in real-time
• Presented to senior executives on the ITDP Summit winning hackathon project to improve mobile conversion on dell.com
• Mentored 3 interns during the Dell summer internship program to help improve overall work experience at Dell
• Lead a committee of 15 people to organize networking, social and volunteer events for more than 75 people
• Ran day-of coordination for the Dell Make-A-Wish golf tournament raising money to grant wishes for critically ill children

## Spiceworks
### Software Development Intern
August 2015 - May 2016 (10 months)
Austin, Texas Area

• Updated the internal UI Toolkit website to display the most recent frontend tools available for developers
• Implemented a search feature in Ruby allowing internal users to more easily navigate the website
• Created both EmberJS and Ruby on Rails API documentation to guide developers in using internal tools

## Dell Technologies
### Intern Undergrad Analyst
May 2015 - August 2015 (4 months)
Austin, Texas Area

• Built a PHP web application standardizing technology roadmaps for projects and teams within the IT organization
• Interviewed 6 subject matter experts to gather data on server life cycles and best practices for software managements
• Enrolled in a training course on corporate social media and became certified to submit posts on behalf of Dell
• Designed an AngularJS web application organizing intern profile and project information for the Internovation Fair
• Organized setup of hardware for the Internovation Fair and planned an IT intern team building event for 45+ interns
• Coordinated the sign up and scheduling of 45+ IT interns for a Dell campus wide 5k fitness and fun run

## ExxonMobil

Upstream Build Intern
May 2014 - August 2014 (4 months)
Houston, Texas Area

• Created a SAP documentation process and trained 40+ global users increasing the efficiency in retrieving information
• Secured a vulnerable VB.NET web application by implementing code validation to remove risk of a user security breach
• Interviewed 9+ business users to gather requirements and propose an upgrade of a Finance Windows application
• Presented project deliverables and results to 7 managers and team to show business impact and value add to team
• Surveyed 47 interns to gather demographic data for the intern program end of summer newsletter

Lakewood Country Club
Lifeguard Manager
May 2009 - August 2013 (4 years 4 months)

-Voted Employee of the Quarter in Summer 2013 by management for consistent of delivery of quality performance
-Managed 30+ lifeguards for three consecutive summers assigning pool maintenance and lifeguarding duties
-Created schedules for weekly rotations, lead weekly refreshers for lifeguards, and helped coordinate swim meets
-Coordinated fitness center daily operations and maintained a clean and comfortable workout environment
-Assisted members with exercise equipment to ensure safety and proper care of facility equipment

_____

# Education

The University of Texas at Austin
Bachelor's Of Science and Arts, Computer Science · (2012 - 2016)

## Contact

www.linkedin.com/in/edvilla
(LinkedIn)

## Top Skills

CISSP
CCNA
Active Directory

## Languages

English (Native or Bilingual)
Spanish (Professional Working)

## Certifications

MS: Implementing Microsoft Azure
Infrastructure Solutions

Professional Cloud Architect

Certified Kubernetes Application
Developer

LFS132x: Introduction to Cloud
Foundry and Cloud Native Software
Architecture

# Edward Villalba

App Modernization Engineer - Google Cloud, O'Reilly Author
(Kuberneted Best Practices), USAF Veteran, Dad, Husband
Austin, Texas Metropolitan Area

## Summary

Principal Software Engineer with in-depth knowledge of
Infrastructure operations, Hybrid computing, DevOps integration and
Automation technologies to bring Cloud Native technologies into the
Enterprise. Specializing in Open Source Microservice and DevOps
using Container Orchestration technologies and following Cloud
Native Computing patterns and practices.

Co-Author: Kubernetes Best Practices by O'Reilly
ISBN: 978-1-492-05647-8

Specialties: CKAD: Certified Kubernetes Application Developer,
CKA: Certified Kubernetes Administrator, MCSD: Azure Solutions
Architect, Full Stack Development MEAN

_____

## Experience

**Google**
Enterprise Application Modernization Engineer
September 2020 - Present (5 months)
Austin, Texas Metropolitan Area

As an Enterprise Application Modernization Engineer I contribute experience
and thought leadership to support Google Cloud Sales teams, and drive vision,
mission, and strategy around
application migrations and transformations. I meet with customers to facilitate
business transformation, success patterns, and establish an architectural
blueprint as the foundation for migration
to Google Cloud.
Responsibilities:
- Support local sales teams in pursuit of key business opportunities, and
engage customers to address aspects of the data lifecycle.
- Identify business and technical requirements, conduct full technical
discovery, and architect client solutions to meet gathered requirements.

- Take responsibility for leading technical projects, including such activities as technology advocacy, supporting bid responses, product and solution briefings, proof-of-concept work, and the coordination of supporting technical resources.
- Work hands-on with Google Cloud Platform products to demonstrate and prototype integrations in customer/partner environments.
- Prepare and deliver product messaging in an effort to highlight the Google Cloud Platform value proposition, using techniques that include whiteboard and slide presentations, product demonstrations, white papers and RFI response documents.

## Microsoft
11 years 1 month

### Principal Software Engineer
March 2019 - September 2020 (1 year 7 months)
Austin, Texas Area

Commercial Software Engineering (CSE) enables high-impact customers to achieve more and drive the value of our intelligent cloud and edge.
We are a software engineering team that codes with our customers every single day. We solve real problems and build trust by coding side-by-side with engineers from customer and Microsoft teams.
My responsibilities include:
* Partnering with customer engineering teams to find key technology opportunities
* Drive adoption and excitement with early technology programs by partnering with companies to adopt key emerging capabilities of Microsoft Azure
* Collaborate and provide feedback to influence product roadmaps
* Develop and deploy commercially available solutions with a focus on security, scalability and reliability

### Azure Technology Solutions Professional - Global Black Belt
July 2016 - March 2019 (2 years 9 months)
United States

Act with superior customer focus in mind as an integral member of the Microsoft sales teams in generating excitement to fill sales pipeline, accelerate technical sales cycle and secure technical closure using deep technical expertise in the Microsoft Azure Cloud Platform as well as in adjacent technologies.Provide pre-sales technicals and architectural support, translating customer's requirements, to enable customers, MSFT services and partners to assist in technical objection handling, architecture, demonstrations,

deployment and consumption guidance of Microsoft Cloud technologies and corresponding solutions (both 1st and 3rd party solutions).

### Azure Technology Solutions Professional
March 2015 - July 2016 (1 year 5 months)

I serve as technical and business product expert for Microsoft Azure Cloud platform to Business' IT Pros and IT Sr. Executives. I possess strong presentation skills, with the ability to develop and deliver technical presentations with customers and to tailor content to audience as appropriate. I can identify and propose specific strategies, initiatives and remedies necessary to align Microsoft technology with corporate objectives. I routinely translate customer business issues/opportunities into technical solution/ business requirements. I am also responsible to review and analyze current technology infrastructure and its ability to support strategic corporate objectives. Delivering technical sales engagements, Architectural Design Sessions (ADS) and Proof-of-Concepts (POC).

### Datacenter Technology Solutions Professional
January 2013 - March 2015 (2 years 3 months)
South Florida

I serve as technical and business product expert across Private Cloud, Hybrid Cloud, Azure, System Center and Windows Server Business' IT Pros and IT Sr. Executives. I possess strong presentation skills, with the ability to develop and deliver technical presentations with customers and to tailor content to audience as appropriate. I can identify and propose specific strategies, initiatives and remedies necessary to align Microsoft technology with corporate objectives. I routinely translate customer business issues/opportunities into technical solution/business requirements. I am also responsible to review and analyze current technology infrastructure and its ability to support strategic corporate objectives. Delivering technical sales engagements, Architectural Design Sessions (ADS) and Proof-of-Concepts (POC).

### Account Technology Strategist
September 2009 - January 2013 (3 years 5 months)

Lead technology strategist serving a small number of Microsoft's large enterprise partners in the South Florida area.  Collaborate with my account team and those trusted enterprise partners in developing and executing a long term strategy to meet their revenue goals and strategic business initiatives. I specialize in infrastructure operations with concentration in Windows Server, Desktop Management, Active Directory and Security.

Seminole Tribe of Florida
Enterprise Architect Administrator
April 2008 - September 2009 (1 year 6 months)

BankAtlantic
Infrastructure Architect - Supervisor
September 2003 - April 2008 (4 years 8 months)

Design, planning, implementing and management of Active Directory,
Windows OS, Exchange 2003, SMS 2003, MOM 2005, IBM/NETApp SAN,
VMWare Virtual Infrastrcuture, StorageTek Tape Library, Symantec NetBackup
and all server hardware systems.

———

## Education

### Florida State University

Bachelor's Degree, Computer Science · (1993 - 1995)

# Eleanor Avrunin

Software Engineer at Google

Austin

## Contact

www.linkedin.com/in/eavrunin
(LinkedIn)

## Top Skills

Python

JavaScript

C++

## Languages

Spanish

English

## Honors-Awards

National Defense Science and
Engineering Graduate Fellowship

National Science Foundation
Graduate Research Fellowship

Branford College Fellows' Prize

Computing Research Association
Outstanding Undergraduate
Researcher Award Finalist

Phi Beta Kappa

## Publications

Incorporating active vision into the
body schema

Effects Related to Synchrony and
Repertoire in Perceptions of Robot
Dance

Socially-Appropriate Approach Paths
Using Human Data

Robots That Express Emotion Elicit
Better Human Teaching

Using Human Approach Paths to
Improve Social Navigation

## Experience

**Google**
Software Engineer
October 2019 - Present (1 year 4 months)
Austin, Texas Area

**Reliable Autonomous Systems Laboratory**
Research Assistant
2018 - 2018 (less than a year)
Robotics Institute, Carnegie Mellon University

See Projects section

**Duolingo**
Software Engineer
2016 - 2016 (less than a year)

Software Engineer on the Research Team.  Involved in processing and analysis of a large dataset of user activity.  Set up data collection for an experiment run with Pittsburgh-area schools.  Designed, implemented, and supported a system for offering external language evaluations to a random sample of users learning English from Spanish and Spanish from English and analyzing their results.

**Reliable Autonomous Systems Laboratory**
Research Assistant
2011 - 2015 (4 years)
Robotics Institute, Carnegie Mellon University

See Projects section

**Social Robotics Laboratory**
Undergraduate Research Assistant
2008 - 2011 (3 years)
Yale University

See Projects section

**Quality of Life Technology Center REU**

Summer REU participant
June 2010 - August 2010 (3 months)
Carnegie Mellon University

Amherst Martial Arts
Instructor
2005 - 2007 (2 years)
Amherst, MA

Student for nine years and instructor for two years.  Primary teacher for teen class, assistant instructor for beginner 5- to 8-year-olds, and substitute teacher for other classes.  Second-degree black belt.

_____

# Education

Carnegie Mellon University
Master of Science (M.S.), Robotics · (2011 - 2015)

Yale University
Bachelor of Science (B.S.), Computer Science · (2007 - 2011)

## Contact

www.linkedin.com/in/erikhaddad
(LinkedIn)
www.google.com (Company)

## Top Skills

AngularJS
jQuery
Web Development

## Languages

Spanish (Elementary)
Sign Languages (Limited Working)
English (Native or Bilingual)

# Erik Haddad

Senior User Experience Engineer at Google
Austin, Texas Metropolitan Area

## Summary

Full-stack developer setting the trajectory for this world's most
innovative moonshots. What exactly does that mean? Well, I wrote
an article about it: https://medium.com/google-design/why-full-stack-
developers-make-the-best-ux-engineers-1ddbff6c1739

I also speak at conferences worldwide, evangelizing for web,
Android, Firebase, and Machine Learning technologies.

Qualifications:
- 16+ years of experience in full-stack development
- 7+ years of full-stack development at ESPN/Disney
- 5+ years of UX Engineering at Google
- MBA in Technology Management
- BS in Computer Science (minors in Criminal Justice and Modern
History)

Specialties:
- Rapid prototyping UI/UX/HCI and data visualization using Angular,
REST APIs, D3.js, and all things Firebase
- Web development (HTML5, CSS3, JavaScript, Angular, AngularJS,
Typescript, jQuery)
- Software engineering (Java, SQL, database modeling, Android)
- Product and project management, innovation, and entrepreneurship
- All things User Experience

―――――

## Experience

Google
6 years 5 months

Sr UX Engineer
February 2020 - Present (1 year)
Austin, Texas, United States

Hiring/Staffing UX

Duties:

Design, prototyping, and engineering of next generation recruitment tools and features

Noteworthy:

Creator of avatar and persona generation tool: https://persona-creator.web.app

### UX Engineer
July 2016 - February 2020 (3 years 8 months)
San Francisco, CA

Firebase UX

Duties:

Design, prototyping, and engineering of new products for database management, Actions on Google, and Fabric integration.

Noteworthy:

Creativity at the Core conference presenter - July 2016

ng-europe hackathon host and conference presenter - October 2016

ngVikings conference presenter - February 2017

ng-nl conference presenter - March 2017

Angular Summit conference presenter - May 2017

JS Poland conference presenter - June 2017

Angular Up conference presenter - June 2017

AngularMix conference presenter - October 2017

Firebase Dev Summit conference presenter - October 2017

RIT GCCIS guest speaker - January 2018

ng-europe conference presenter - February 2018

ngVikings conference presenter - March 2018

Firebase Dev Summit Extended conference presenter - November 2018

Droidcon Boston conference presenter - April 2019

Google I/O conference presenter - May 2019

GDG Kuala Lumpur conference presenter - July 2019

DevFest Florida Orlando conference presenter - November 2019

React Berlin conference staffer - December 2019

### UX Engineer
September 2014 - July 2016 (1 year 11 months)
Mountain View, CA

Work/Apps UX

Duties:

Design, prototyping, and engineering of new products for communication, storage, collaboration, and management.

Noteworthy:

ng-conf (internal) conference presenter - April 2015

RIT GCCIS guest speaker - February 2016

CABE conference presenter - March 2016

## ESPN

7 years 3 months

### Software Engineer III
March 2014 - September 2014 (7 months)
Bristol, CT

ESPN Technology - Consumer Devices

Software engineering (Java/Android SDKs) and web development (UI/UX) for Google Glass, Google Chromecast, Android Wear and provide support for WatchESPN products on set top boxes and internet-connected TVs.

### Software Engineer III
August 2013 - March 2014 (8 months)
Bristol, CT

ESPN Emerging Technology - Advanced Development

Advanced development of tools and graphics for studio/broadcast applications. Extensive use of REST APIs, AngularJS (JavaScript), Grunt, Bower, NPM, websockets, MongoDB, HTML5, and CSS3.

Primary focus: social media tools, 3D graphics, and touchscreens for relaunch of SportsCenter in May 2014

- Presenter at NYC "Visualized" Conference in February 2014: "Storytelling with Big Sports Data at ESPN"

- Attended "ng-conf" in January 2014, Salt Lake City, UT

- Attended "MIT Sloan Sports Analytics Conference" in February 2014, Boston, MA

- Participated in "ESPN Digital Media Hackathon" in December 2013

### Software Engineer III
November 2011 - August 2013 (1 year 10 months)
Hartford, Connecticut Area

ESPN Emerging Technology - Sports Data Repository

Development of APIs, iPad/iPhone apps, data visualizations and analytics, touch screens apps, web video, and all things tech. An evangelist for web development and API best practices.

- Attended "HTM5 Developer Conference" in April 2013, San Francisco, CA

- Participated in "ESPN Digital Media Hackathon" in December 2012 (Technical Achievement award)

### Web Developer II
January 2009 - November 2011 (2 years 11 months)
Web development for ESPN.com advanced development projects regarding biographical data and historical statistics.

- Attended "JavaOne" conference in September 2010, San Francisco, CA
- Attended "jQuery Conference" in October 2010, Boston, MA
- Attended "Java Masters" training in September 2011, Bristol, CT

### Software Engineer I
July 2007 - January 2009 (1 year 7 months)
Software Engineer and Web Developer, splitting time working on the back-end and the front-end of ESPN.com.

Projects: Game, player, draft, and NCAA tournament pages, data visualization, editorial tools

### Excellus BlueCross BlueShield
Software & Database Developer
September 2005 - June 2007 (1 year 10 months)
Development, testing, documentation, and debugging at all layers of insurance provider software. JSP front-end work supplemented by Struts and Hibernate interacting with DB2.

### The CBORD Group, Inc.

Quality Assurance Engineer
May 2004 - August 2004 (4 months)

Full-time internship (co-op) creating unit test scripts in VBScript for flagship transaction processing software.

The CBORD Group, Inc.
Web Developer
May 2003 - August 2003 (4 months)

Full-time internship (co-op) creating front-end and back-end solutions for management of company annual conference and customer satisfaction surveys.

———

# Education

## Rochester Institute of Technology

MBA, Technology Management & Information Technology · (2006 - 2007)

## Rochester Institute of Technology

BS, Computer Science · (2001 - 2006)

## Contact

www.linkedin.com/in/evan-greco
(LinkedIn)

## Top Skills

TypeScript
Node.js
Ruby on Rails

# Evan Greco

Software Engineer at Google
Austin

## Summary

I am a full-stack software engineer, having worked professionally
on everything from Linux kernel drivers all the way up to TypeScript
Serverless APIs in AWS Lambda.  One of my strongest skills is
my ability and willingness to dive deep into old, crusty code and
learn on the fly to solve business-critical problems.  I have a history
of shipping device drivers on a year-long cycle, bi-weekly pushes
to production Ruby on Rails projects, hand-building RPMs and
deploying to largely forgotten servers, and improving code bases
along the way.

