# EXHIBIT 5

  

## Lone Star State

Google has been proud to call Texas home since 2007. We remain deeply committed to our Texas roots and are excited to officially break ground on our first-ever Texas data center.

## Midlothian, Texas

Welcome    Working Here    Community

Welcome

### Google is proud to call Texas home to one of our data centers.

In June of 2019, Google officially broke ground on its $600 million data center in Midlothian, Texas. Once fully operational, our data center will employ a number of people

Since 2011, we've awarded more than $4 million to Texas schools and nonprofits.

## Why did Google choose Midlothian?

Midlothian has the right combination of energy infrastructure, developable land, and available workforce for the data center.

## Where do I get more information?

For community-related questions, please email
midlothian@google.com.

Members of the media, please email
press@google.com.

For answers to frequently asked questions, see our FAQ.

## Related sites

The magic behind the cloud
See how Google Data Centers keep the internet up and running while supporting their communities.

Data center infographic
Learn how data centers support economies and job creation.

Economic impact report
Read how Google Data Centers support the economy.





| Privacy | Terms | About Google | Press Corner | Careers | Sustainability | Google Cloud |

Help   English