# EXHIBIT 6


Google Data Centers

# Discover our data center locations

We own and operate data centers around the world to keep our products running 24 hours a day, 7 days a week.

Berkeley County, South Carolina

Council Bluffs, Iowa

The Dalles, Oregon

Douglas County, Georgia

Henderson, Nevada

Jackson County, Alabama

Lenoir, North Carolina

Loudoun County, Virginia

Mayes County, Oklahoma

Midlothian, Texas

Montgomery County, Tennessee

New Albany, Ohio

Data Centers

Quilicura, Chile

Dublin, Ireland

Eemshaven, Netherlands

Fredericia, Denmark

Hamina, Finland

St. Ghislain, Belgium

Changhua County, Taiwan

Singapore



Privacy  Terms  About Google  Press Corner  Careers  Sustainability  Google Cloud

Help  English