——————

## Experience

**Google**
Software Engineer
April 2020 - Present (10 months)
Austin, Texas, United States

**FlightAware**
Software Developer
September 2019 - April 2020 (8 months)
Houston, Texas Area

**LegitScript**
Senior Software Engineer
October 2017 - September 2019 (2 years)
Portland, Oregon (remote)

* Lead a software team (and at one point, 2 teams) designed to work on both
modern and legacy code bases, ranging from multiple Ruby on Rails systems
to green field TypeScript Serverless projects in AWS Lambda
* Interface directly with the business to translate business needs to technical
requirements
* Work within an Agile framework and a product team to organize and execute
on user stories

* Triage and deploy hotfixes to business-critical systems, both legacy and brand new
* Primary technologies: AWS (Lambda, CloudWatch, Serverless, etc.), JavaScript/TypeScript, NodeJS, Clojure, Ruby on Rails, Python, Scrapy, SalesForce (APEX), PostgreSQL, MySQL

Nike
Senior Data Engineer
February 2017 - October 2017 (9 months)
Portland, Oregon Area

* Designed and implemented tools used for cloud-based resource provisioning for the Next Gen Platform Data & Analytics team
* Provided services with AWS Lambda, DynamoDB, API Gateway, and other AWS technologies to enable data migrations and processing
* Primary technologies: Python 2.7, boto3, NodeJS, AWS (API Gateway, Lambda, EC2, S3, DynamoDB, IAM being most prominent)

Steelcase
Software Engineer
August 2015 - October 2017 (2 years 3 months)
Portland, Oregon Area

* With a tight deadline, developed web application using Angular 2 and NodeJS/Express which is used to securely manage Internet of Things gateways already deployed in the field
* Developed software for the media:scape product line, which includes solutions for streaming media in conference rooms to displays
* Media:scape technical landscape included native clients (Windows, OS X) communicating with multiple receivers (Intel NUCs) using H.264, which display content to connected monitors
* Worked on entire stack: Python on Ubuntu-based gateway, C#/NodeJS/MySQL cloud-based processing nodes, and JavaScript (AngularJS) on the frontend
* Primary technologies: Clojure, PostgreSQL, JavaScript (NodeJS/Express, AngularJS, EmberJS), Python, C#, MySQL, Ruby

Eleven Software
Software Engineer
July 2014 - August 2015 (1 year 2 months)
Portland, Oregon Area

* Implemented features for ElevenOS, a C#/.NET web application used for network management within the hospitality industry
* Contributed to a Python-based cloud tool used for 802.1x authentication, deployed via AWS
* Primary technologies: C#, Microsoft SQL Server (T-SQL), FreeRADIUS, Python, Linux (Fedora)

National Instruments
Software Engineer
May 2012 - July 2014 (2 years 3 months)
Austin, Texas Area

* Designed and implemented USB device drivers and firmware for the Portable DAQ Backplanes Software group
* Largest project involved a large (~1 million lines of C/C++) port from the Windows NT kernel to a real-time Linux kernel (NI Linux Real-Time)
* Other projects include a USB bus driver for the Linux kernel as well as a kernel extension used for firmware updates
* Prototyped novel USB device driver architecture for the Linux kernel in C
* Wrote extensions for internal web-based configuration framework in C# using Silverlight/.NET
* Primary technologies: C/C++, Linux kernel, Windows NT kernel, OS X kernel extensions, USB, LabVIEW

——————

# Education

## Texas A&M University

Bachelor of Science - BS, Computer Science · (2008 - 2012)

## Contact

www.linkedin.com/in/gopenshaw
(LinkedIn)

## Top Skills

Python
Java
Software Development

## Honors-Awards

1st Place Team
Top 24 Team

# Garrett Openshaw

Software Engineer at Google
Austin, Texas Metropolitan Area

## Summary

Full-stack software engineer with experience in machine learning and networking. Delivering creative, testable solutions to business problems in Python and Javascript.

Languages: Python, Javascript, SQL, Java, C, Matlab
Frameworks/Tools: AWS EC2, VPC, CloudFormation; Django; Node.js; Vue.js; MySQL; MongoDB; Unix; Git;

https://github.com/gopenshaw

———

## Experience

**Google**
Software Engineer
April 2019 - Present (1 year 10 months)
Austin, Texas

**Clinc, Inc.**
Software Engineer, Team Lead
January 2018 - March 2019 (1 year 3 months)
Ann Arbor, Michigan

Conversational AI startup for financial services (chatbots)

**Arbor Networks, the security division of NETSCOUT**
Software Engineer
May 2016 - January 2018 (1 year 9 months)
Ann Arbor, MI

Wrote software for a DDoS mitigation and network visibility appliance

**Ridge Tool Company**
Software Development Co-op
January 2014 - November 2015 (1 year 11 months)
Elyria, Ohio

## Education

University of Toledo

Bachelor of Science (BS), Computer Science and Engineering · (2012 - 2016)

Oberlin College

Bachelor of Music, Violin Performance · (2006 - 2010)

## Contact

www.linkedin.com/in/ivan-oropeza-85718943 (LinkedIn)

## Top Skills

Java

C

C#

## Languages

English (Native or Bilingual)

Spanish (Native or Bilingual)

## Honors-Awards

Gates Millennium Scholar

Dean's List Award

# Ivan Oropeza

Software Engineer at Google

Austin

## Summary

I am a Master's student in Computer Science doing research in Information Retrieval and my interests are in machine learning and artificial intelligence. I have had internships at Google, Travelocity, Cisco Systems, Heartland Payment Systems and Rockwell Collins.

Skills:
Java, Python, C, C#, C++, Ada, MySQL, object oriented programming, and algorithm design

_____

## Experience

Google
Software Engineer
August 2015 - Present (5 years 6 months)

The University of Texas at Austin
Graduate Research Assistant
August 2013 - September 2015 (2 years 2 months)

Working under Dr. Matthew Lease, I investigate the creation of evaluation datasets for information retrieval system minimally with the use of crowdsourcing. In our current project we study how techniques such as sampling or active learning are affected by noisy judgements introduced by the crowds. Since such techniques empower a small subset of judgements, the effect on the ranking of systems and estimator metrics are unknown.

Google
College Intern
May 2014 - August 2014 (4 months)

Designed and developed an internal tool for advertising deal debugging in Python. The tool consolidates data from various sources in order to provide a meaningful yet user friendly snapshot of the state of the deal. In addition, the tool troubleshoots some of the typical problems in deal configurations.

Moreover, the tool's modular design allows integration into other tools and fast development of new features.

## Travelocity
College Intern
May 2013 - August 2013 (4 months)

Developed, in a team competition, a sentiment analyzer tool to match Tweets to flight data. This tool uses the following technologies: Google Places API, Alchemy API, Tweeter API, Hibernate, MySQL, Twitter Bootstrap and JQuery. Moreover, I developed an internal tool using Spring Roo, JQuery and MySQL to facilitate managing legacy bookings  for a new Travelocity partner. In addition, I did code reviews and fixed bugs in production code.

## Cisco Systems
College Intern
June 2012 - August 2012 (3 months)
Richardson TX

Develop an internal tool using Groovy and Grails (a high-productivity web framework that uses Java's Hibernate and Spring technologies). This tool replaced a tedious, error-prone, process and will serve as the first step in a series of projects that will facilitate the development process at Cisco. The tool consists of a RESTful web API that persists its data in a MySQL database. This API is then used by a CLI client coded in Java, a browser, and potentially an IDE.

## Heartland Payment Systems
Security intern
June 2011 - August 2011 (3 months)

Learned C# to develop a program that deletes or encrypts files containing sensitive data to comply with PCI-DSS standards; assisted other interns; assessed the alerts generated by the DLP agents in the network; performed document updates; analyzed data like physical security results; and verified that hiring &amp; termination procedures were followed properly. All the code developed was analyzed by vulnerability scanning software.

## Rockwell Collins
Engineering co-op
June 2010 - August 2010 (3 months)

Learned Ada and C++ to develop a program that controls a radio product; the program was a prototype to demonstrate the feasibility of the project and would be used as its foundation.

———

## Education

### The University of Texas at Austin

Master's degree, Computer Science · (2013 - 2015)

### The University of Texas at Dallas

Bachelor's degree, Computer Science · (2008 - 2013)

## Contact

www.linkedin.com/in/james-
ferreira-45411390 (LinkedIn)
www.amazon.com/gp/aw/
d/1491946180 (Other)
apps4gapps.com (Company)

## Top Skills

Cloud Computing
Web Development
Enterprise Software

# James Ferreira

G Suite Specialist, US Public Sector at Google
Austin

## Summary

Now at Google doing great things in the Public Sector.

Inventor of App Maker University,
Author of the O'Reilly books; "Google Apps Script, Web Application
Development Essentials" and "Google Script - Enterprise Application
Essentials"
Google Developer Expert for G Suite

Founder of http://GoogleScriptExamples.com, the largest place on
the web for custom Google Apps Script libraries and code examples.
You can also ask questions on our G+ Google Script Examples
Page. Please use a public tag.

Bio:
James Ferreira, Founder of Ignite Synergy and App Maker
University, develops and manages several Google Add-ons that help
millions of users get the most out of their Google experience.  He
also teaches classes across the nation and has spoken at national
conferences and technical events like Google I/O. Previously
serving as Chief Information Officer for the New Mexico Office
of Attorney General where migrated the first government agency
to Google Apps, and wrote free software to extend Google Apps
for education and non-profit. In partnership with Google James is
working to improve the at work experience by helping businesses
build their own apps using Google App Maker. Learn more at
AppMakerUniversity.com

―――――

## Experience

Google
G Suite Specialist, US Public Sector
April 2019 - Present (1 year 10 months)
Austin, Texas Area

Ignite Synergy
4 years 3 months

App Maker University
2017 - Present (4 years)

CEO
November 2016 - Present (4 years 3 months)
400 Gold Ave, Albuquerque, NM

Southwest Software Designs
CEO
January 2013 - November 2016 (3 years 11 months)
Albuquerque, New Mexico Area

Dito
Director of Development
2012 - 2013 (1 year)

New Mexico Office of the Attorney General
CIO
2006 - 2012 (6 years)

———

# Education

The University of New Mexico

Bachelor of Communications

## Contact

www.linkedin.com/in/jianfei-hua-a4344711 (LinkedIn)

## Top Skills

Java

Python

R

## Languages

English

Chinese (Simplified)

# Jianfei Hua

Software Engineer at Google Cloud | G Suite

Austin, Texas Metropolitan Area

## Summary

• Motivated and quick learner striving to try new technologies
• Embracing challenges and good at solving difficult problems
• Excellent communication skills developed through years of team working

———

## Experience

**Google Cloud | G Suite**
Software Engineer
August 2019 - Present (1 year 6 months)
Sunnyvale, CA

Data center software

**Indeed.com**
Software Engineer
August 2016 - August 2019 (3 years 1 month)

CRM webapp and tools

Salesforce data integration

**University of Pittsburgh School of Medicine**
Researcher, data analysis
September 2010 - March 2016 (5 years 7 months)

DATA ANALYSIS
• Functionality prediction: Designed and implemented using java an algorithm to quantify activeness of sequence segment based on sequence variance.
• Job query automation: Developed a program for downloading data from online database and submitting job query to web servers.
• Big data analysis: Developed a MapReduce-based tool for large scale data processing and sequence mapping in distributed environments.

INDIVIDUAL PROJECTS
WaveChaser: A stock forecasting software that manages stock data and predicts stock price changes.

• Implemented a data manager that downloads stock data from online sources, and manages data and analysis results using relational databases.

• Designed and implemented a swing trade model based on long-term trend and short-term stochastic, with ~50% average annualized performance on large caps, 3 times the SPX benchmark.

• Designed and implemented an index price forecasting model based on the statistics of VIX movements.

• Designed and implemented a machine learning model for forecasting the next day price, based on stock candlestick pattern.

• Implemented a simulation model for modeling performance and risk of option trading.

• Implemented data and analysis visualization using Java.

COURSE PROJECTS

• Seam Carving: A java solution for resizing images on different media without introducing distortion. Implemented facial detection to retain all facial information.

• WordNet: A lexical database for measuring semantic relatedness between words in a natural language. Quick calculation of the semantic distance between words was achieved by a graph representation of words.

• Boggle, Asteroid, Blackjack: Interactive web-based Python implementation of classic games.

University of Pittsburgh
Researcher, image processing
August 2005 - December 2009 (4 years 5 months)

• Pattern recognition: Designed a statistics-based algorithm for automatic recognition of objects of interest in very noisy images. Implemented the algorithm with java and saved large workload of manual selection.

• Analysis of image objects: Developed a program for categorization and quality control of selected image objects using support vector machines.

## Education

University of Pittsburgh School of Medicine

Master's Degree, Biophysics · (2005 - 2009)

University of Science and Technology of China

Bachelor's Degree, Biology · (1999 - 2004)

## Contact

www.linkedin.com/in/joeykasnicki
(LinkedIn)
www.socialware.com/ (Company)

## Top Skills

Python

Scala

Java

# Joey Kasnicki

Software Engineer at Google

Austin

## Summary

Experienced programmer knowledgeable in design, maintenance, testing, and refactoring of large software systems.

_____

## Experience

**Google**
Software Engineer
April 2014 - Present (6 years 10 months)
Austin, Texas Area

**Socialware**
Software Engineer
September 2011 - April 2014 (2 years 8 months)
Socialware makes software that empowers professionals to identify new business relationships and strengthen existing ones via LinkedIn, Facebook,and Twitter. Since 2009, Socialware has worked with more than 125 enterprise customers. In regulated industries, Socialware helps customers maintain strict compliance through archiving, moderation, and integration with existing enterprise IT systems.

**Google**
Software Engineer
February 2010 - September 2011 (1 year 8 months)
Mountain View

Built a continuous deployment system for AdSense backend binaries.

**Cataphora**
Operations Engineer
July 2009 - January 2010 (7 months)

**Advanced Micro Devices**
Co-op Design Engineer
May 2008 - August 2008 (4 months)

Advanced Micro Devices
Co-op Design Engineer
August 2007 - December 2007 (5 months)

———

# Education

Cornell University
B.S., Electrical and Computer Engineering · (2005 - 2009)

## Contact

www.linkedin.com/in/jon-simpkins-phd-a701418 (LinkedIn)

## Top Skills

Node.js

ElasticSearch

Software Development

# Jon Simpkins, PhD

Software Engineer at Google

Austin

## Experience

### Google
Software Engineer III
April 2019 - Present (1 year 10 months)
Austin, Texas Area

### Amazon
Software Development Engineer II
October 2018 - April 2019 (7 months)
Austin, Texas Area

### RetailMeNot, Inc.
3 years 10 months

Senior Software Engineer
March 2017 - October 2018 (1 year 8 months)
Austin, Texas Area

Software Engineer II
February 2016 - March 2017 (1 year 2 months)
Austin, Texas Area

Software Engineer I
January 2015 - February 2016 (1 year 2 months)
Austin, Texas Area

### Kessler Crane, Inc.
Software Developer
May 2013 - December 2014 (1 year 8 months)
Plymouth, Indiana Area

### Parish Photography
Video Editor
April 2009 - July 2009 (4 months)

### Air Force Institute of Technology
Research Intern

May 2008 - August 2008 (4 months)

———

# Education

### University of Notre Dame

Doctor of Philosophy (PhD), Electrical Engineering · (2012 - 2016)

### University of Notre Dame

MSEE, Electrical Engineering · (2009 - 2011)

### Trinity University

BS, Engineering Science, Mathematics · (2005 - 2009)

# Jorge Limón Cabrera

Software Engineer at Google
Austin

## Contactar

www.linkedin.com/in/j-limon-cabrera (LinkedIn)

## Aptitudes principales

Leadership
Teamwork
C++

## Languages

**English** (Native or Bilingual)
**French** (Elementary)
**Spanish** (Native or Bilingual)

## Certifications

Professional Scrum Master I

## Honors-Awards

1st Place: 7° Concurso de Casos de Administración (Business Management and Strategic Development Contest)

1st Place: 8° Concurso de Casos de Administración (Business Management and Strategic Development Contest)

3rd Place: Concurso de Creación de Videojuegos (Videogame Creation Contest)

## Extracto

Software Engineer at Google. Graduated on December 2018 from Tecnológico de Monterrey, with a B.S. in Computer Science.

Worked at National Instruments as a Software Engineering Intern, developing new features for LabVIEW NXG. Also worked at Definity First as a QA Automation Intern. Some relevant Computer Science courses I enjoyed were Machine Learning, Compilers Design and Web Development.

Involved in several hackathons, obtained a certification as a Professional Scrum Master, and worked as the Content Director for Connect by SISCTI, an international IT Symposium that hosted more than 350 people. I enjoy going out with friends, dancing salsa music, and playing adventure or RPG videogames.

———

## Experiencia

**Google**
Software Engineer
febrero de 2019 - Present (2 años)
Austin, Texas Area

**National Instruments**
Intern/Co-op - Software Engineer
mayo de 2018 - agosto de 2018 (4 meses)
Austin, Texas Area

- Worked in production code for new features of LabVIEW NXG.
- Maintaining the code base of LabVIEW NXG.

**Definity First**
5 meses

Intern/Co-op - QA Automation
agosto de 2017 - octubre de 2017 (3 meses)
Monterrey Area, Mexico

Page 1 of 2

• Optimized their C# test automation framework execution time from O(N*M) to O(N), where N is the number of tests, and M the number of target browsers.

• Enhanced their test automation framework to include logging, exception management and code reuse.

• Created and gave internal automation courses to QA and Software Engineers.

• Created automated test scripts with MSTest and Selenium in C# for integration testing.

Intern/Co-op - QA
junio de 2017 - agosto de 2017 (3 meses)
Monterrey Area, Mexico

- Manual testing for software development projects.
- Planning of regression and smoke testing by creating the corresponding test plans.

———

# Educación

## Tecnológico de Monterrey
Bachelor of Science - BS, Computer Science · (2014 - 2018)

## CEVRO Institut - Praha
Study abroad, Cyber Security, Cyber Attacks and Cyber Wars · (2017 - 2017)

## Contact

www.linkedin.com/in/jorge-
munoz-86663a4b (LinkedIn)
jimunoz1990.tumblr.com/ (Blog)

## Top Skills

Physics
Research
Android

## Languages

English
Spanish

## Honors-Awards

Sigma Pi Sigma Physics Honors
Society
Summer Undergraduate Research
Fellowship
Anson Credille Endowed

# Jorge Munoz

Software Engineer at Google
Austin

## Experience

**Google**
Software Engineer
March 2020 - Present (11 months)
Austin, Texas Metropolitan Area

**LivePerson**
Software Development Engineer II
October 2018 - January 2020 (1 year 4 months)
Austin, Texas Area

- Serve as owner of API lifecycle development; responsible for improving code
quality, test coverage, scope definition, sprint planning, task estimation and
tracking.
- Designed and developed frontend UI and API documentation.
- Develop NLU service integrations and expose via API with IBM Watson,
Google Dialogflow, Amazon Lex and Microsoft Luis.

**Conversable**
Software Engineer
June 2016 - October 2018 (2 years 5 months)
Austin, Texas Area

- Served as lead frontend developer for self-service platform that allowed users
to build and deploy their own bot solutions.
- Designed and built features for end-to-end external integrations with
Facebook, Twitter and Alexa.
- Assisted in design, requirements gathering and development of custom
chatbot solutions for clients such as Pizzahut, Wholefoods, and Marvel.

**Bee Cave Games**
Software Engineer
January 2015 - May 2016 (1 year 5 months)
Austin, Texas Area

-Full Stack Developer – Designed, implemented and maintained code for
social casino game.

-Worked with small team of engineers to develop and implement features designed to promote
growth, increase retention, and develop tools for the company.

## Yahoo
Software Developer Intern
June 2014 - September 2014 (4 months)
United States

-Front-end android development – wrote efficient, maintainable and reusable code.
-Developed, shipped and maintained a feature used internationally.
-Efficiently contributed in an adaptive software development cycle with a team of engineers

## Jet Propulsion Laboratory
Student Independent Research Intern
January 2012 - December 2012 (1 year)

-Generated a thorough library of models using the stellar atmospheric models MARCS with the radiative transfer code DUSTY.
-Created scripts to perform analysis on photometry using the generated library of models.

————

# Education

## University of California, Los Angeles
Master's degree, Computer Science · (2013 - 2014)

## Occidental College
Bachelor of Arts (BA), Physics and Mathematics, minor: computer science · (2009 - 2013)

## St.Stephen's Episcopal

## Contact

www.linkedin.com/in/joshua-clark-0b7a6436 (LinkedIn)
github.com/j-clark (Other)

## Top Skills

JavaScript
Java
SQL

## Languages

English (Native or Bilingual)

# Joshua Clark

Software Engineer at Google
Austin

## Summary

I'm a full-stack engineer, with my greatest strengths in the middle to middle-back of the stack.

My strongest technologies/ecosystems are Ruby/Rails and React/Redux. I've worked recently and extensively in both and have used both ES6 and TypeScript for the React stack

I'm rusty with Java, but do have a couple years of professional experience. I've done my fair share of DevOps and CSS work. I'm generally able to scale up quickly on new technologies and new codebases.

———

## Experience

**Google**
Software Engineer
April 2020 - Present (10 months)
Austin, Texas, United States

**Parachute Health**
Senior Software Engineer
March 2018 - April 2020 (2 years 2 months)
New York, New York, United States

I work on all aspects of product development — front end React, backend Ruby, deployment on AWS and so on. I lead projects technically and manage a small number of other engineers

**PolicyGenius Inc.**
Senior Software Engineer
March 2015 - February 2018 (3 years)
Greater New York City Area

Full-stack generalist responsible for building out core product and implementing best practices in the early days of Policygenius, to leading

project teams and overseeing technical direction and architecture for all of engineering in later years.

Some highlights:
- Primarily responsible for the design and implementation of Policygenius' life insurance quoting and underwriting engine, which allowed for a dramatic improvement in quoting accuracy
- Overhauled the Policygenius client-side architecture in 2015 from jQuery/ CoffeeScript to React/Redux, to allow the team to build out richer and more maintainable client-side experiences
- Migrated CI and deployment from a hosted CI solution to an autoscaling, Buildkite/AWS-based solution that reduced average build time from 30 minutes to ~7 minutes
- Led initial build out for in-house CRM that improved efficiency of our customer service team and has grown to be a core piece of customer operations function

Pivotal Labs
Software Engineer
October 2013 - February 2015 (1 year 5 months)
Greater New York City Area

Consulted with startups and enterprises to deliver software and enable their team to continue to deliver high quality software after I'm gone. Taught clients Pivotal Labs' style of extreme programming, which emphasizes, test-driven development, regular planning and retrospective meetings and pair programming.

The ecosystems I used most : JavaScript, Ruby and Java.

mobi.
Software Engineer
December 2011 - September 2013 (1 year 10 months)
Full stack web development (configuration/deployment automation, SQL, Java, JavaScript, Ruby)

Introduced lightweight Sinatra + AngularJS web development platform to replace proprietary, .NET-based XML framework (LogiXML).

Provided significant performance improvements for mobi.Result by optimizing data retrieval.

Built resource management application (mobi.Resource) with Spring MVC and MyBatis.

Assumed a leadership role in team building by overhauling the developer interview process and mentoring new hires.

Built interactive mapping and reporting application (mobi.Insight) with a Google Maps/JavaScript frontend and Java/Hibernate backend.

Texas State University
Undergraduate Researcher
August 2011 - December 2011 (5 months)
San Marcos, TX

Fully automate existing iris recognition software for experimental research.

_____

## Education

Texas State University-San Marcos

BS, Computer Science · (2010 - 2012)

## Contact

www.linkedin.com/in/jovan-
ivanoski-b08759111 (LinkedIn)

## Top Skills

Java

PHP

JavaScript

## Languages

Spanish (Limited Working)

English

Macedonian

## Certifications

Talkdesk Certified Consultant

Salesforce Platform Developer

Salesforce Certified Administrator
(SCA)

# Jovan Ivanoski

Application Engineer @ Google Cloud

Austin

## Summary

An experienced Salesforce Engineer with additional strong
knowledge in Javascript and Web Design and Development.

———

# Experience

### Google

Application Engineer

January 2020 - Present (1 year 1 month)

Austin, Texas, United States

### Florida International University

Salesforce Application Developer III

May 2018 - January 2020 (1 year 9 months)

Miami/Fort Lauderdale Area

### Selas Technologies

Product Developer, Salesforce

April 2019 - November 2019 (8 months)

Miami/Fort Lauderdale Area

### FIU School of Computing and Information Sciences

Adjunct Professor

July 2018 - May 2019 (11 months)

Miami, Florida

COP 4710 - Database Management: Fall 2018, Spring 2019

COP 2210 - Programming I (Java): Spring 2019

COP 3530 - Data Structures (in Java): Spring 2019

### Brillio

Software Engineer - Salesforce

June 2017 - May 2018 (1 year)

Santa Clara, CA

Previously Comity -> Acquired by Brillio in March 2018.

• Responsible for design, development, implementation, testing, maintenance and support of complex enterprise and web-centric applications on Salesforce.com platform for internal engagements and external customers
• Design and build solutions either via point and click functions, and/or technical components using object oriented concepts, Lightning, jQuery, Visualforce, Apex, HTML, CSS, Javascript, Web Service call-outs (SOAP/ REST) and SOQL/SOSL
• Comity Product - Products to Assets Converter: Added new features and upgraded the styling from salesforce classic to SLDS styling to match newest industry standards. Designed, developed and tested the Lightning Experience version of the product. (link: https://goo.gl/vKn9ud)
• Comity Product - Comity Mind (In development): This free product developed by me leverages the functions of the Einstein Vision API and makes them easy to use with a nice, clean and intuitive UI. In the product you can add, delete and train datasets, add examples to them and make an AI prediction with it once training is finished. Also, in the package there is a reusable component to add wherever you like.
• Customer : AHM(Advanced Health Media), Lightning software engineer, Designing, Developing, Implementing, Testing and Maintaining health media software platform using Lightning components, Apex and external javascript libraries like lodash, logger and cache

Pacific Northwest National Laboratory - PNNL
Masters Intern
May 2016 - June 2017 (1 year 2 months)
Richland/Kennewick/Pasco, Washington Area

• Creating, Updating, Maintaining and Deploying Sharepoint 2010 and Sharepoint 2013 Websites, using advanced tools/libraries like CAML, SP Services, MS SP 2013 List API, JSLink and XSL in the process
• Design, create and maintain the application frontend of .NET Sharepoint websites, as well as ASP .NET websites
• Creating web interfaces and scripts for automating of Amazon Web Services tasks and account
set up and configuration using the AWS CLI
• Helping determine tasks, projects and plans for 2017 summer interns
• Creating Service Profiles dashboards and reports for critical software platforms and applications
within the infrastructure
• Unclassified Cyber Security monitoring

• Windows and Linux Server monitoring and automation

• Analyzing machine generated big data and logs using Splunk to calculate IT infrastructure health index.

• Developing advanced reports, dashboards and applications by consulting with application development teams and senior leadership to streamline the process of leveraging the Infrastructure Health Index to support key decisions

## Florida International University
Student Assistant
January 2016 - May 2016 (5 months)
Miami

Primary responsibilities:

• Maintain and upgrade the computer platform and codes, maintain the databases, provide support

services, and help operate the Florida Public Hurricane Loss Model (FPHLM).

• Work with the meteorological, actuarial, engineering, and statistical teams as required.

Research:

• Creating and upgrading an Online multimedia system manager that uses different Data Mining,

Machine Learning and Feature Extraction techniques that can process videos, recognize objects

and actions in it, display the results

———

# Education

## Florida International University
Master's Degree, Computer and Information Science · (2015 - 2017)

## UIST St. Paul the Apsotle
Bachelor of Science (B.Sc.) , Computer Science and Engineering · (2011 - 2015)

## Contact

www.linkedin.com/in/justinoliver51 (LinkedIn)

## Top Skills

Embedded Systems

C

Software Engineering

## Languages

English (Native or Bilingual)

# Justin Oliver

Software Engineer at Google

Austin, Texas Metropolitan Area

## Summary

Versatile software engineer and entrepreneur with a track record for applying technical expertise to distributed systems, software applications, embedded systems, and iOS/Android applications using Java, Python, C, C++ and Objective C.

———

## Experience

### Google
Software Engineer
November 2018 - Present (2 years 3 months)
Austin, Texas

### HubSpot
Software Engineer (Acquired Evolve)
May 2017 - July 2018 (1 year 3 months)
Greater Boston Area

Improvements, maintenance and operations on scalable distributed data systems.

For more about HubSpot's development process, see:
http://product.hubspot.com/blog/how-we-built-our-stack-for-shipping-at-scale

### Techstars
Hackstar
January 2017 - May 2017 (5 months)
Boston, Massachusetts

Supported startups in their areas of need, ranging from software applications and embedded systems to technical research and marketing.

### NXP Semiconductors
4 years 7 months

Software Engineer
June 2013 - December 2016 (3 years 7 months)

Supported the functional validation team by developing the tools and frameworks they used to validate networking microchips.

• Reduced the execution time of automated random tests (ART) by a factor of 1000 by developing a powerful Python validation framework to generate C, C++ and assembly code to model test interaction with the device

• Saved two seconds off the start-up time of tests while using only one fifth the memory footprint by refactoring the device tree to employ lazy instantiation

• Minimized the number of tests necessary to completely validate an IP - increasing efficiency by up to 3000% - by constructing a constraint solver for random variables

• Implemented C and Python servers/clients via shared memory IPC to facilitate executing external C functions on chip from interactive Python on an external host machine and to provide a method for C tests running on the device to make requests from the host machine

• Created a code generator that generates random assembly instructions, retrieves the expected intermediate results from an ISS, and verifies these results against the runtime values to aid in Fmax hunts

• Designed a Python framework for the electrical team to perform Fmax hunts through meaningful core based stress stimuli

• Developed low level drivers, including I2C and UART

• Mentored new hires with learning the tools, processes, and team dynamics

Rotation Engineer
June 2012 - June 2013 (1 year 1 month)
Four rotations of my choice through NXP's business groups.

• Software: Developed an interpreter for STAPL, a software language used to program FPGAs, in C to enable customers to install FPGA release updates offsite

• Validation: Created tools in Python and C to shmoo NXP products over frequency, voltage, and temperature

• Design: Developed a hardware feature in Verilog for low-power products to pause erasing flash memory when the on board bluetooth device is communicating and to continue the erasing operation afterwards

• Process: Assisted with the bring up and process creation of an atomic layer deposition tool for the fabrication plant

SceneCheck
Co Founder and CTO
June 2012 - June 2014 (2 years 1 month)
Austin, Texas Area

Sole developer of a nightlife app that shows what's going on at every bar and live music venue in your city using the latest iOS SDK, and successfully submitted it to the App Store with multiple updates, https://itunes.apple.com/us/app/scenecheck/id605945040

• Revenue generated through native ads using the Facebook Audience Network
• Incorporated core technologies, including UI Elements, Graphics, Location, Maps, Media, Animation, Data, Multitouch and Gestures and Backgrounding
• Integrated with Facebook, Twitter, Yelp, Foursquare and Google Analytics
• Created Python scripts to interface with many social media APIs to expand SceneCheck into 13 major cities
• Developed Facebook and Twitter scrapers in Java to provide real-time content.
• Built a Tomcat server in Java in Eclipse and a MySQL database

Logic PD
Associates Applications Engineer
May 2011 - May 2012 (1 year 1 month)
Austin, Texas

Worked with a variety of customers and companies, including Texas Instruments, Adeneo, Material Imaginative LLC, to solve problems ranging from hardware schematics to software bugs.

———

# Education

The University of Texas at Austin
BSEE, Electrical Engineering · (2008 - 2012)

## Contact

www.linkedin.com/in/kadeem-trimble-7b839096 (LinkedIn)

## Top Skills

Leadership

Public Speaking

Customer Service

# Kadeem Trimble

Technical Specialist at Google

Austin

## Experience

**Google**
3 years

Technical Specialist- Shopping Ads
April 2020 - Present (10 months)

Program Manager, Customer Development- Google Cloud
February 2018 - April 2020 (2 years 3 months)
Austin, Texas

**Booz Allen Hamilton**
Consultant
July 2017 - February 2018 (8 months)
Washington D.C. Metro Area

Provided reliable and in- depth industry coverage for IRS Data Protection
Safeguard project by developing narratives, drafted and prepared visual
presentation material through condensing technical language and objectives
for key customer executives

**Six Flags Over Georgia**
Culinary Managerial Supervisor
February 2011 - July 2017 (6 years 6 months)
Austell, GA

-Presided over daily operations of 10 restaurants, including the employee
cafeteria, earning over a combined $2,000,000 a year
-Managed and mentored over 70 team members and 18 seasonal supervisors/
leads, ensuring that the standard operation procedures were communicated
and employees enhanced the guests' culinary experience at Six Flags
-Oversaw labor cost, spoilage, cost of sales, scheduling, and product
requisition of all 10 locations and responsible for training over 300 employees
in the Culinary Department including management training

## Education

## Emory University

Bachelor of Science - BS, Quantitative Science with a concentration in Sociology, Minor in Educational Studies

## University College of London

Study Abroad, Health Care/ Social Research

## Druid Hills High School

High School

## Contact

www.linkedin.com/in/kasturirangan-
parthasarathy-a0723211 (LinkedIn)

## Top Skills

jQuery

Java

CSS

# Kasturirangan Parthasarathy

Software Engineer at Google

Austin

## Summary

Over 10 years of world class experience with a Masters degree in building highly scalable and customer centric software applications. Led highly critical and time sensitive initiatives including Amazon Alexa and Walmart robotics for grocery pickup.

------

## Experience

### Google

Software Engineer

July 2020 - Present (7 months)

### Guideline

Senior Software Engineer

November 2019 - July 2020 (9 months)

Austin, Texas Area

### YapStone

Senior Software Engineer

July 2017 - November 2019 (2 years 5 months)

Austin, Texas Area

### Walmart eCommerce

Senior Software Engineer

October 2015 - June 2017 (1 year 9 months)

San Francisco Bay Area

### Amazon Lab126

SDE

October 2013 - October 2015 (2 years 1 month)

### Data Domain

Senior Software Engineer

November 2011 - October 2013 (2 years)

ImageQuix
Software Engineer
February 2010 - November 2011 (1 year 10 months)

LGFCU
Web Developer Intern
June 2009 - August 2009 (3 months)

Cordys R&D
Software Engineer Intern
December 2007 - June 2008 (7 months)

Created an EJB Integrator for Service Oriented Architecture.

——————

# Education

### North Carolina State University

Master of Science, Computer networking · (2008 - 2009)

### PSG College of Technology

BE, Computer Science And Engineering · (2004 - 2008)

### Holy Cross

## Contact

www.linkedin.com/in/katherine-prutz-658b4484 (LinkedIn)

## Top Skills

Testing

PLC Ladder Logic

AutoCAD

# Katherine Prutz

Software Engineer at Google

Austin

## Experience

**Google**
Software Engineer
May 2019 - Present (1 year 9 months)
Austin, Texas Area

**Quorum**
Software Developer
June 2018 - May 2019 (1 year)
Washington D.C. Metro Area

Quorum is software built for public affairs, providing one place for stakeholder engagement, legislative tracking, and grassroots advocacy. Quorum was founded in 2014 so public affairs professionals could have modern software built for them. Headquartered in Washington, D.C. Quorum's software is used by thousands of public affairs professionals for their work in Washington, Brussels, all 50 states, and thousands of cities across the U.S. Quorum works with Fortune 500 companies, trade associations, advocacy groups, embassies, and nonprofits including Coca-Cola, Walmart, General Motors, Retail Industry Leaders Association, Human Rights Campaign, and the United Nations Foundation.

**Ab Initio Software**
Software Development Intern
June 2016 - September 2016 (4 months)

- Implemented rich interactive visual display for exploring the wide range of information available in data profiles
- Created a set of reusable React components for integration into several single page applications.
- Programmed in React, Typescript, d3, HTML, CSS, SVG. Wrote automated tests in Jasmine.
- Developed nearly all of the React components including tables, Venn diagrams, interactive histograms, tabs
- Coded against an abstract interface that asynchronously retrieves profile data

**QDS Systems**

Systems Integrator  (Industrial Automation)
June 2014 - August 2014 (3 months)

Systems automation for process lines involving machines with delicate processes, heating, chemical baths, and variable frequency drives (VFDs)
· Programmed ladder logic for controllers (PLCs), performed testing during startup, and created all wiring diagrams using AutoCAD

———

# Education

## Massachusetts Institute of Technology

Bachelor's degree, Electrical and Electronics Engineering · (2014 - 2018)

## University of Cambridge

Engineering Tripos  · (2016 - 2017)

## Contact

www.linkedin.com/in/kesann-
walrond-mcclean-aa771937
(LinkedIn)

## Top Skills

Java

MySQL

Python

# Kesann Walrond-McClean

Senior Software Engineer at Google

Austin

## Experience

### Google
7 years 1 month

Senior Software Engineer
October 2018 - Present (2 years 4 months)

Software Engineer III
May 2015 - October 2018 (3 years 6 months)
Mountain View

Software Engineer II
January 2014 - May 2015 (1 year 5 months)
Mountain View

### Amazon
Software Engineer
February 2013 - December 2013 (11 months)
Greater Seattle Area

### Amazon
Software Engineer Intern
May 2012 - August 2012 (4 months)
Greater Seattle Area

———

## Education

### Florida Institute of Technology
BS, Mathematical Science and Computer Science · (2009 - 2012)

## Contact

www.linkedin.com/in/kevin-cheng-913555102 (LinkedIn)

## Top Skills

Software Development
Java
TypeScript

# Kevin Cheng
Software Engineer at Google
Austin

## Experience

**Google**
Software Engineer
July 2019 - Present (1 year 7 months)
Austin

**RetailMeNot, Inc.**
Software Engineer II
June 2018 - July 2019 (1 year 2 months)
Austin, Texas Area

**athenahealth**
2 years 6 months

Senior Software Developer
July 2017 - May 2018 (11 months)

Software Developer
December 2015 - July 2017 (1 year 8 months)

**General Motors**
Software Developer
June 2014 - December 2015 (1 year 7 months)

_____

## Education

**Rice University**
Bachelor's Degree, Bioengineering and Biomedical Engineering · (2010 - 2014)

## Contact

www.linkedin.com/in/khyathibalusu
(LinkedIn)

## Top Skills

Statistical Data Analysis
RESTful WebServices
Amazon Web Services (AWS)

## Languages

English (Full Professional)
Telugu (Native or Bilingual)
Hindi (Limited Working)

## Certifications

AMCAT Certified Data Processing
Specialist
Google Analytics for Beginners
Matlab OnRamp
AMCAT Certified Business Analyst
Advanced Google Analytics

## Honors-Awards

Young Promising Engineer Award

# Khyathi Balusu

Data & Infra @ Google | Ex-PayPal | General Motors | UT Austin |
Deloitte | MIT
Austin

## Summary

I am a Masters student at the McCombs School of Business, the
University of Texas at Austin, with focus on Business Analytics. I
have previously worked as a Java developer for Deloitte Consulting
USI. My work typically consisted of creating applications for a cloud
computing and platform virtualization software giant. The skill sets
I can confidently boast of are Java Spring framework, AWS S3,
REST APIs, Cloud servers, ElasticSearch, MongoDB, PCF to name
a few. I have written REST APIs and web sockets using Python to
build a  chat app for the company I have interned for. I have also
worked with a few friends to successfully deploy www.sevame.in,
a home services website based in Bangalore, that deals with local
marketplace services. My preferred way of working is rapid and user-
centric which brings out the best in me.

———

## Experience

### Google
Cloud Engineer - Data & Infra
August 2020 - Present (6 months)
Sunnyvale, California, United States

### PayPal
Product Solutions Engineer
June 2020 - August 2020 (3 months)
United States

### General Motors
Capstone Data Science Consultant
January 2020 - May 2020 (5 months)
Austin, Texas Area

Worked on fuel efficiency drivers and performance recommendations in
General Motors' commitment towards Zero Emissions.

## Stealth Startup
Data Science Consultant
August 2019 - December 2019 (5 months)
Austin, Texas, United States

Signup Drivers: Devised a Classification model using Logistic Regression in R to understand the key factors influencing customers sign up and KPIs, based on the historical data; Visualized and presented results as Tableau dashboard to stakeholders and helped them improve their business model

Potential Customer Base: Identified potential customer base by extraction and aggregation of historic summary level demographics and psychographics using Google Analytics and R; Led to better  marketing and sales process by streamlining target customers

## Deloitte India (Offices of the US)
Business Technology Analyst
August 2016 - July 2019 (3 years)
Hyderabad, Telangana, India

Application Development: Led prototyping and development of custom navigation analytics application using ElasticSearch n-gram tokenizer and Redis
Forecasting: Designed and developed financial analysis tool for predicting budgeting forecasts, resulting in formation of four development accounts
ML Ops: Worked on data migration and ETL from enterprise legacy servers to cloud servers in the re - architecure of virtualization support modules thereby increasing efficiency

My typical day consisted of AWS S3 buckets, Spring applications, REST calls and PCF/Liferay deployments prominently. I was responsible for creation and seamless integration of complete back end functionality for a wide range of applications, which include navigation, resiliency, financial data, Microsoft API based operations, Amazon S3 based services. Cloud servers were used to host these applications and my responsibility was to code -> integrate -> unit test -> deploy.

## Thrymr Software
Development Intern
May 2015 - December 2015 (8 months)
Hyderabad, Telangana

Developed a custom chat application for the startup, including enrollment requests using REST APIs in Python for increasing employee efficiency.

## LV PRASAD EYE INSTITUTE HYDERABAD
Student Consultant
June 2014 - May 2015 (1 year)
India

To use engineering skills to design products as requested by ophthalmologists for use in their day to day consultations.

## Massachusetts Institute of Technology (MIT)
Student Researcher
June 2014 - December 2014 (7 months)

MIT - LV PRASAD EYE HOSPITAL 's assitive technology innovations lab-SRUJANA:
Led a team of four student interns in designing a first of its kind software that accurately calculates the deflection in human gaze, in collaboration with MIT media lab and an ophthalmology hospital chain

## ISTE
Student Representative
August 2013 - November 2014 (1 year 4 months)
Hyderabad Area, India

Handling and Managing events conducted under ISTE regional chapter

———

# Education

## The University of Texas at Austin
Master's degree, Business Analytics · (2019 - 2020)

## Jawaharlal Nehru Technological University
Bachelor of Technology (B.Tech.), Electrical, Electronics and Communications Engineering · (2012 - 2016)

## Sri Aurobindo International School
secondary education, Mathematics · (1998 - 2010)

## Contact

www.linkedin.com/in/lina-yang-6610b393 (LinkedIn)

## Top Skills

JavaScript

AngularJS

MongoDB

## Languages

Mandarin Chinese (Native or Bilingual)

# Lina Yang

Software Engineer at Google

Austin

## Summary

A software engineer who loves to implement new technologies and turns ideas into practical applications. I'm passionate about designing solutions to solve problems that would best fit the situation with given constraints. Enjoy delivering tech products that solve day-to-day problems and improve existing solutions' efficiency or presentation.

Check out my github profile (https://github.com/t886515) to know more about what I have worked on.

---

## Experience

### Google
Software Engineer
December 2020 - Present (2 months)
Austin, Texas, United States

### Amazon
Frontend Engineer
September 2019 - December 2020 (1 year 4 months)
Austin, Texas Area

### The Home Depot
Software Engineer
January 2018 - August 2019 (1 year 8 months)
Austin, Texas Area

Internal Tool - Browser Automation Testing Framework

• Integrate slack API to Home Depot's internal testing framework to customize test results slack templates and allow instant update upon test completion in Concourse CI/CD pipelines.
• Set-up and configure Concourse CI/CD pipeline for continuous automation testings on B2C sites to catch functional defects.

• Integrate third-party MobileLabs to internal testing framework to allow automation test on real mobile devices on CI/CD pipelines.

• Design and optimize browser test report data structure to enable flexible use of nesting test suites for Selenium/Webdriver.io and Mocha browser tests.

• Implement GraphQL with Apollo and Express server for internal tool's Graphical User Interface backend.

• Design and build  Graphical User Interface of Home Depot's internal browser testing tool using Vue.js and Apollo.

Customer-facing App - B2C Web Application

• Deliver front end features on Home Depot's B2C web applications using jQuery, Mustache and SCSS stack.

• Improve B2C sites' reliability through integration of Automation Tests using Selenium/Appium/Webdriver.io

• Improve the front end build process of Home Depot's B2C application through the implementation of Webpack.

## Private
### Freelance Software Developer
June 2017 - June 2018 (1 year 1 month)
Austin, Texas Area

• Design static and dynamic personal websites using MERN or MEAN stack.

• Implemented styled-components, Material-ui v.0 for interactive UI design.

• Collaborate with a team of developers to design interactive web application for clients.

## Private Tutorials
### Private Tutor
October 2015 - July 2017 (1 year 10 months)
Austin, Texas Area

Worked as a Mandarin Chinese private tutor for High School students. Developed individual lesson plans and plan out suitable study strategies for students.

• Tutored high school students Mandarin Chinese, levels varied from Chinese starter to advanced level

• Provided personal help on homework and tests that enhanced her understanding over the appointed subject

• Depends on student needs, design personal lesson plans to improve classroom performance

### Trinity Episcopal School for Ministry
Substitute Teacher
September 2016 - May 2017 (9 months)
Austin, Texas Area

• Conduct middle school level science classrooms and elementary school level Chinese classrooms based on lesson plans
• Monitor student activities and organize student discussions to maintain an interactive learning environment

### Eanes Independent School District
Substitute Teacher
September 2016 - May 2017 (9 months)
Austin, Texas Area

• Conduct high school level Mandarin Chinese classroom, level ranged from beginner to advanced placement level
• Organized student activities and monitored student discussions to ensure students are learning in a positive classroom environment
• Assessed students' knowledge informally through classroom interaction and keep records to track individual students' learning progress.

### Austin Independent School District
Substitute Teacher
October 2015 - May 2017 (1 year 8 months)
Austin, Texas Area

• Conduct high school and middle school classrooms, subjects focuses on science education
• Organized student activities and monitored student discussions to ensure students are learning in a positive classroom environment

### Ivy International Curriculum Study Center
Instructor
May 2015 - September 2015 (5 months)
Shanghai City, China

• Taught entry level TOFEL(Test Of English as a Foreign Language) Reading, Writing, Speaking and Listening sections
• Designed lesson plans that trained students' English RWSL level  to improve their TOEFL scores

• Based on individual students' learning style, designed specific study plans that assists students to achieve their target TOFEL scores

James Bowie High School
Student Teacher
September 2014 - December 2014 (4 months)
Austin, Texas Area

• Student taught 10th grade Academic Chemistry
• Designed interactive class activities and assessments to engage student and promote student interests in Chemistry
• Implemented inquiry-based learning style and group-discussion learning style to maintain an interactive classroom environment

———

## Education

The University of Texas at Austin
Bachelor's degree, Chemistry · (2010 - 2014)

Hack Reactor
Full Stack Developer Immersive, Fullstack Development · (2017 - 2017)

## Contact

www.linkedin.com/in/michael-
kinkley-285058126 (LinkedIn)

## Top Skills

Python

Java

C++

# Michael Kinkley
Software Engineer at Google

Austin

## Experience

**Google**
Software Engineer
May 2019 - Present (1 year 9 months)
Austin, Texas

**Facebook**
Software Engineering Intern
June 2018 - September 2018 (4 months)
Menlo Park, CA

**University of Washington**
Teaching Assistant
September 2016 - June 2018 (1 year 10 months)

**HP**
Software Engineering Intern
June 2017 - September 2017 (4 months)
Vancouver, WA

———

## Education

**University of Washington**
Computer Science · (2015 - 2019)

# Michael Zetune

Software Engineer at Google

Austin, Texas Metropolitan Area

## Contact

www.linkedin.com/in/zetune
(LinkedIn)

## Certifications

Go Essential Training

CodePath Professional iOS
Certification

Google Cloud Platform
Fundamentals: Core Infrastructure

## Honors-Awards

National AP Scholar

## Experience

**Google**
Software Engineer
June 2020 - Present (8 months)
Austin, TX

**The University of Texas at Austin**
Teaching Assistant - Elements of Programming
January 2020 - May 2020 (5 months)
Austin, Texas Area

• Assist non-computer science students learning to program in Python for the first time

•  Explain course material and homework assignments with students in office hours

• Grade exams and homework assignments collaboratively with other teaching assistants

**Atlassian**
Software Engineer Intern
May 2019 - August 2019 (4 months)
New York City

• Revamped authentication process for third-party Trello integrations, increasing transparency

• Collaborated with designer to produce user-friendly, minimalistic front end experience

• Implemented a native Trello web feature in the iOS app, integrating Swift and Objective-C

• Worked with MongoDB, JavaScript, Node.js, Express, Redis, HTML/CSS, and Mustache

**Amazon**
Software Engineer Intern
May 2018 - August 2018 (4 months)
Austin, Texas

• Enhanced order fulfillment simulation service for supply chain optimization organization
• Added team-based collaborative sharing functionality to an existing internal web portal
• Created and published a new book recommendation Alexa skill at company hackathon
• Worked with DynamoDB, Spring Boot, Java, Lombok, and Thymeleaf

Futureal Group
Data Analyst Intern
June 2017 - July 2017 (2 months)
Tel Aviv, Israel

• Imported data onto Excel from online real estate reporting tools
• Synthesized data to establish relationships between different tenant stratum
• Discovered relationships between turnovers and tenant categories
• Created moving average visualizations to better understand patterns over time

_____

# Education

The University of Texas at Austin
Computer Science · (2016 - 2020)

## Contact

www.linkedin.com/in/miranda-
huang-3503a4123 (LinkedIn)

## Top Skills

Java

Python

C++

# Miranda Huang

Software Engineer at Google

Austin, Texas Metropolitan Area

## Experience

### Google
Software Engineer
February 2020 - Present (1 year)
Austin, Texas

### Facebook
Software Engineering Intern
May 2019 - August 2019 (4 months)
Greater Seattle Area

• Full stack Android development on a new product inside Facebook for
Android groups tab

• Familiarized with and utilized Litho  and other Facebook internal UI
frameworks to implement the frontend

• Familiarized with and utilized GraphQL to implement the backend
functionality

• Implemented performance tracking and took measures to improve the
performance

• Implemented, operated, and analyzed results from several internal and public
experiments

### Amazon
Software Development Engineering Intern
May 2018 - August 2018 (4 months)
Greater Seattle Area

• Designed and developed web-based auditing and analysis tools for ML
models

• Integrated the tools with ML developing and releasing processes

### iD Tech Camps
Instructor
June 2017 - August 2017 (3 months)
Austin, Texas Area

• Prepare lesson plans, and teach a class with up to 8 students

• Languages used: Java, JavaScript

• Ensure all students are meeting set curriculum goals

• Apply behavior management techniques to enforce rules and safety regulations

• Socialize with families during points of contact

## The University of Texas at Austin

1 year 5 months

### Learning Assistant

January 2017 - May 2017 (5 months)

Austin, Texas Area

• Assist professor with calculus lectures and hold office hours

### Student Assistant

January 2016 - December 2016 (1 year)

Austin, Texas Area

• Maintained high-standard customer service under fast-paced operations

———

# Education

## The University of Texas at Austin

Bachelor of Science (B.S.), Computer Science · (2016 - 2019)

## The University of Texas at Austin

Bachelor of Science - BS, Psychology · (2015 - 2016)

# Mohammad Hossain

Staff Software Engineer at Google, Technical Lead, Manager
Austin

## Contact

www.linkedin.com/in/sajjad-hossain
(LinkedIn)

## Top Skills

Algorithms
C++
Java

## Languages

Bengali

## Honors-Awards

ACM ICPC World Finalist
Best Paper Award

## Experience

**Google**
Staff Software Engineer
January 2012 - Present (9 years 1 month)
Austin, Texas Area

**Google**
Software Engineering Intern
May 2011 - August 2011 (4 months)
Mountain View, CA

**Google**
Software Engineering Intern
May 2010 - August 2010 (4 months)
Mountain View, California, United States

**Google**
Software Engineering Intern
May 2006 - August 2006 (4 months)
Mountain View, CA

---

## Education

**Purdue University**
Ph.D., Computer Engineering · (2008 - 2011)

**Stony Brook University**
M. Sc., Computer Science · (2005 - 2008)

**Bangladesh University of Engineering and Technology**
B.Sc., Computer Science and Engineering

## Contact

www.linkedin.com/in/malsadig
(LinkedIn)

## Top Skills

Java

AngularJS

C#

## Languages

**Arabic** (Native or Bilingual)

**Spanish** (Limited Working)

## Certifications

Oracle Certified Professional, Java
SE 6 Programmer

# Mossab Alsadig

Software Engineer at Google
Austin

## Experience

### Google
Software Engineer
November 2019 - Present (1 year 3 months)
Austin, Texas Area

### Rally Health
Senior Software Engineer
May 2019 - November 2019 (7 months)
Washington D.C. Metro Area

### Etsy
Senior Software Engineer
November 2017 - April 2019 (1 year 6 months)
Brooklyn, NY

- Technologies used: Hadoop, Git, Java, Python, Scala + Scalding, React.js,
Chef, Kafka, Storm, Vertica
- Developed and maintained the experimentation framework, which manages
analytics, A/B testing, and key health indicators for the company.
- Worked with stakeholders and data scientists to build out an automated
experiment reporting platform. These generated reports were presented
weekly to executive management to support decision-making and growth.
- Created tooling and dashboards to assist experimenters in determining and
debugging errors in their experiments' data and configurations.

### Walmart Technology
Software Developer
January 2016 - November 2017 (1 year 11 months)
10790 Parkridge Blvd, Reston, VA 20191

- Technologies used: Angular, Java, Git, Graph Databases, Cassandra, CCM,
Kafka
- Created microservices that will be Walmart's next generation of internal
applications.
- Launched data migration code to transfer legacy store locations to a new
cloud system. Reduced run time from 1 hour per store to 8 minutes per store.

- Scaled applications to handle large volume (up to 10,000 transactions per second).

- Expanded unit and integration tests to cover 90% of code.


## AddThis
### Software Engineer
December 2014 - September 2015 (10 months)
1595 Spring Hill Road, Suite 300, Vienna, Virginia 22182

- Technologies used: Java, PHP, SQL, JS, Git

- Developed the main site, dashboard, and Pro Tools that more than 15 million end users utilize.

- Converted and rewrote a major analytics job from NodeJS to Java. This job sends an email to each of 15 million users informing them of the analytics they have had on their site for the previous week. Improved the job's run time from 4.5 hours to 2 hours.

- Patched security vulnerabilities including, but not limited to: XSS prevention, SQL injection, and securing sessions.

- Overhauled our payment flow and introduced a new billing system using a tiered pricing model.

- Made major migrations to port old code from PHP to Java in the backend.


## Fifth Tribe
### Software Developer
May 2014 - December 2014 (8 months)
8245 Boone Blvd Suite #250, Vienna, VA, 22182

- Technologies used: C# & ASP .NET, WPF, JS

- Worked in a collaborative development environment to create web apps, web sites, and mobile solutions for clients.

- Worked alongside the CEO of Hult Prize to develop and launch their site, hultprizeat.com.

- Developed work tools: image re-sizing utility, efficient logging program, and email scrapping.

- R&D and implementation of web security, including DDoS prevention and mitigation.

- Used WPF to co-create a production level presentation application (similar to PowerPoint).


## Dequeue Ltd
### Software Engineer
June 2012 - August 2013 (1 year 3 months)
(Remote)

- Technologies used: Java, JVM Bytecode, PHP, SQL
- Developed an automation platform and framework for the game RuneScape.
- Developed scripts to perform in-game tasks humanly and efficiently.
- Created a site for my scripts and gave end users an ability to monitor and track their progress in real time.
- Created and administered the "Contributor" entrance exam (a rank given to experienced developers on the team).
- Worked in gathering working knowledge of assembly/machine code, compiler/JVM theory, Java internals, and bytecode.

——

## Education

Carnegie Mellon University
School of Computer Science

## Contact

www.linkedin.com/in/nalini-belaramani-phd-1965a6 (LinkedIn)
www.belaramani.org/nalini (Personal)

## Top Skills

Storage
Distributed Systems
Computer Science

## Languages

**Sindhi** (Native or Bilingual)
**French** (Elementary)
**Spanish** (Elementary)

# Nalini Belaramani, PhD
Engineering Leader @ Google
Austin

## Summary

An energetic engineering leader with a successful track record in building teams from scratch and turning them into centers of excellence.  An outstanding people manager skilled at driving initiatives and delivering results. A highly collaborative influencer experienced in setting up strong cross-functional ties between engineering teams, product management, and business and operations teams.

Currently leading a 50+ team to build business critical infrastructure and tools.   A highly skilled technical leader contributing to key design decisions for a broad range use-cases including using internal CRM tools, compliance tools, contract management, operations efficiency, machine learning for predictive business insights, customer-facing web applications and large-scale distributed systems.

---------

## Experience

### Google
11 years 3 months

**Senior Engineering Manager**
January 2019 - Present (2 years 1 month)
Austin, Texas, United States

Leading engineering teams for crucial Global Affairs and Legal operations tooling  as well as business critical infrastructure.

**Senior Engineering Manager**
April 2017 - January 2019 (1 year 10 months)
Austin, Texas Area

Leading engineering teams built customer-facing applications and internal infrastructure crucial for Google Cloud customer support.

**Engineering Manager**
December 2014 - March 2017 (2 years 4 months)

Austin Texas

Site-lead for Google for Work (previously known as Google Enterprise) engineering operations in Austin. Managing a team of 10+ engineers to deliver high-quality web-applications and scalable backend infrastructure.  Leading high-level system design as well as carrying out hands-on development.

### Senior Software Engineer
July 2013 - November 2014 (1 year 5 months)
Austin, Texas Area

Tech Lead for sales and support related projects  geared for Googlers, Partners and Customers.

### Software Engineer
November 2009 - July 2013 (3 years 9 months)

Developer for backend infrastructure and web applications for enterprise operations.

Developer for new storage infrastructure for ads and customer data with support for replication and load-balancing.

### The University of Texas at Austin
Phd Student
January 2004 - August 2009 (5 years 8 months)

Worked on the following projects

PADS:  A Java-based framework over which distributed data replication systems can be implemented simply by specifying a routing policy for update flows and a blocking policy for consistency. Using this approach, I have built a dozen systems inspired by literature, each requiring less than 100 lines of policy code and only a couple of weeks of development time.

R/Overlog: A typed declarative language that can be used to build Internet overlays as well as complex replication systems as a small set of rules.

PRACTI: An infrastructure that provides all the necessary mechanisms for building replication systems including object storage, consistency meta-data maintenance and conflict detection.

Motorola Semi-Conductors HK Ltd
Engineer
September 2002 - December 2003 (1 year 4 months)

Product team member for the Innovative Convergence Platform Project that developed multiple reference hardware and software configurations for mobile phones.  My role involved:

(1) Software Release Management -- Oversaw and handled monthly software releases. Kept track of feature and bug lists for each release. Followed up with the software team on the status of bug fixes and required new features.

(2) Development -- Planned, negotiated, developed, and rolled-out the incorporation of software-based license control for development tools that were used by regional teams and customers world-wide.

(3) Customer Support -- Provided technical support and made recommendations for software customizations to customers and regional teams in Korea, Taiwan, China, France, US, and Denmark.

———

# Education

## The University of Texas at Austin
PHD, Computer Science · (2004 - 2009)

## The University of Hong Kong
MPhil, Computer Science · (2000 - 2002)

## The University of Hong Kong
BEng, Computer Engineering · (1997 - 2000)

## Maryknoll Convent School

## Contact

www.linkedin.com/in/
nazaretramirez (LinkedIn)

## Top Skills

C#
JavaScript
React.js

## Languages

**Spanish** (Native or Bilingual)

**English** (Professional Working)

## Certifications

MCTS: .NET Framework 4, Web
Applications

MCTS: SQL Server 2008, Database
Development

MS: Programming in HTML5 with
JavaScript and CSS3

## Honors-Awards

First Place Winning Team, Startup
Weekend Santo Domingo

2nd Place, Lean Startup Machine
Santo Domingo

# Nazaret Ramirez

Site Reliability Engineer at Google
Austin

## Summary

I am a very proactive developer. I always carry a positive attitude, and I like working in environments where this is a shared value amongst co-workers.

I like the fast-moving pace of technology, and I'm always striving to learn new things. I am someone who likes to try first before asking. I consider myself a problem solver, but I also know when to rely on my teammates for support/help.

——————

## Experience

**Google**
Site Reliability Engineer - SWE
August 2020 - Present (6 months)

**Rev.com**
5 years

Staff Software Engineer
February 2019 - June 2020 (1 year 5 months)
Austin, Texas Area

> Understanding the broad architecture of the portions of the architecture/ codebases where they have worked
> Identify the critical external interfaces those systems depend on or provide services to
> Contributing to the design and architecture to enable secure, scalable and maintainable software
> Providing technical advice and weighing in on technical decisions that impact other teams or technologies/systems they've worked on
> Evaluating tools, technologies, and processes to ensure the highest quality and performance is achieved
> Identifying and proactively prioritizing technical debt before it grows into debt that requires significant up-front work to resolve

Senior Software Engineer

February 2017 - February 2019 (2 years 1 month)
Austin, Texas Area

> Owning epics from design and implementation to post-deployment support

> Independent - requires minimal direction/oversight

> Helping prioritize technical issues with engineering managers

> Proactively guiding technical decisions in a domain of expertise

> Providing on-call support for a technical area

> Collaborating with other engineering teams when needed

> Identifying technical debt before it grows into debt that requires significant up-front work to resolve

### Software Engineer Consultant
July 2015 - February 2017 (1 year 8 months)
Dominican Republic

> Working side by side with my teammates defining scopes and development times.

> Developing integrations with YouTube, Vimeo, Kaltura, Ensemble.

> Using Backend cutting edge technologies mostly ASP.NET MVC.

> Building Frontend reactive components with ReactJS.

> Other technologies/tools I use day by day: C# 6, SQL Server, Visual Studio, KnockoutJS, Backbone.js, Bootstrap, LESS, Jquery, Git, Github, Slack, Gulp, JIRA, PHP.

### Upwork
Freelance Software Developer
April 2015 - July 2015 (4 months)
Dominican Republic

> Defining and delivering web projects.

> Developed important features for the following startups:

** Tenfold.com  (Callinize.com)

Building CRM Integrations for Microsoft Dynamics.

** Jompeame.com

Building the first Dominican Crowdfunding Platform.

### Atlas Solutions & Systems
Lead Software Developer
September 2013 - April 2015 (1 year 8 months)
Dominican Republic

Atlas is a technology consulting company with experienced people in different areas of computing knowledge. Actually offers infrastructure and software solutions for clients in the Dominican Republic and the USA.

> Defined scope, development times, and risk assessment.

> Implemented Scrum Agile methodology for better team organization.

> Helped deliver various successful projects:

** Wicarga

Built web application to allow users to track their packages, as well as their main LOB app to manage their service offering

** Merlata

Developed a web application to help the company manage thousands of personal loans and payroll financing.


## Sistema Único de Beneficiarios (SIUBEN)
Software Engineer Consultant
October 2014 - February 2015 (5 months)
Dominican Republic

SIUBEN is the Dominican government institution responsible for creating and managing the database of poor households across the country and ensures that they have access to the government helped programs and subsidies. For the gathering process SIUBEN hires third-parties and temporary employees to collect the information with PDAs, my role was to build a web application to show the status to the quality staff o SIUBEN.


--> Developed a system to detect irregularities in a government-funded program that targets low-income families for subsidies. The system uses pre-existing demographic data to assess income levels in the area and adjust subsidies to correct levels. This change in the discovery phase reduced fraud by around 70%.


## BANAK
Software Engineer
January 2014 - June 2014 (6 months)
Dominican Republic

BANAK is a Microsoft Certified Business Partner. I worked as an on-site consultant for Occidental Hotels, where we developed a new booking system for their vacation club. The implemented solution had the following results:

> Reduced the average agent booking time by 40% due to a better, more organized, and user-oriented interface that cut off unnecessary steps.

> Enabled multiple payment types for booking agents.


## CREDLI

Web Software Engineer
March 2013 - December 2013 (10 months)
Dominican Republic

CREDLI is a startup trying to disrupt the Latin-American financial sector, by allowing customers to solicit loans in multiple financial institutions at the same time. I worked as part of the first engineering team building the platform from scratch.

TeKnowLogic Dominicana
Junior Software Developer
January 2012 - February 2013 (1 year 2 months)
Dominican Republic

TeKnowLogic is a consulting company which builds custom software solutions on top of Microsoft products aimed at the corporate sector.

-Developed C# applications in ASP.NET windows form, wpf, wcf and web forms to integrate with Microsoft Dynamics CRM and GP.
-Actively participated in business meetings with different clients, figuring out their needs, taking in account their current resources and objectives.

_____

# Education

Pontificia Universidad Católica Madre y Maestra
Bachelor of Science (B.Sc.), Computer Engineering · (2009 - 2013)

Instituto Tecnológico de las Américas
CCNA, Computer Systems Networking and Telecommunications · (2006 - 2007)

## Contact

www.linkedin.com/in/nolan-corcoran-524b2088 (LinkedIn)

## Top Skills

Cloud Computing

Mobile Applications

JavaScript

## Languages

English (Native or Bilingual)

## Certifications

Oracle Cloud Platform Enterprise Mobile 2018 Certified Associate Developer

Oracle Cloud Infrastructure 2018 Certified Architect Associate

Business Foundations

Oracle Cloud Platform Application Integration 2018 Certified Associate

# Nolan Corcoran

Cloud Solution Engineer at Google

Austin

## Summary

Graduate of the University of Texas at Austin with a Bachelor of Science degree in Electrical and Computer Engineering.

———

## Experience

**Google**
Cloud Technical Solutions Engineer
April 2020 - Present (10 months)
Austin, Texas, United States

**Oracle**
Cloud Engineer
July 2017 - April 2020 (2 years 10 months)
Austin, Texas

• Develop and implement multiple cloud-native applications in parallel for various rapidly moving customer engagements

• Build repeatable cloud solution demonstrations and proof of concepts

• Deliver hands-on cloud computing workshops

• Create new industry-focused solution innovations

**The Center for Identity**
Software Engineer
May 2015 - January 2017 (1 year 9 months)
Austin, Texas Area

• Helped design an ensemble classifier to better identify trusted sources for disease surveillance purposes

• Created several scripts that download user data from several social media sites into different user networks

• Designed algorithms that score user reliability on the basis of authority, reputation, expertise, and experience

• Contributed to the time series and network visualizations for the front-end interface via Angular.js

• Contributed to the back-end migration to the Flask web framework

The University of Texas at Austin
Teaching Assistant
August 2016 - December 2016 (5 months)
Austin, Texas Area

• Lead a recitation class each week; reviewed an in-class exercise; answered any of the students' questions
• Held 5 office hours during the week; helped students with programming assignments and other class material
• Graded program assignments, exams, quizzes, topic exercises, and recitation exercises

The University of Texas at Austin
IT Services Assistant - Athletic Department
May 2014 - August 2014 (4 months)
Austin, Texas Area

• Responded to department staff via email or phone, troubleshooting any technical problems they had.
• Set up users with their computers, server settings, integration of collaborated/user files, etc.
• Kept track of and maintained the department's technical parts and equipment.

_____

# Education

The University of Texas at Austin
Bachelor of Science (B.S.), Electrical and Computer Engineering · (2012 - 2017)

## Contact

www.linkedin.com/in/oliveryky
(LinkedIn)

## Top Skills

Java

Go

SQL

## Languages

**Chinese** (Native or Bilingual)

**English** (Native or Bilingual)

# Oliver Yu

Software Engineer at Google

Austin, Texas Metropolitan Area

## Summary

I'm currently a software engineer at Google.

---

## Experience

Google
Software Engineer
March 2020 - Present (11 months)

Squarespace
Software Engineering Intern
June 2019 - August 2019 (3 months)
Greater New York City Area

University of Utah
Tutor
June 2018 - June 2019 (1 year 1 month)

---

## Education

University of Utah
Master of Science - MS, Computer Software Engineering · (2018 - 2019)

University of Rochester
Bachelor of Arts - BA, Biology · (2013 - 2017)

## Contact

www.linkedin.com/in/parag-
teredesai (LinkedIn)

## Top Skills

Pivotal Cloud Foundry (PCF)
Enterprise Architecture
.net

## Languages

Hindi
English
Marathi

## Certifications

Robotics: Mobility
Feature Engineering
Launching into Machine Learning
R Programming
Autonomous Vehicles
Nanodegree(Term1,2)

# Parag Teredesai

Senior Software Engineer at Google
Austin

## Summary

20+ years of hands on expertise building and managing teams,
architecting and developing solutions.

———

## Experience

### Google
Senior Software Engineer
June 2020 - Present (8 months)
Austin, Texas, United States

### Charles Schwab
Technical Director
August 2017 - June 2020 (2 years 11 months)
Austin, Texas Area

Providing Technical solutions and Leading multiple teams to migrate Legacy
and traditional on-premise hosted applications to the Pivotal Cloud.

### IBM
Senior Cloud Integration Architect
March 2017 - August 2017 (6 months)
Austin, Texas Area

Architecting integrations with various cloud services providers as part of
developing a cloud brokerage product

### Lincoln Financial
Senior Enterprise Architect
August 2007 - March 2017 (9 years 8 months)
Greater Chicago Area

Handled multiple Enterprise level Architecture initiatives including Salesforce
Evalution for Wealth Mgmt. Domain, Solution Architect for Financial Advisor
workstation development, Enterprise Architect for Retirement Plan Services,
Group Protection, Unifier and AutoEnrollment Application

### United Airlines

### Technical Solutions Architect
July 2004 - August 2007 (3 years 2 months)
Greater Chicago Area

Architect for the United Airlines Booking engine Website development and the associated Administration application.

### Discover Financial Services
Senior Architect
December 2000 - July 2004 (3 years 8 months)
Greater Chicago Area

Architecture for Discover Card's CRM application on Web based and Fat Clientapplication.

### AT&T
J2EE Architect
January 2000 - November 2000 (11 months)

Comverted a Unix Curses (green screen) application to a JSP Servlet application

### TransUnion
Java Architect
September 1999 - January 2000 (5 months)
Chicago

Architected a Java to Assembler bridge using JNI. Also mentored mainframe programmers on Java and OO Design and Design Patterns

### Discover Financial Services
Java & C++ Consultant
February 1995 - December 1999 (4 years 11 months)

Developed Java Swing Credit Card Call Center application.
Also developed Unix C++ Standard Template libraries based Event Notification System called Cortex.

### IBM Canada Ltd.
Staff Programmer
February 1993 - February 1995 (2 years 1 month)

Developed SQL precompiler language constructs for IBM's DB2 database on AIX (Unix) using C++

_____

## Education

Indian Institute of Technology, Madras

M.S, Computer Science · (1991 - 1993)

College of Engineering Pune

B.S, Mechanical · (1987 - 1991)

## Contact

www.linkedin.com/in/sorayazhang
(LinkedIn)

## Top Skills

Agile Methodologies
Java
Software Project Management

# Qing Zhang

Senior Application Engineer at Google
Austin

## Summary

• Over 10 years of experience in Analysis, Design, Development, Prototyping and Database Management
• Proficient with Java Development
• Design and implement Enterprise Web service application
• Expertise in GUI design for Enterprise Application
• Develop Eclipse plug-ins and RCP applications
• OO design and modeling, Design Patterns, MVC Frameworks
• Domain Specific Language(DSL), XText
• iOS Developmet, design, implement and publish to Apple Store (personal project)
• Committed, efficient, problem-solver, result-oriented
• Strong skills in communication. Multicultural skills and fluent in Chinese and Spanish

———

## Experience

### Google

Senior Application Engineer
September 2019 - Present (1 year 5 months)
Austin, Texas Area

### Infosys

Senior Software Engineer
December 2018 - August 2019 (9 months)
Austin, Texas Area

### XO Group

Software Engineer Contractor
February 2017 - November 2017 (10 months)
Austin, Texas Area

### Intuit

10 years 3 months

Sr. Software Engineer

January 2012 - September 2016 (4 years 9 months)
San Diego, CA

June 2014-present  Migrate Turbotax to new platform
Migrate Turbotax to new platform to enable tax accuracy and flexible user experience.  Work on Middle layer which migrate legacy system to new platform, integrate with different layers, owns end to end of the tax topic, support all the way to production.
Tools Used: WebStorm, Tomcat, XML, JSON, NodeJS,  HTML, GIT, GitHub

June 2013-2014  Update TurboTax Web Application
Update Web Screens for TurboTax online users to have better experience when they filing for return.  Create animated pages to show user their federal and state tax summary, AB Test on different screens.
Tools Used: Intellij, AngularJS, Tomcat,  HTML, XML, CSS, GIT, GitHub

June 2011-2012  Define DSL for internal Tax expert
Design and develop tools to read in Tax content as XML.  Store that info as object and process business logic to transcode it into json and html for web application to consume.
Tools Used: Eclipse plugin, Java, Soy Template, HTML, CSS3, Ruby on Rails, Javascript, Maven, Perforce, Tomcat

Jan 2012-May 2012  Develop Mini engine which render Tax Content
Develop and maintain a lightweight tool, which allow Tax Expert to view and verify the content on their computer right away, instead of waiting for releases from application team.  The tool kind of like a simulator of real application, allow Tax Expert to see how the content render on screen, the layout, etc.  As well as toggle the layout between desktop version and web version.  It also support the business logic, which allow Tax Expert to walk through different screens depending on the user enter data, as well as setting particular backend data for testing purpose.
Tools Used: Visual Studio, C#, C++, HTML, Maven, Perforce

Software Engineer
July 2006 - September 2016 (10 years 3 months)

Software Engineer
July 2006 - November 2011 (5 years 5 months)
San Diego

Jan 2011-Dec 2011  Update legacy runtime to support new DSL content

Update legacy runtime code to support both legacy content and new xText DSL content.  Support existing product running in production, while allow Tax expert create new content or migrate existing content to the newly define DSL at the same time.  Which minimize the risk and transition time of migration.
Tools Used: Eclipse plugin, Visual Studio, C++, Java, Maven, Perforce

Jan 2010-Dec 2010  Define DSL for internal Tax expert
Define new DSL using XText for tax expert to define Tax logic including workflow, screen layout, linked to back-end database fields, etc. Provide content assist, linking functionalities, etc.
Tools Used: Eclipse-plugin, RCP, XText, Visual Studio, C++, Java, Maven, Perforce

07/2007 –Dec 2009     Develop Turbo tax backend engine Web Service
Create Web Service that support Turbo Tax backed interview business logic. Define Rest Websevice API, that maintain session, workflow, data validation, create, update and delete worksheet depending on user input.  Define UI and layout of interview screen, loading and storing the user data from and to the backend tax form field, .etc.
Tools Used: Intellij, JAX-RS, RESTLET WS, JAXB, XML, XSD, Coherence, JBoss, Maven, Flex

07/2006 – 2007     Develop Eclipse Plug-in Tools for Tax Developer
Develop a Flow tool that allow tax developer to define the tax interview work flow logic diagram by drag and drop screen nodes and specifies which path to go by setting conditions.
Tools used: Eclipse, RCP, SWT, JFace, GEF, GMF, EMF, XSD, XSLT, HTML, Flex, WindowTester to auto testing the tools

## Precipia Systems Inc
### Software Engineer
October 2005 - June 2006 (9 months)
Arlington, VA

10/2005 – 12/2005     Develop a web-based research tool
Develop and maintain a web-based research tool that can gather articles from different websites and monitor and organize the results.
Tools used: Eclipse 3.1, Weblogic 8.1, Oracle, Web Service, JAXB, EJB, JSP, XSLT, XML, HTML, JDK5.0

11/2005 – 01/2006     Convert existing web-based web application to Weblogic Portal

Convert existing servlet-based research tool to a Weblogic Portal web application.

Tools used: Weblogic 8.1, Weblogic workshop, Oracle, Web Service, JAXB, EJB, JSP, XSLT, XML, HTML, JDK 5.0

01/2006 – present      Design and develop a research tool manager

Design and architect the research tool manager using Eclipse RCP and Eclipse plug-in architecture.  The tool manager component is constructed at run time based on an XML configuration file.  As a user clicks any item in the tool manager component, a corresponding plug-in will be launched.  Items of launched plug-in perspectives can be dragged and dropped between each other based on a central Drag and Drop manager module.

Tools used: Eclipse 3.1, Weblogic 8.1, Web Service, Oracle, Eclipse plug-in, RCP, XML, SWT, JFace, JDK 5.0

Digital Harbor Inc
Software Engineer
January 2000 - September 2005 (5 years 9 months)
Reston, VA

• Design a rule interface that allow user to dynamically create complex rules for the J2EE base system.

• Integrate J2EE based system with Oracle, SQL Server, Sybase, SAP and Web Service.

• Create a central data model, which update data from Database by executing dynamically created query statement.

• Designed and implemented the individual components using MVC modeling that register with the central data model to correlate and collaborate information with each other.

• Created a central system that monitors all activities to the database. In order to immediately update, in real time, all client application once the data changes.

• Persisted application information to and from XML and XSD.

• Wrote design document, UML, use cases, test cases.

• Wrote some automate tests using SilkTest.

_____

# Education

Brigham Young University

Bachelor of Science (B.S.) Computer Science, Computer Science · (1997 - 1999)

Brigham Young University

BS, Computer Science · (1996 - 1999)

## Contact

www.linkedin.com/in/ryan-mcnair-
bb124594 (LinkedIn)

## Top Skills

Software Development

Python

Java

# Ryan McNair

Software Engineer at Google

Austin

## Experience

**Google**
Software Engineer
May 2016 - Present (4 years 9 months)
Austin Texas

**IBM**
Software Engineer
July 2013 - May 2016 (2 years 11 months)
Austin, Texas

OpenStack Development:

• Upstream contributor on OpenStack (mostly Cinder), working primarily with
Python

• List of patches (http://goo.gl/oV7uKh) and reviews (http://goo.gl/4QacBi)

• Responsibilities entail supporting IBM's OpenStack offerings by developing new

features, troubleshooting failures, and pushing fixes back to the community

• Leveraged Vagrant and Devstack to automate the setup of a VM for OpenStack

development, making it easy for newhires to get started
(https://github.com/rmcnair/devstack_vagrant)

IBM Storage Insights Development:

• Developer on IBM's SaaS storageresource management solution, working primarily with

Java and Javascript

• Responsibilities included being the techlead for a small team of developers, helping

design usable features, and meeting with customers to gather feedback

• Architected a testautomation framework (underpinned by JUnit and Rest-Assured) to

enable easy development of automated functional tests for the product, a crucial need for

our product

● Automated the setup of a development environment with Vagrant for a NodeJS

application for a team that was struggling with development setup on Windows

● Contributed to IBM's intellectual property with 5+ patents pending and many others

published

_____

# Education

## Penn State University

Bachelor of Science (BS), Computer Science · (2009 - 2013)

## Contact

www.linkedin.com/in/sarah-gillett-a5764858 (LinkedIn)

## Top Skills

C++

Java

Machine Vision

# Sarah Gillett

Software Engineer at Google

Austin

## Summary

Experienced Software Developer with a demonstrated history of working in information technology and the automotive industry. Skilled in software development and architecture using Delphi, C++, Java and SQL. Strong engineering professional with a Master's degree focused in Mechanical Engineering from University of Michigan.

⎯⎯⎯⎯

## Experience

### Google

Software Engineer

June 2019 - Present (1 year 8 months)

Austin, Texas Area

### VRSI

Software Developer and Project Engineer

October 2014 - March 2019 (4 years 6 months)

Plymouth, MI

• Developing an integrated solution using Nikon Laser Radar meteorology device, for automotive clients

• Software Architect and Product Manager VRSI's Laser Radar and TScan solutions

### IBM

Smarter Process Consultant

July 2013 - October 2014 (1 year 4 months)

• Automated and optimized business process via IBM BPM platform using Java, HTML and JavaScript languages.

• Designed user interfaces and data management solutions for finance and aviation clients.

### University of Michigan

Student

September 2011 - December 2012 (1 year 4 months)

Masco Cabinetry
Tauber Institute Intern
May 2012 - August 2012 (4 months)

• Developed a network design optimization tool allowing for scenario analysis and output savings opportunities.
• Identified improved supply chain resulting in $10.8 M annual savings.
• Created a user guide and conducted training sessions with employees, allowing optimization tool to be incorporated into make vs. buy analysis and utilized for further network design in the future.

Variation Reduction Solutions (VRSI)
Project Engineer
May 2011 - August 2011 (4 months)
Plymouth MI

• Installed and integrated machine vision and robot guidance systems used in automotive assembly processes.
• Oversaw from start to finish three systems for production of the Chevy Volt, a fixed vision system for roof loading, and two systems with robot mounted cameras for framer inspection as well as pallet inspection.
• Created training guides and provided instruction on Perceptron software, allowing VRSI technology to be viable and user friendly for plant workers at GM and Chrysler facilities.

———

# Education

University of Michigan
Master's degree, Mechanical Engineering · (2011 - 2012)

University of Michigan
Bachelor of Science (B.S.), Mechanical Engineering · (2007 - 2011)

## Contact

www.linkedin.com/in/sravya-
chelikani-7549bb114 (LinkedIn)

## Top Skills

Software Development

Java

Android Studio

## Languages

Telugu (Native or Bilingual)

Hindi (Full Professional)

English (Native or Bilingual)

# Sravya Chelikani

Software Engineer at Google

Austin

## Experience

**Google**
Software Engineer
October 2019 - Present (1 year 4 months)
Austin, Texas Area

**Mohu Consumer Electronics**
Software Engineer
September 2017 - October 2019 (2 years 2 months)
Raleigh-Durham, North Carolina Area

• Worked on a project to wirelessly stream over-the-air and over-the-top video
to streaming devices like phone, tablet and  televisions via mobile and tv
applications over customers' home network.
• Responsible for development of MohuTV application for this project on
iOS, tvOS and Roku platforms. Helped design and implement RESTful web
services that used JSON data exchange for controlling a hardware device.
• Used Git for version control and Bamboo for continuous integration.
Implemented Google Analytics to the applications using custom variables and
monitored user behaviors to make necessary bug fixes.
• Worked on an iOS application to detect antenna signal strength, locate
towers and return a list of stations broadcasted by the tower within 50 miles of
a user's desired location on the map.

**Ticketmaster Mobile Studio**
Software Engineering Intern
May 2017 - August 2017 (4 months)
Raleigh-Durham, North Carolina Area

Key Contributions:
• Working on a team to implement Ticketmaster's services on Google Assistant
and Amazon Alexa
• Gained deep understanding of dependency injection using Dagger
• Used natural language processing tools like API.ai for training the voice
interfaces
• Contributing to production level code in Java and Kotlin, and using Google's
App Engine as the development environment.

Ticketmaster
Software Engineering Intern
May 2017 - August 2017 (4 months)

Duke University
Research Assistant
June 2016 - May 2017 (1 year)
Raleigh-Durham, North Carolina Area

• Applied computer vision algorithms to detect solar panels on rooftops in high resolution aerial images, in a team of 2.
• Co-authored publication: 'Trading Spatial Resolution for Improved Accuracy when using Detection Algorithms on Remote Sensing Imagery" in International Geoscience and Remote Sensing Symposium (IGARSS 2017).
• Published a new method to exploit error patterns in the images which is statistically significantly superior at 1% significance and improved panel detection accuracy.

―――――

## Education

Duke University
Master of Science (M.S.), Electrical and Computer Engineering · (2015 - 2017)

Gayatri Vidya Parishad College of Engineering (Autonomous), 530048(CC-13)
Bachelor's degree, Electrical, Electronics and Communications Engineering · (2011 - 2015)

## Contact

www.linkedin.com/in/sriha (LinkedIn)
github.com (Other)
ballotboxonline.com (Company)

## Top Skills

Software Development

Amazon Web Services (AWS)

TypeScript

## Languages

English (Native or Bilingual)

German (Professional Working)

Czech (Native or Bilingual)

# Stepan Riha

Software Engineer at Google
Austin

## Summary

Software architect with experience leading a team of engineers in the area of SaaS and mobile enterprise applications.

Extensive design and development experience in a variety of environments. Current work has strong focus on backend design and full-stack development (Java/Node/AngularJS) with scalable architecture and deployment on Amazon Services.

Extensive experience with TypeScript, PostgreSQL, Node, AWS and JavaScript open source development. Past focus on MS SQLServer, .Net framework, Windows Mobile and Cordova on iOS and Android in an enterprise environment.  Legacy experience with LAMP and Perl environments.

Specialties: Software Architecture and Design, and distributed and N-tier systems.  Design and development experience on single-page web applications (AngularJS) and in Windows and Unix.

TypeScript and JavaScript (browser and Node), C#, Java, C++, Perl, SQL, HTML/CSS
Node, IIS, Apache, PostgreSQL, SQLServer, MySQL
Windows, Linux, MacOS

———

## Experience

Google
Software Engineer
October 2019 - Present (1 year 4 months)
Austin, Texas Area

BallotBoxOnline LLC
Co-Founder and Principal Software Engineer
2003 - Present (18 years)
Austin, Texas Area

Responsible for design, implementation and operations of BallotBox's secure online poll service.

- Sunsetting legacy (Apache/Perl) implementation
- Architected scalable deployment on Amazon Services (ECS, RDS, SWF, SQS, ElastiCache, Lambda, API Gateway, S3)
- Implemented a high-throughput backend in Node/Express/PostgreSQL
- Designed modern web and mobile-friendly UIs (SPAs in AngularJS)
- Shared modularized, unit-tested code between front- and backend (TypeScript, Mocha)
- Integrated and leveraged 3rd party services (SparkPost, Rollbar)
- Managing product roadmap, issues and releases (GitLab, Docker)

Spanning Cloud Apps
Principal Software Engineer
October 2017 - August 2019 (1 year 11 months)
Austin, Texas Area

Responsible for implementation and enhancements of Spanning's cloud backup service for Office 365.

- Developed heterogenous distributed services using Java, JavaScript and TypeScript
- Designed graceful and scalable recovery for work exceeding available memory
- Analyzed and optimized external API usage to improve throughput and lower costs

@hand Corporation
16 years 10 months

Senior Director of Development for Platform & Architecture
May 2014 - September 2016 (2 years 5 months)
Austin, Texas Area

Responsible for architecture and implementation of @hand's M-Tier platform and FMS framework.

- Leading a team of developers and continuously improving development processes
- Maintaining legacy client/server architecture (Windows Stack)
- Exposing and expanding M-Tier services via REST APIs (.NET)
- Expanding footprint on emerging platforms (HTML5, smart devices)

Director of Software Development
December 2006 - May 2014 (7 years 6 months)
Austin, Texas Area

Development of @hand's FMS framework

- Leading platform development team
- Architecting configuration-based, pluggable mobile application framework
- Implementing FMS application configuration tool (.NET WinForms)
- Implementing FMS runtime engine for Windows/Windows CE/ASP.NET
- Optimizing M-Tier data distribution performance and capabilities

Principal Software Developer
December 1999 - December 2006 (7 years 1 month)
Austin, Texas Area

Development of @hand's M-Tier platform

- Porting M-Tier Client to PalmOS devices
- Refactoring client source code to make it reusable on Windows/Windows CE/
PalmOS
- Implementing server COM/COM+ components for data access and data
distribution

National Instruments
Software Developer
May 1991 - December 1999 (8 years 8 months)
Design and development of NI's LabVIEW software product and associated
toolkits.

——————

# Education

## The University of Texas at Austin
BSCS, Computer Science · (1987 - 1991)

## Contact

stevenpatrickcarter@gmail.com

www.linkedin.com/in/steven-p-carter (LinkedIn)

## Top Skills

JavaScript

React.js

Java

# Steven Carter

Software Engineer at Google

Austin

## Summary

I enjoy building and leading high-caliber teams to create software that reaches millions of users. I feel successful when my teams love what they do and our users love what we've built. I tend to be hands-on and highly technical.

As an experienced systems engineer, I understand the importance of focusing on business and customer needs, then understanding and meeting them. I've applied analytical skills to solving problems and proactively escalated issues that would have negative impact. I actively supported projects throughout all phases of the software development life cycle, from requirements gathering to release and support. I collaborated with cross-functional teams to define technology strategy.

I also excel at discussing or presenting complex technology concepts to any level of audience, including senior leadership, developers, and customers, and technical documentation including requirements, specifications, action and test plans, use case analyses, etc. I advocated usability within the organization, including managing a complete, hands-on usability test with internal and external resources.

I've been building services and applications that provide real value throughout my career. I am a leader you can count on. I have formed new teams to implement products/features from the ground up, and I have led pre-existing teams to improve process and productivity and deliver significant new versions.

───────

## Experience

Google
Tech Lead
March 2017 - Present (3 years 11 months)
Austin, Texas, United States

Netflix

Senior Software Engineer

September 2012 - March 2017 (4 years 7 months)

Los Angeles Metropolitan Area

Fidelity Investments

Software Engineer II

January 2009 - September 2012 (3 years 9 months)

Accenture

Software Engineer

August 2006 - January 2009 (2 years 6 months)

_____

# Education

Princeton University

Bachelor of Science - BS, Computer Science · (2002 - 2006)

## Contact

www.linkedin.com/in/sumi-swain
(LinkedIn)
github.com/sumilly (Other)

## Top Skills

Python (Programming Language)
JavaScript
C#

## Languages

Japanese (Elementary)
Tamil (Native or Bilingual)

# Sumathi Swain

Software Engineer at Google
Austin

## Experience

**Google**
Software Engineer
January 2020 - Present (1 year 1 month)
Austin, Texas Area

**Humble Bundle**
Software Engineer
May 2016 - January 2020 (3 years 9 months)

**Electronic Arts (EA)**
Software Engineer
October 2015 - April 2016 (7 months)
Orlando

* Verify, manage and update 85% of the game's pipelines including those for art export, design, database and UI adapters
* Work with artist and designers to integrate and debug problems in new assets
* Profile performance and memory used new assets and identify bottlenecks
* Modify and enhance flow of non-interactive sequences
* Collaborate with audio artists to implement new sound
* Implement and change UI in AS2
* Port features and game play from Xbox One/PS4 or from older versions of title to Xbox 360/PS3 in C++
* Add enhancements to existing game play features
* Fix and update in-house tools in C#
* Perform code reviews in area of ownership
* Bug fixes

**Florida Interactive Entertainment Academy**
Student
September 2014 - December 2015 (1 year 4 months)

Master's in Interactive Entertainment : Game Programming

**Cognizant Technology Solutions**

Programmer Analyst
December 2012 - July 2014 (1 year 8 months)

Backend Java Application Development, Technical Support and Training

Rajiv Gandhi College of Engineering and Technology, Puducherry,
India
Student
August 2008 - May 2012 (3 years 10 months)

———

# Education

Florida Interactive Entertainment Academy
Masters in Interactice Entertainment, Game Programming · (2014 - December
2015)

Rajiv Gandhi College of Engineering and Technology
B.Tech, CSE · (2008 - 2012)

St. Joseph of Cluny, Puducherry
 · (1995 - 2008)

## Contact

www.linkedin.com/in/tanner-
mitchell-73a42711 (LinkedIn)
toastkitten.com/ (Personal)

## Top Skills

Python
React.js
Redux.js

## Languages

English (Native or Bilingual)
Spanish (Native or Bilingual)

# Tanner Mitchell

Software Engineer at Google
Austin

## Experience

**Google**
Software Engineer
June 2019 - Present (1 year 8 months)
Austin, Texas Area

**Ping Identity**
Software Engineer
October 2017 - February 2019 (1 year 5 months)
Austin, Texas Area

**Soft iCastle**
Full Stack Web Developer
September 2015 - August 2016 (1 year)
Orem, Utah Area

**BYU Archaeology**
App Developer
April 2015 - September 2015 (6 months)

**BYU Broadcasting**
Web Developer
September 2014 - April 2015 (8 months)

─────

## Education

**Brigham Young University**
Bachelor of Science - BS, Computer Science · (2017)

**South Grand Prairie High School**
· (2006 - 2010)

## Contact

www.linkedin.com/in/temitope-ajagbe-946b9418 (LinkedIn)

## Top Skills

License Management

Enterprise Architecture

Vendor Management

## Languages

English (Full Professional)

## Certifications

Systems Security Certified Professional

AWS Certified Solutions Architect

Sun Certified Programmer for J2SE 5.0

# Temitope Ajagbe

Technical Solutions Engineer at Google

Austin

## Summary

*Management*

Analyze complex systems, synthesize intuitive solutions and write business focused narrative

Software engineering w/ Project management

Great team spirit and effective mentoring skills, Passionate leadership

Execute business plans ( driven by meaningful metrics)

Trusted advisor on all things cloud


*Technical*

Security and Privacy Management

Hands-on Full-stack development:

Mobile, desktop platform, front-end, middleware integration and backend and batch systems

SDLC , API management and object-oriented design experience

Infrastructure Management: Capacity planning, Traffic management/planning, Networking (regional/global)


*Technologies and Frameworks*

Programming languages: Java < Python < Go << Ruby < C++ < C << Assembly

Software Dependency Management : IBM RTC, Maven, GIT, Make, Gradle, Ant  :-)

Continuous Integration/Continuous Deployment - AWS CodePipeline, Jenkins

Applications Servers: Websphere, Tomcat, JBoss, Jetty

Cloud Infrastructure deployment - AWS(EC2 ,S3, SQS, RDS) , Google Cloud Platform (GCE, GCS, Cloud PubSub, CloudSQL, K8s)


*Storage*

Databases: MySQL, PostgreSQL, Spanner , BigTable, DB2 , MS SQLServer, Oracle )

NoSQL (Cassandra,DynamoDB,MongoDB)

Operating Systems (Windows, Linux, *Nix )

CI/CD and Monitoring (Jenkins, AWS CodeDeploy, AWS Pipeline, Splunk, Nagios)

———

## Experience

Google
Technical Solutions Engineer
April 2018 - Present (2 years 10 months)
Austin, Texas Area

Diagnose and resolve customer problems for Google Cloud Platform products; Engineer and implement new operations, productivity and investigation tools to increase efficiency for Technical Solutions Engineering.

Act as a consultant and subject matter expert for Product Managers, Software Engineering teams, Sales Engineers, Site Reliability Engineers, and Strategic Customer Engineers to resolve technical deployment obstacles and improve the product's vision.

Obtain and maintain an in-depth understanding of Google's product technology and underlying hardware and software architectures, to build in-product self-service solutions.

Work closely with multiple Product Management and Software Engineering teams on understanding ways to improve the product, and interact with our Site Reliability Engineering (SRE) teams to drive production excellence.

Be an advocate for our customers in representing their issues to Product Management and Software Engineering and develop innovative ways to resolve issues.

iHeartMedia
Senior Devops Engineer
February 2018 - April 2018 (3 months)
San Antonio, Texas Area

Design and development of pipelines + micro-services architecture for large data stream processing for Royalty calculations and billing process optimization.

Amazon Web Services

2 years 2 months

### Software Development Engineer
January 2016 - February 2018 (2 years 2 months)
Greater Seattle Area

Designed and implemented Business Rule Evaluation engine with support for loss-less serialization/persistence and stateless  evaluation using AWS infrastructure for storage and notification.

Created detailed systems design document and implementation strategy.

Implemented infrastructure for scalable component guaranteeing high volume / low latency SLA

Established continuous development pipeline supporting high-velocity change rate and steady deployment with minimal manual oversight

Created Rule transformation business logic handling hierarchical rules with capability to serialize, transport, evaluate, compose

Designed and implemented business rule validation and evaluation web application with dynamic rule loading and evaluation support.

### Systems Engineer
January 2016 - January 2017 (1 year 1 month)
Greater Seattle Area

All Things Massive + Simplified = Creativity

- Rethink , design and implement scalable workflow automation to generate accurate time-bound bills for all AWS customers.

- Develop and implement operational excellence functional practice across support teams to set new bar of sustainable operational success

- Identify and eliminate bottlenecks for 2x-10x growth in computation and computing resources - risk management and capacity planning

- Migrate business and operational processes (DevOps) to cloud with minimal human intervention

- Business continuity planning and disaster recovery planning

- Develop toolset for operational tasks (Java, Ruby , Node.js  ... Groovy/C++)

- Mentor and provide guidance to other engineers to achieve higher corporate IQ

- Design and implement services and client applications with ~100% availability in mind

- Drive communications and process implementation across teams and subject matter areas to ensure the corporate goal is achieved

- Plan team project sprints for continuous delivery of team and organization objectives

USAA
Systems Engineer/ J2EE App Integrator
June 2007 - December 2015 (8 years 7 months)

- Performed rigorous code review to develop strong software development culture and reduce technical debt incurred by lack of oversight
- Mentored developers and systems integrators for operational support and software development practices
- Provided new features and maintained web application security framework and identity proofing system
- Implemented periodic patch and new features implementation for user authentication and application authorization modules
- Engaged as SME in various tiger-teams to troubleshooting in-house developed J2EE components and 3rd-party software faults to drive resolution , performance optimization and
redesign , when necessary
- Consulted with business teams to refine business requirements and eliminate requirement contradictions through formal analysis
- Re-factored critical components for modularity, testing and traceability Mentored java developers
- Implemented device customizable CAPTCHA (Image and Audio) solution based on open source
- Developed systems design and documentation for various components in Authentication
and Authorization (Identity Verification , Machine Authentication , Multi-factor Authentication)
- Integrated vendor applications and middle-ware components (Webshere Application
Server ,Jboss , Entrust IdentityGuard , TransactionGuard , Verisign VIP )
- Developed application prototypes for feasibility assessment
- Built regression test suite for multi-browser testing of critical front-end application to ensure cross browser functionality baseline

State Farm Insurance
Systems Engineer/ J2EE - Websphere
March 2006 - April 2007 (1 year 2 months)

Built J2EE components for security provisioning system
Developed service layer, business-tier and data layer to implement adapters for IBM Tivoli Identity Manager APIs.
Developed middle tier logic to migrate business function from PL-1 to J2EE

Created mapper classes for COBOL copybook and associated business rules implementation

## Robert Half Technology
### Java Software Consultant/ Picis
January 2006 - March 2006 (3 months)
Greater Chicago Area

Designed and built Human interface framework for a Hospital Triage and Patient Management application.

Developed and built a working solution with enhanced featured like drag-and-drop , custom floor-plan and patient avatars by types, patient search by status , alerts management  using Scalable Vector Graphics - (Batik java open source )

Integrated java client with perl-based web service

## First Bank of Nigeria Plc
### Systems Analyst/ J2EE
January 2005 - December 2005 (1 year)

Developed Java component for SMS-based transaction management

Built prototype application for asynchronous multi-platform integration using IBM MQ Series

Researched Lotus Dominos DomDoc integration with other applications

## Socketworks
### Project Manager / Business Analyst
September 2003 - February 2005 (1 year 6 months)
Lagos , Nigeria

Managed clients' engagement plan and requirement analyst

Created project plans , work breakdown structure and budget estimates

Provided project update to management and communicated effective status to clients

Managed teams of developers and resources needed to deliver customer products on budget and time

Managed portfolio of Application as a Service (SaaS) integration projects from inception to client acceptance implementing business process on custom portals in JBoss Application Server

Managed data transformation services for clients across database platforms

## Metropolitan Bank
### Financial Systems Analyst
September 2001 - September 2003 (2 years 1 month)

Lagos, Nigeria

Built, maintained and integrated software solutions for Financial Control unit

Implemented patch and upgrade management for enterprise application servers - Mail , Proxy, Firewall , Exchange and application servers.

Defined access controls for network-based applications

Designed and developed network-based image matching application for real-time customer verification integrated to core banking module

Developed and maintained FOREX integration module with core banking application for audit compliance and reconciliation

Managed software updates across bank locations

Reviewed vendor software and specification compliance

## Aptech Computer Education UAE
### Microsoft Certified Trainer
April 2000 - August 2001 (1 year 5 months)
Lagos, Nigera

Taught development and management of Microsoft Technologies from Networking , Server Administration to Software Development (pioneered .Net curriculum training)

## Warri Refining & Petrochemical Company Limited
### Program Analyst
February 1999 - December 1999 (11 months)
Warri , Nigeria

Reviewed and analyzed power plant operation data

Provided analysis for power plant downtime and capacity utilization for Turn Around Maintenance

Developed automated tool for resource forecasting and Mean Time To Failure

———

# Education

### The University of Texas at San Antonio
Doctor of Philosophy (Ph.D.), Parallel and Distributed Systems · (2015 - 2020)

### The University of Texas at San Antonio
Master of Science (M.S.), Computer Science · (2008 - 2014)

### Stanford University
Professional Certificate, Software Security Foundations Certificate · (2011 - 2011)

University of Lagos

B.Sc, Computer Science · (1994 - 1998)

## Contact

www.linkedin.com/in/tianyun-
duan-80266895 (LinkedIn)

## Top Skills

Java

Python

C

## Languages

Cantonese (Native or Bilingual)

English (Professional Working)

Chinese (Native or Bilingual)

## Honors-Awards

University Honors

# Tianyun Duan

Software Engineer at Google

Austin, Texas Metropolitan Area

## Summary

Hi. My name is Tianyun Duan, but you can always call me Leon.

I recently graduated from the University of Texas at Austin with a
B.S. degree in Electrical and Computer Engineering. Throughout
my college career and internships, I acquired rich experience writing
mid- to large-sized projects in various programming languages, as
well as a strong hardware background in embedded systems and
computer architecture.

I am a ...
• Quick learner, as evidenced by self-teaching web technologies
(JS, CSS, HTML, React, REST), Bash, Visual Basic, and data
visualization with Python.
• Meticulous professional, adept at writing code compliant with
design specifications and requirements for a variety of software
projects.
• Articulate communicator, skilled at collaborating with team
members to work on software projects from initiation to deployment;
multilingual (English/Cantonese/Mandarin Chinese).

When it comes to software development, I am experienced in coding
in Python, Java, and C. I am also skilled in Linux, Git, PostgreSQL,
GraphQL, REST, React, AWS, Spark, and algorithm design.

I am currently working as a Software Engineer at Google.

My github: https://github.com/LeonDuan

―――――

## Experience

**Google**

Software Engineer

February 2019 - Present (2 years)

Austin, Texas

RetailMeNot, Inc.
Software Engineer
July 2018 - February 2019 (8 months)
Austin, Texas Area


The University of Texas at Austin
Teaching Assistant
January 2018 - May 2018 (5 months)
Austin, Texas Area

I was a teaching assistant for the class Software Testing at the University of Texas at Austin


IGT
Software Developer Intern
May 2017 - August 2017 (4 months)
Austin, Texas Area

Designed and developed multiple utilities and tools; conducted research on engaging the Millennials to play the lottery and collaborated on a presentation presented to senior management. During my internship, I
- overhauled a sales report balancing utility written in C by adding a GUI and plenty automation features to enhance ease of use; added multi-processing to improve performance to up to 3x faster.
- developed a graphical Backup/Restore utility in Visual Basic; included automation features that allow the utility to programmatically interact with HTML pages; adopted for QA departmental use.
- created a Python Remote Disk Space Visualizer to display storage usage on remote servers; enabled engineers to locate unneeded/garbage files without using the command line.

———

# Education

The University of Texas at Austin
Bachelor of Science (B.S.), Computer Engineering · (2014 - 2018)

## Contact

www.linkedin.com/in/tom-li-8791289 (LinkedIn)
hi.baidu.com/leo_bear (Blog)

## Top Skills

Machine Learning
Python
Computer Science

## Languages

Chinese
Cantonese

# Tom Li

Senior Software Engineer at Google
Austin, Texas Metropolitan Area

## Summary

Tom obtained his PhD degree in Applied Math in May 2014, under the supervision of Dr. Charles Chui, from University of Missouri-St. Louis. His research focus simulation and signal processing of cochlea models. Tom worked as a summer intern in the Argonne National Lab in year 2012 and 2013. He was the programmer for the distributed multi-level Toeplitz solver.

Tom was a Master of Philosophy student from Computer Science department, City University of Hong Kong. He is under the supervision of Dr. Andy Chun Hon Wai, the current CIO of the school. Tom was working on the research area of music information retrieval.

Tom obtained his bachelor degree in Wuhan University, PRC. Before that, he graduated from Qingyuan No.1 Middle School.

Tom would like to meet technical people in various discipline for the opportunity of cross-discipline collaboration. Should you feel interested, please contact him via Linkedin or Email.

Specialties: Fluent English, Fluent Mandarin, Fluent Cantonese, Parallel Programming with MPI, Data Mining, Python,

————

## Experience

Google
6 years 6 months

Senior Software Engineer
October 2016 - Present (4 years 4 months)

Software Engineer
August 2014 - Present (6 years 6 months)
Mountain View, California

Design and implement software systems. Run system in production. Start experiments and study their results.

## University of Missouri - St. Louis
### PHD Student
August 2010 - May 2014 (3 years 10 months)

PhD student in applied math

## Argonne National Laboratory
### Summer Intern
May 2013 - August 2013 (4 months)

Programmer for the distributed multi-level Toeplitz solver project.

## Argonne National Laboratory
### Summer Intern
May 2012 - August 2012 (4 months)

Programmer for the distributed multi-level Toeplitz solver project.

## City University of Hong Kong
### MPhil of CS Department
September 2008 - August 2010 (2 years)

Research on machine learning and audio information retrieval.

## Wuhan University
### Undergraduate Student
September 2004 - June 2008 (3 years 10 months)

———

# Education

### University of Missouri-Saint Louis
Doctor of Philosophy (Ph.D.), Applied Mathematics · (2010 - 2014)

### City University of Hong Kong
MPhil, Computer Science · (2008 - 2010)

### Wuhan University
Bachelor, Computer Science · (2004 - 2008)

### City University of Hong Kong
Exchange, Computer Science · (2006 - 2006)

University of Missouri-Saint Louis

## Contact

www.linkedin.com/in/
tommymessbauer (LinkedIn)

## Top Skills

JavaScript

Node.js

Neo4j

# Tommy Messbauer

Software Engineering Manager at Google

Austin

## Summary

Engineering leader and architect with a unique breadth of knowledge around all software. Deep expertise in databases, middle-tier, microservices, event driven distributed platforms, front end web development, UX research, dev-ops, and more. Recent roles have spanned Program Management, Platform Architecture, Patterns and Practices, Solution Architecture acorss all layers of organizations both large and small. A towering strength is technical writing as well as verbal communcation to both technical and non-technical stakeholders. A natural leader and engineering polyglot. While many at this level no longer find time to build, I continue to code because I love doing it. I has been a key to effectively and efficiently applying technology to wide variation of problem spaces and industries.

——————

## Experience

Google
Software Engineering Manager
July 2020 - Present (7 months)
Austin, Texas, United States

Panther Shark
Founder
May 2019 - Present (1 year 9 months)
Austin, Texas

Custom product development, software architecture, and software development services - full stack, back-end design, cloud architecture, and front end expertise.

Specialized in functional programming. Expert in SQL, no-sql, neo4j, React, Elm, AWS, Google Cloud, GraphQL, REST, Azure, server-less, containers.

Recent projects involved Go, Typescript, Elm, Hasura, Postgres, Cesium, React. I also do team/people consulting, process analysis/optimization

including best practices wrt code read, project management, product management, and technology decision making.

## CBANC Network
CTO
February 2014 - June 2019 (5 years 5 months)
Austin Area, Texas

Launched next generation community platform as well as mission critical banking applications using combination of open source and native AWS services combined with cutting edge technology. Leader in recruiting/ hiring, software development lifecycle, and technology choices.
• Node.js micro-services and application servers powering mobile and web apps
• Distributed event bus, leveraging AWS Lambda and other core services
• Elm and ReactJS/Redux front end applications, PWA's (progressive web apps)
• Responsive, mobile-first implementing Material Design
• Graph database as a core dependency leveraging Neo4j
• Data warehouse and analytics for driving industry insights
• Designed and Implemented dev-ops and full software development lifecycle
• No legacy. Always on latest version of everything
• Multiple team members are now technical leads or managers at companies around Austin.
• Platform tech: Node.js, Webpack, Babel, Elastic Search, Neo4j, Postgres, Auth0, AWS, RDS, SNS, Cloudwatch, S3, Lambda, Elm, React, Redux, SASS, Material Design, Redash, Docker

## Vast.com
Platform Architect / Front End Lead Engineer
January 2012 - January 2014 (2 years 1 month)
Austin, TX

Lead architect for front end and middle tier services. Designed cutting edge patterns for middle tier service aggregation, front end development, and platform / container / framework leadership targeted at turnkey and fully custom app development.
• Architected node.js application platform, optimized to power many white labeled applications.
• Implemented middle-tier event bus and microservices for search indexing which reduced "time to site" metric to under 3 minutes and reduced operations costs.

• Empowered a 15+ person team in 3 countries to be leaders. Most became managers or engineering leads in their next company.
• Platform tech: Node.js, SASS, jQuery, Backbone.js, Redis, RabbitMQ, Angular.js, Elastic Search, Solr, Cassandra, Graphite.

### Hewlett-Packard
Senior Engineer / Front End
April 2011 - December 2011 (9 months)
Austin, Texas Area

Front-end lead developer for 2 e-commerce teams supporting a migration to next-generation e-commerce platform.  UX redesign, front end patterns/ practices leveraging jQuery plugin architecture, and middle tier support.

• UX design/ wireframes, HTML5, CSS/CSS3, jQuery plugin development
• Led US-based developers. Main point of contact for large team in Singapore
• SEO strategist – urls, meta-data, microformats
• Assisted back end team with data pipelines and platform services
• Collaborated with ops on virtual machines for developers

### Neudesic
Lead developer / Microsoft Communities
November 2007 - April 2011 (3 years 6 months)
Austin, TX

Lead developer for Microsoft using ASP.NET MVC3, jQuery, HTML5, CSS, and Umbraco.

• Performance optimized SQL Server database
• Built new middle tier data access layer
• Implemented ASP.NET MVC front end application and ground-up HTML/CSS rebuild
• Keynote speaker at Umbraco Conference

The following sites re-designed and re-implemented under my leadership.
http://www.asp.net, http://www.silverlight.net, http://forums.asp.net, http://forums.silverlight.net, http://forums.iis.net

The following were maintained and incrementally improved under my leadership
http://weblogs.asp.net ,http://www.iis.net, http://windowsclient.net

### 29th Drive
Contract Developer
2010 - 2011 (1 year)

Built the foundation for http://moreblu.com. MoreBlu lets you and others upload, present, and comment on both desktop and mobile designs similar to the features in InVisionApp, but before it existed.

### Dell
Software Developer Architect
July 2004 - November 2007 (3 years 5 months)
Austin, Texas Area

Led a green-fields software platform for the escalation support team which was brought over to IT. Once in IT, the application was a Class 1 (meaning it costs $1M or more every minute it is down) so high performance and high availability was critical. Saved company $35 million annually supporting human and HW infrastructure is extremely low compared to other company applications.

This is a cool story that happened within a large company in a way that rarely occurs.  Ask me about this.

### Full Sail
Game Design Instructor
2000 - 2003 (3 years)
Orlando, Florida Area

Taught game development programming, OpenGL, and artificial intelligence for the game design program.  Collaborated with Sun on Java 3D and presented at Game Developer conference.

———

# Education

## University of Central Florida

Bachelor of Science, Computer Science · (1995 - 2000)

# Trevor Pace

Software Engineer at Google

Austin

## Contact

www.linkedin.com/in/pacetrevor
(LinkedIn)

## Top Skills

JavaScript

Node.js

Express.js

## Summary

I'm a full-stack engineer with a strong background in Javascript. I excel at solving the problems that come with creating an engaging user experience, I have a passion for open-source, and I love to build new and exciting things with my skill set. When tackling a problem, I like to research the problem in depth and explore a variety of solutions. Before touching the keyboard, I like to walk through the logic I've written to make sure everything is sound. I thrive in fast-paced environments with great communication and a focus on autonomy. As far as engineering goes, I enjoy the process from beginning to end, from early mock-ups and product design, to deployment and beyond.

---

## Experience

### Google
Software Engineer
November 2018 - Present (2 years 3 months)
Austin, Texas, United States

### Datafiniti
Software Engineer
July 2016 - November 2018 (2 years 5 months)
Austin, TX

- Upgrade legacy Erlang API to Java to modernize technology
- Build reusable front-end components using React + Redux
- Write back-end code using NodeJS/Express to power front-end applications
- Write custom web crawls utilizing node.js for a distributed web crawling platform
- Update legacy Java code to improve data quality standards throughout the product
- Work towards bridging the gap between the technical and non-technical staff

### Weebly
Customer Success Advocate

September 2015 - February 2016 (6 months)
Scottsdale, AZ

- Increased customer website traffic by 25% using various SEO tactics
- Maintained over 25 client accounts at any given time
- Generated a total of $1000 in revenue each week while solving technical issues
- Improved the user experience by participating in QA tests for new product releases
- Documented issues throughout QA tests

Concentrix
Customer Support
January 2015 - September 2015 (9 months)
Tempe, AZ

- Answered incoming calls & directed to several departments
- Provided detailed information on company services
- Answered consumer e-mails with supportive information related to their inquiry
- Assisted with questions regarding product, payment and order status

Herff Jones
Data Entry Clerk
2014 - 2015 (1 year)
Arcola, IL

- Increased company productivity by keying over 100 entries an hour into data entry software
- Keyed height, weight and cap measurements for student graduations
- Filed paperwork in alphabetical filing system as well as saved information online

Sam's Club
Electronics Sales Associate
2012 - 2013 (1 year)
Champaign, IL

- Aided customers with any questions they had about our products/services
- Set up TVs/Computers for display in-store
- Helped rest of the store with other responsibilities:
- stocking
- cleaning,
- aiding lifts

Eastern Illinois University
Technology Help Desk Associate
August 2011 - May 2012 (10 months)
Charleston, IL

- Made forms using Microsoft Word/Excel for office use
- Filed documents regarding repairs as well as entering into a ticketing system
- Took phone calls from students/professors alike regarding technical issues
- Worked with issues from malware to internet connection issues on campus
- Entered calls into a ticketing system as we helped users
- Urged users who had hardware issues to bring their machines in
- Offered a laptop malware removal service in-office

———

## Education

### Parkland College

Computer Science · (2012 - 2015)

### Hack Reactor

Computer Software Engineering · (2016)

### Eastern Illinois University

Management Information Systems, General · (2011 - 2012)

## Contact

www.linkedin.com/in/turgay-senlet-phd (LinkedIn)
paul.rutgers.edu/~tsenlet/ (Other)

## Top Skills

Algorithms
Software Engineering
Computer Vision

## Languages

French (Elementary)
Turkish (Native or Bilingual)
English (Full Professional)

## Honors-Awards

Honor Award

## Publications

Technical Report - Connecting to Rhapsody from C# Programming Language using COM Interface

Vision Based Obstacle Detection and Avoidance Using Low Level Image Features

Technical Report - Connecting to Matlab from C# Programming Language using COM Interface

Technical Report - Creating Graphical User Interfaces for Rhapsody Programs using Borland C++ Builder

Segmentation of Occluded Sidewalks in Satellite Images

# Turgay Senlet, PhD

Software Engineer at Google
Austin

## Summary

I am a computer science researcher and software engineer with 11 years of industry experience. Worked in software and research roles at Google and Aselsan. I also worked as Computer Vision research intern at Google and Technicolor.

I have interest in Computer Vision, Robotics and Software Engineering.

During my time in industry, I performed duties of algorithms designer, software engineer and software team leader.

I have considerable experience in software development with Java, C/C++, C#, Python, GoLang and UML. In addition to my job work, I built several mid-size commercial applications. Furthermore, I am very proficient in algorithms design using Matlab.

I have a major degree in Electrical and Electronics Engineering and a double major degree in Mathematics. I have done my masters in Electrical and Electronics Engineering.

In my Ph.D. I worked with Prof. Ahmed Elgammal on building novel 3D computer vision algorithms that will enable robots to exist and interact with people in their daily environments and devised visual outdoor localization algorithms.

Specialties: Computer Vision, Robotics, Robot Localization, Target Tracking, UML, System Architecture

‾‾‾‾‾‾

## Experience

**Google**
Software Engineer
October 2014 - Present (6 years 4 months)
Austin, Texas Area

Working in Google for Cloud Technical Solutions Team team under CorpEng as a Tech Lead and Software Engineer.

## Rutgers University
5 years 8 months

### PhD Student at Department of Computer Science
September 2009 - April 2015 (5 years 8 months)
New Brunswick, NJ

- Robot Campus Navigation
- Precise Robot Localization on Sidewalks Using Satellite Images and Sidewalk Probabilities
- Global Vehicle Localization Using Stereo Images and Satellite and Road Maps
- Developing the Rutgers Environment Sensing Robot Platform
- Developing Technology to Support Complex Work of Trauma Resuscitation Teams

### Teaching Assistant
September 2009 - October 2014 (5 years 2 months)
Department of Computer Science

- CS334 Introduction to Imaging and Multimedia - Instructed part of the course where fundamentals of image processing, computer vision and multimedia computing concepts were introduced. Contributed in the design of student projects and graded them. Taught recitations with new course topics.
- CS213 Introduction to
Software
Methodology
- Essential principles, techniques, tools, and methods used to develop large software programs in Java. Object-oriented programming and design, UML, testing and debugging, event-driven programming in a GUI framework, version management,  building software on mobile platforms, multithreading and network programming and object persistence. Designed main course project, guided creation of novel project ideas and graded assignments, projects and exams.
- CS214 Systems Programming with C and Unix - Introduced systems programming in C and Unix with key concepts like memory management, multi-threading, testing and debugging.
Graded projects in terms of design and coding, designed one of the projects, taught recitations and review sessions.

- CS112 Data Structures with Java - Given introduction to essential properties of data structures and algorithms to extending to search, sort and hashing techniques.
Done recitations, lab sessions and grading.
- CS110 Introduction to Computers and Their Application - Given introduction to computer programming and modern application packages for non computer science majors.
Done review sessions, lab sessions, project and exam grading.

### Google
SWE - Research Intern
June 2013 - August 2013 (3 months)
Google Research

Computer Vision Research Intern

Active view selection research for 3D object recognition for products using C/C++, Matlab and MapReduce

### Google
SWE - Research Intern in Self-Driving Car Project
June 2012 - August 2012 (3 months)
Mountain View, CA

Worked on Google Self-Driving Car Project - Computer Vision Group

-Performed research and development on Google Self-Driving Car software
-Built an entire on-board computer vision module including algorithms design, implementation of real-time code and the tests
-Patent applications for built computer vision algorithms

### Technicolor Corporate Research
SWE - Research Intern in 2D to 3D Video Conversion Project
June 2010 - August 2010 (3 months)
Princeton, NJ

Research Intern at Technicolor Corporate Research located in Princeton, NJ as a member of the 2D to 3D video conversion team
- Performed research and development on 2D-3D video conversion and reconstruction, especially on video mosaicing, image inpainting and visually consistent video inpainting algorithms
- Developed a video inpainting and stereo reconstruction software which reduces the operator's workload by 90% in 2D to 3D video conversion process

- Patent application pending for developed algorithms, systems and software

Aselsan
Senior Software Engineer
June 2002 - August 2009 (7 years 3 months)

- Expertise in model based design, safety critical programming and computer vision
- Developed company-wide coding, design and reusability standards for C++, C# and UML
- Responsible for integration of helicopter control software project
- Responsible for coordinated software integration of several major avionics projects
- Designed and developed Computer Vision algorithms for multi-target tracking algorithms in thermal imaging systems. Algorithms are being used in several manned and unmanned airborne, ground and naval vehicles
- Designed modular target tracking architecture for multi-platform application of the target tracking algorithms. With this architecture, same algorithm code was being used in in production systems with 4+ CPU different types and 5+ OSs different without any changes
- Designed and developed real-time 3D visual simulation environment for target tracking application to be used in multiple projects. Production code was being directly tested on simulation environment
- Developed UML design strategies for company division
- Developed graphical user interface design and testing tool for avionic systems for rapid prototyping, document generation and generating complete live system mocks
- Gave one-to-one and group trainings to new employees on ongoing projects, design criteria, safety critical coding and system integration topics
- Published nine company-wide technical reports

Aselsan
Intern Engineer
July 2000 - August 2000 (2 months)

- Worked on video processing algorithms to reconstruct analog video signals in to color digital image frames using Matlab Simulink

Aselsan
Intern Engineer
July 1999 - August 1999 (2 months)

- Worked on data transfer using modulated LASER signals for long distance, low-loss data communications
- Worked on video processing algorithms to reconstruct analog video signals in to digital image frames using Intel 8051 microprocessors

_____

## Education

### Rutgers, The State University of New Jersey-New Brunswick
Doctor of Philosophy (Ph.D.), Computer Science · (2009 - 2015)

### Orta Doğu Teknik Üniversitesi / Middle East Technical University
Master of Science (M.Sc.), Electrical and Electronics Engineering · (2003 - 2006)

### Orta Doğu Teknik Üniversitesi / Middle East Technical University
B.Sc., Mathematics · (1999 - 2003)

### Orta Doğu Teknik Üniversitesi / Middle East Technical University
B.Sc., Electrical and Electronics Engineering · (1998 - 2002)

# Tyler O'Meara

Software Engineer at Google

Austin

## Contact

www.linkedin.com/in/tyleromeara
(LinkedIn)

## Top Skills

Java
Python
C++

## Languages

English

## Publications

Securing DNSSEC Against State
Level Adversaries

Securing NFC Credit Card Payments
against Malicious Retailers

## Summary

I'm a Software Engineer with experience working at Quora, Dropbox, and Visa. My areas of interest within Computer Science are Distributed Systems, Security Engineering, Networking, and Software Engineering. While at Quora and Dropbox, I worked on the infrastructure security teams, developing applications and designing distributed systems tailored for security and reliability in large internal infrastructures.

------

## Experience

### Google

Software Engineer

January 2018 - Present (3 years 1 month)

Mountain View, California

### Quora

Software Engineer

January 2017 - January 2018 (1 year 1 month)

Mountain View, California

At Quora I worked as a Software Engineer on the Infrastructure team with a primary focus on Infrastructure Security. In addition to my work on infrastructure security, I worked with other members of the infrastructure team to propose and enact changes to our core infrastructure to improve security, reliability and operational overhead. I also assisted engineers across the company in designing distributed systems that are performant, reliable, and secure while maintaining simplicity.

• Designed, implemented, and rolled out new extensible SSH infrastructure to all developers with minimal interruption to existing workflows
• Leveraged the new SSH infrastructure to require two factor authentication (2FA), central key management, and improved auditability for all SSH connections
• Developed a long term plan for the ingestion, processing, and analysis of security logs in collaboration with the Data Platform team

• Led infrastructure modernization efforts by pioneering the use of new industry standard technologies such as Docker containers and autohealing infrastructure

• Coordinated with several engineers to enact process improvements for documentation, response, and long term resolution of infrastructure incidents and to improve team efficiency

## Dropbox
Software Engineering Intern
May 2016 - August 2016 (4 months)
San Francisco

Member of the Infrastructure Security Team, which works to keep Dropbox's production infrastructure secure.

I worked on security improvements to Grouper (https://github.com/dropbox/grouper), which is an open source Python based access control/authorization program used at Dropbox for managing the access of employees.

Changes I made include:

* Support for groups to have default expiration times after which members are automatically removed

* Support for users to select which shell they prefer to use (i.e. bash or zsh)

* Tagging public keys, which allows users to restrict what uses a given SSH key is valid for

* Adding Service Account support in order to facilitate access for non-human users (such as automated scripts and programs)

* Add support for integrating with and managing secret distribution systems

* Enable users to add passwords to their accounts for backwards compatibility with applications that don't yet support OAuth2

* Automatically detect users with improper access to audited groups and revoke that access

## Visa
Software Engineering Intern
June 2015 - August 2015 (3 months)

———

# Education

## Stanford University
Master of Science - MS, Computer Science · (2019 - 2021)

## The University of Texas at Austin

Bachelor of Science (B.S.), Computer Science · (2014 - 2016)

## Contact

www.linkedin.com/in/
vamsivishnubhotla (LinkedIn)

## Top Skills

Web Development
JavaScript
Computer Science

## Languages

**Telugu** (Limited Working)

**English** (Native or Bilingual)

# Vamsi Vishnubhotla

Software Engineer at Google

Austin

## Experience

### Google
Software Engineer
April 2020 - Present (10 months)
Austin, Texas, United States

### Amazon Web Services (AWS)
Software Development Engineer II
July 2019 - March 2020 (9 months)
Greater Seattle Area

### athenahealth
4 years 9 months

Senior Software Engineer
February 2017 - May 2019 (2 years 4 months)
Austin, Texas Area

• Implemented an HL7 FHIR-compliant REST API for surfacing Scheduling
related data
to consumers, both within the company and to third-party partners.
• Building and deploying containerized microservices to perform event stream
processing for the Patient Access and Scheduling applications.
• Led the technical design for a real-time data pipeline using Kafka from our
on-prem
data centers to our public cloud hosted applications so we could gradually
migrate
clients to our new services.

Software Engineer
September 2014 - February 2017 (2 years 6 months)
Austin, Texas Area

• Briefly worked on Production Support for athenaCoordinator, the platform that
allows practices to share documents (referrals, orders, etc) with one another.
• While on the Scheduling team, where we did a re-architecting of the
scheduling solutions for healthcare providers, including developing the

platform and APIs for surfacing appointment availability that both internal and external applications consume.

• Built the workflows that enable clients to migrate from the legacy scheduling system onto the newly constructed one.

The University of Texas at Austin
Student Associate Developer
September 2013 - July 2014 (11 months)

———

## Education

The University of Texas at Austin

Bachelor of Science (BS), Computer Science · (2009 - 2014)

Mcneil High School

High School Diploma · (2005 - 2009)

## Contact

www.linkedin.com/in/ericchen99
(LinkedIn)

## Top Skills

Microsoft Office
Microsoft Excel
Microsoft Word

## Languages

**English** (Professional Working)
**Mandarin** (Native or Bilingual)

## Publications

Crush GMAT on First Try
GMAT Verbal Preparation

# Wenbin Chen

Software Engineer at Google
Austin

## Summary

• Language: Java (4+ years) and Python (3+ years)
• Computer Science Basic: excellent analytic and problem solving skills, solid in data structures, algo-
rithms, SQL, and OOP/OOD
• Distributed System: HDFS, Dynamo, BigTable, Kafka
• Database: MySQL, Cassandra, MongoDB
• Big Data: Fluent in data collection, data extracting, data clean, data analysis and visualization; familiar with big data frameworks such as Storm and Hadoop
• Machine Learning: SVM, Logistic Regression, Neural Network and Deep Learning

---

## Experience

**Google**
Software Engineer
March 2020 - Present (11 months)
Austin, Texas, United States

---

## Education

**International Technological University (ITU)**
Master's degree, Computer Software Engineering · (2017 - 2019)

**The University of Taxas at Dallas**
M.S., Information Technology and Management · (2013 - 2014)

**Xi'an Jiaotong University**
B.S., Public Health · (2001 - 2006)

## Contact

www.linkedin.com/in/wgmit
(LinkedIn)

## Top Skills

Agile Methodologies

Cloud Computing

Project Management

# William Gerber

Software Engineering Manager at Google

Austin

## Summary

Over 18 years of software development life cycle experience with hands on involvement in all stages of delivering on-prem, hosted, and cloud native solutions. Experienced working with stakeholders to turn ideas into concrete requirements and plans. Collaborative team leadership approach used to foster ownership of goals and sustain high velocity team output. Constant balancing of time-to-market, cost, and quality based on deep technical knowledge and open exchange of ideas.

---

## Experience

### Google

Software Engineering Manager

December 2019 - Present (1 year 2 months)

Austin, Texas Area

### Zenoss, Inc.

8 years 1 month

Senior Software Engineering Manager

September 2017 - November 2019 (2 years 3 months)

Austin, Texas Area

- Created company's first cloud native application on schedule with fixed resources.
- Achieved rapid results through the use of GCP technologies including Cloud Dataflow, Pub/Sub, Kubernetes, Bigtable, and more.
- Composed initial set of SLI/SLO/SLAs for new application by working with stakeholders and operations/SRE team.
- Designed and implemented modern UX/UI by working with internal and external stakeholders to define user journeys, wireframes, and prototypes.

Software Engineering Manager

November 2012 - September 2017 (4 years 11 months)

Austin, Texas Area

- Improved installation and manageability of on-prem application through Docker containerization and distribution/coordination across multiple hosts.
- Optimized time series data storage system by replacing existing storage with OpenTSDB on HBase.
- Regulated license compliance through training and licenses scanning.
- Directed customer crisis escalations through ultimate resolution.

### Senior Software Engineer
November 2011 - October 2012 (1 year)
Austin, Texas Area

- Dramatically decreased ETL load time by optimizing MySQL stored procedures, SQL queries, and database schema design.
- Served as sole engineer supporting business intelligence tool using Java, Spring Framework, MySQL stored procedures, and ETL processes.
- Investigated and resolved customer escalations.

### Coral Networks
Software Engineering Manager and Developer
August 2009 - November 2011 (2 years 4 months)

- Initial developer hired by founder to expand on his Java application and integrate it with Rackspace VM services.
- Built engineering team from ground up and served as manager and developer.

### Eastern Research Group (ERG)
Project Manager and Engineer
March 2001 - August 2009 (8 years 6 months)

- Designed, developed, and launched online systems for reporting and managing air pollution inventories for various state and national agencies.
- Architected Oracle data warehouse with Star Schema, wrote ETL processes, and created Oracle stored procedures.

———

# Education

### Massachusetts Institute of Technology
Masters, Nuclear Engineering

### The University of Texas at Austin
BS, Mechanical Engineering

## Contact

www.linkedin.com/in/william-magro (LinkedIn)

## Top Skills

High Performance Computing
Parallel Computing
Business Strategy

## Languages

German

# William Magro

Chief Technologist, High Performance Computing at Google
Austin

## Experience

**Google**
Chief Technologist, High Performance Computing
August 2020 - Present (6 months)
Austin, Texas, United States

**Intel Corporation**
20 years 4 months

Intel Fellow and Chief Technologist, High Performance Computing
March 2017 - August 2020 (3 years 6 months)
Austin, Texas Area

Intel Fellow and Chief Technologist, HPC Software
November 2015 - March 2017 (1 year 5 months)
Urbana-Champaign, Illinois Area

Intel Fellow and Chief Technologist, Technical Computing Software
April 2014 - November 2015 (1 year 8 months)

Director, Technical Computing Software Solutions
September 2011 - April 2014 (2 years 8 months)

Director, HPC Software Solutions
2006 - September 2011 (5 years)

Director, Parallel Applications Center
May 2000 - 2006 (6 years)

**Infiniband Trade Association**
Co Chair, Technical Working Group
November 2007 - August 2020 (12 years 10 months)
As co-chair of the Technical Working Group, responsible for the technical
definition and evolution of the InfiniBand specification and standard, including
classic InfiniBand fabrics and RoCE (RDMA over Ethernet). The TWG
oversees all IBTA technical working groups, including Link WG, Electrical WG,
Software WG, Management WG, and ad hoc working group, as required.

Kuck and Associates, Inc.

Product Manager
September 1997 - May 2000 (2 years 9 months)

Cornell University

3 years

Member of the Technical Staff, Cornell Theory Center
1996 - September 1997 (1 year)

NSF Postdoctoral Fellow
1994 - 1996 (2 years)
Ithaca, New York, United States

Postdoctoral associate in Physics and High-Performance Computing at the
Cornell Theory Center, an NSF-funded national super-computing center.

———

# Education

University of Illinois at Urbana-Champaign

Ph.D., Quantum Many-body Physics · (1988 - 1994)

Cornell University

B.Eng, Applied and Engineering Physics · (1984 - 1988)

## Contact

www.linkedin.com/in/xuezhu-zhang-494757115 (LinkedIn)

## Top Skills

C++
SQL
Java

# Xuezhu Zhang

Software Engineer at Google

Austin

## Summary

--Strong Data Structures, Algorithms knowledge and analysis skills, solid understanding of
object oriented programming and design patterns
--Experienced in software development utilizing multiple languages including Java, JavaScript，C++, Ruby，PHP and SQL with IDEs/tools(Eclipse, vim)
--Hands on experience in UNIX/Linux/OS X environments
--Experience in web application and mobile app development using WordPress and Android
studio
--In-depth knowledge in multi-thread, asynchronous and event based programming
--Highly self-motivated, quick learner, excellent communication and interpersonal skills

―――――

## Experience

**Google**
Software Engineer
November 2019 - Present (1 year 3 months)
Austin, Texas

**Amazon**
Software Development Engineer
February 2018 - November 2019 (1 year 10 months)
Austin, Texas

**Amazon**
SDE Intern
May 2017 - August 2017 (4 months)
Austin, Texas Area

―――――

## Education

## Texas State University

Master of Science (M.S.), Computer Software Engineering · (2016 - 2017)

## University of Houston

Bioengineering and Biomedical Engineering · (2014 - 2015)

## Sun Yat-Sen University

Bachelor of Engineering (B.E.)  · (2008 - 2012)

## Contact

www.linkedin.com/in/zakrywilson
(LinkedIn)
github.com/zakrywilson (Portfolio)

## Top Skills

Java

Python

C

## Languages

English (Native or Bilingual)

## Certifications

Audio Recording Technology

## Honors-Awards

Colorado State Cup Soccer MVP

# Zach Wilson

Software Engineer at Google
Austin

## Experience

### Google
2 years 8 months

Software Engineer
June 2020 - Present (8 months)
Austin, Texas, United States

Technical Solutions Engineer
June 2018 - June 2020 (2 years 1 month)
Austin, Texas Area

One year doing support for GCP; another year developing for the GCP console before switching to Software Engineer.

### a.i. solutions
Software Engineer
May 2016 - June 2018 (2 years 2 months)
Colorado Springs, Colorado Area

• Java 8, Python, Kotlin, Bash, Batch

• Linux (CentOS, Fedora, Ubuntu), Windows

• WebLogic, JBoss WildFly, WildFly Swarm, Tomcat, Jetty

• Spring Boot, Netflix OOS, Dropwizard, Swagger, Jersey, Apache CXF

• REST, SOAP, JMS (HornetQ, ActiveMQ), JAX-WS, JAXB, JAX-RS

• JPA (Hibernate), JDBC, MySQL, PostgreSQL, Oracle, MongoDB

• SoapUI, JUnit, Mockito, WireMock, Arquillian

• JavaFX, Java Swing

• XML, HTML, CSS, YAML, JSON

• Git, GitHub, Bitbucket, SVN

• Maven, Gradle, Jenkins

### New Life Church
Audio Engineer
February 2015 - November 2016 (1 year 10 months)

• In-depth knowledge of audio systems

• Audio signal processing

• Microphone techniques

• Attention to detail

• Working well under pressure

• Ability to change priorities and demands on the fly

• Working as a team

Northrop Grumman Corporation
Software Developer (Intern)
May 2015 - May 2016 (1 year 1 month)
Colorado Springs, Colorado

• Decreased execution time of Java message manipulation system by 52%.

• Designed Java Swing GUI for simpler usage of file processing systems

• Improved team project code coverage by 37%.

• Refactored and merged several packages to enhance extensibility and increase simplicity of code base.

• Eliminated 95% of all FindBugs in team Java code base.

———

## Education

University of Colorado Colorado Springs
Bachelor of Science (B.S.), Computer Science · (2012 - 2016)

Citrus College
Audio Engineering Certificate, Recording Arts Technology/
Technician · (2011 - 2012)

Azusa Pacific University
Music Theory · (2010 - 2011)