# EXHIBIT 7

United States Field Offices

Oracle Contacts **Field Offices** Global Contacts Employment Verification

# United States Field Offices

Each Oracle office provides specific services to Oracle customers, from sales and consulting to education and support. To learn more about these offerings, contact the Oracle office near you.

California

# California

## Irvine

17901 Von Karman Avenue
Suite 800
Irvine, CA 92614
Phone: +1.949.623.9700
Fax: +1.949.623.9698

## Oakland

1330 Broadway
Suite 800
Oakland, CA 94612

## Pleasanton

5805 Owens Drive
Pleasanton, CA 94588
Phone Numbers:
Phone: +1.925.694.3000
Fax: +1.800.380.7638

## Redwood Shores

500 Oracle Parkway
Redwood Shores, CA 94065
Phone: +1.650.506.7000

## Rocklin

1001 Sunset Boulevard
Rocklin, CA 95765
Phone:

## San Francisco

475 Sansome Street
15th Floor
San Francisco, CA 94111

## San Jose

488 Almaden Boulevard
San Jose, CA 95110

## Santa Clara

4230 Leonard Stocking Drive
Santa Clara, CA

### Santa Monica

2600 Colorado
Avenue
Santa Monica, CA
90404-3521
Phone:
+1.424.538.3600

### Santa Monica

The Water Garden
1620 26th Street
Suite100S
Santa Monica, CA
90404
Phone:
+1.310.633.2100
Fax: +1.310.633.2620

# Colorado

### Broomfield

500 Eldorado Blvd.
Broomfield, CO
80021
Phone:
+1.303.464.4000

### Colorado Springs

12320 Oracle Blvd.
Colorado Springs,
CO 80921
Phone:
+1.719.577.8000
Fax: +1.719.757.2037

### Denver

7604 Technology
Way
Denver, CO 80237
Phone:
+1.303.334.4000

### Denver

7700 Technology
Way
Denver, CO 80237
Phone:
+1.303.334.4000

# Connecticut

### Stamford

900 Long Ridge
Road
Stamford, CT 06902
Phone:

# District of Columbia

## Washington

901 F Street NW
Suite 800
Washington, DC
20004

# Florida

## Miami

6505 Blue Lagoon Drive
Suite 400
Miami, FL 33126
Phone: +1.305.260.7200
Fax: +1.305.265.9434

## Naples

2640 Golden Gate Parkway
Suite 300
Naples, FL 34105
Phone: +1.239.963.0800
Fax: +1.239.963.0950

## Orlando

Lakefront
7453 TG Lee Boulevard
Orlando, FL 32822
Phone: +1.407.458.1200
Fax: +1.407.251.0812

## Orlando

Citadel II
5955 TG Lee Boulevard
Orlando, FL 32822
Phone: +1.407.458.1200
Fax: +1.407.458.2543

## Sunrise

1300 Concord Terrace
Suite 320
Sunrise, FL 33323
Phone: +1.954.331.8200
Fax: +1.954.838.0052

# Illinois

## Chicago

111 West Jackson Boulevard
Suite 1000
Chicago, IL 60604
Phone: +1.773.475.5400
Fax: +1.312.662.1590

## Chicago

Willis Tower
233 South Wacker Drive
45th Floor
Chicago, IL 60606
Phone: +1.312.651.8000
Fax: +1.312.559.8402

## Deerfield

1405 Lake Cook Road
Deerfield, IL 60015
Phone: +1.847.245.0100
Fax: +1.847.239.1202

# Maryland

## Columbia

Annapolis Junction
306 Sentinel Drive
4th Floor
Annapolis Junction, MD 20701
Phone: +1.301.206.6800
Fax: +1.301.490.9237

## Columbia

7031 Columbia Gateway Drive
Columbia, MD 21046-2583
Phone: +1.443.285.8000
Fax: +1.667.786.6171

# Massachusetts

## Burlington

95 Network Drive
Burlington, MA 01803

## Burlington

10 Van de Graaff Drive
Burlington, MA

## Cambridge

One Main Street
6th Floor

Fax: +1.781.744.0001 Fax: +1.617.386.1431

# Minnesota

## Minneapolis

Oracle Centre
900 Second Avenue
South
Suite 900
Minneapolis, MN
55402
Phone:
+1.612.587.5000
Fax: +1.612.587.5100

# Montana

## Bozeman

161 Enterprise Blvd.
Bozeman, MT 59718
Phone:
+1.406.522.4200
Fax: +
1.406.414.8077

# Nevada

## Las Vegas

Street
Las Vegas, NV
89118-4335
Phone:
+1.702.854.7200
Fax:
+1.702.257.0260

# New Hampshire

## Nashua

One Oracle Drive
Nashua, NH 03062
Phone:
+1.603.897.3501
Fax:
+1.603.897.3008

# New Jersey

## Bridgewater

100 Somerset
Corporate Blvd.
Bridgewater, NJ
08807
Phone:
+1.908.547.6200
Fax: +1.908.547.1975

## East Brunswick

557 Cranbury Road
Suite 11
East Brunswick, NJ
08816
Phone:
+1.732.387.1620
Fax: +1.732.613.1584

## Edison

399 Thornall Street
6th Floor
Edison, NJ 08837

# New York

## New York City

120 Park Avenue
26th Floor
New York, NY 10017
Phone:
+1.212.508.7700
Fax: +1.212.508.7703

## New York City

315 Park Avenue
South
8th Floor
New York, NY 10010
Phone:
+1.646.313.1700
Fax: +1.646.313.1674

# North Carolina

## Durham

Washington
Building
324 Blackwell Street
Suite 410
Durham, NC 27701
Phone:
+1.919.595.2500
Fax: +1.919.595.2499

## Morrisville

Perimeter Park
5200 East
Paramount
Suite 100
Morrisville, NC
27560
Phone:
+1.919.205.6000
Fax: +1.919.468.3736

# Ohio

## Solon

6675 Parkland Blvd.
Suite A
Solon, OH 44139

+1.440.264.2601

# Oregon

## Hillsboro

3295 NE 83rd Avenue
Hillsboro, OR 97124
Phone: +1.503.495.8000
Fax: +1.503.495.8001

## Hillsboro

3380 NE 79th Avenue
Hillsboro, OR 97124
Phone: +1.503.495.8000
Fax: +1.503.495.8073

# Pennsylvania

## West Conshohocken

5 Tower Bridge
300 Barr Harbor Drive
Suite 400
West Conshohocken, PA 19428
Phone: +1.610.729.3600
Fax: +1.610.729.3500

### Headquarters

2300 Oracle Way
Austin, TX 78741
Phone:
+1.737.867.1000

7460 Warren
Parkway
Suite 300
Frisco, TX 75034
Phone:
+1.972.963.2300
Fax: +1.972.963.2301

613 NW Loop 410
Suite 1000
San Antonio, TX
78216-5507
Phone:
+1.210.536.9200
Fax: +1.210.541.0598

# Utah

### Lehi

3450 North
Triumph Boulevard
Suite 300
Lehi, Utah 84043
Phone:
+1.385.345.9000
Fax:
+1.385.345.9693

# Virginia

### Arlington

2311 Wilson
Boulevard
Arlington, VA 22201
Phone:
+1.703.310.3600
Fax: +1.571.227.9721

### Reston

1910 Oracle Way
Reston, VA 20190
Phone:
+1.703.478.9000
Fax:
+1.703.318.6340

# Washington

### Bellevue

One Bellevue Center
411 108th Avenue NE
Suite 900
Bellevue, WA 98004
Phone: +1.425.945.8200
Fax: +1.425.945.8243

### Seattle

Russell Investments Center
1301 2nd Avenue
Seattle, WA 98101-2930
Phone: +1.206.830.1000
Fax: +1.206.830.1620

### Seattle

1501 Fourth Avenue
Suite 1800
Seattle, WA 98101
Phone: +1.206.695.9000
Fax: +1.206.467.5505

# World Headquarters

Resources for

Developers
Startups
Students and Educators

Partners

Oracle PartnerNetwork
Find a Partner
Log in to OPN

Solutions

Artificial Intelligence
Internet of Things
Blockchain

What's New

How we're taking on COVID-19
Java SE Downloads
Try Oracle Cloud Free Tier

US Sales: +1.800.633.0738

How can we help?

Subscribe to emails

Country/Region

© 2021 Oracle

Site Map

Privacy / Do Not Sell My Info

Cookie Preferences

Ad Choices

Careers

Start chat       Contact or call

Technology

# Oracle Moves Headquarters to Texas, Joining Valley Exodus

By Nico Grant and Scott Deveau
December 11, 2020, 1:38 PM PST
*Updated on December 11, 2020, 3:45 PM PST*

- Company says shifting locations to give flexibility to workers
- Software maker follows HPE, Palantir in leaving California

Oracle Moves From Silicon Valley to Texas

Oracle Corp., a Silicon Valley stalwart, has moved its headquarters to Texas, becoming the latest technology company to leave its home state in the face of California's higher taxes, steeper cost of living and a broader shift to remote work.

The move to Austin from Redwood City "means that many of our employees can choose their office location as well as continue to work from home part time or all of the time," Oracle said Friday in a regulatory filing. The company will continue to support its former headquarters and other U.S. offices in Santa Monica, California; Seattle; Denver; Orlando, Florida; and Burlington, Massachusetts, according to the filing.

The software maker said it had 135,000 employees as of the end of May. Like many other companies, the spread of coronavirus has prompted Oracle to offer staffers more flexible arrangements, including the ability to work from home. It's just one of a number of companies, executives and employees that are ditching California because of concerns over the state's tax rates and high costs, as well as arduous commutes in some locales.

Oracle's shift of resources away from California dates at least to 2018, led by Executive Chairman Larry Ellison and the late co-Chief Executive Officer Mark Hurd. That year, Oracle opened a campus in Austin, featuring an on-site apartment building for employees, in an effort to recruit a younger and less costly workforce. The campus could eventually host 10,000 staffers, Oracle said at the time. The company also said last year that its largest annual conference, OpenWorld, would depart its traditional home, San Francisco, in favor of Las Vegas.



The world's second-largest software maker had grown increasingly out of step with its home state. Ellison, the 11th wealthiest person in the world, and Chief Executive Officer Safra Catz have been major supporters of outgoing Republican President Donald Trump, who lost reliably Democratic California in his re-election bid this year. The company has also become a sharp critic of the internet companies that now define the modern Silicon Valley, particularly its longtime foe Google, owned by Alphabet Inc. Texas Governor Greg Abbott welcomed Oracle in a tweet reacting to the news.

The move comes amid Oracle's drive to shed costs during a transition from traditional software to cloud computing, which has resulted in declining revenue for two fiscal years. The company said Thursday it expects sales to grow 2% to 4% in the period that ends in February, which puts Oracle on track to snap that downward streak and increase revenue in the current fiscal year.

The software giant, which provides databases, business applications and cloud services, has spent more than a decade trying to revamp its product line and business model to keep up with much younger rivals born in the internet age, including Google and Amazon.com Inc.

Started in 1977, Oracle has been a foundational company in Silicon Valley and its silver-blue cylindrical buildings in Redwood City, visible from U.S. Highway 101, are the rare landmark in the otherwise sprawling region. It follows other tech innovators in de-emphasizing their California roots. Server maker Hewlett Packard Enterprise Co. said Dec. 1 that it would move headquarters to a Houston suburb, where it is building a new campus. Palantir Technologies Inc. has relocated to Denver this year, from Palo Alto, California.

Tesla Inc. co-founder Elon Musk said this week that he's moved to Texas to focus on big projects under way for Tesla as well as Space Exploration Technologies Corp., which he also runs. He previously moved his private foundation, which was based in California, to Austin. Moving carries enormous tax implications for high net worth individuals. Texas has no personal income tax, while California imposes the highest personal income levies in the nation on its richest residents.

"Wow," said Erik Hallgrimson, vice chairman with brokerage Cushman & Wakefield in Silicon Valley, upon learning of Oracle's action. "You're really seeing a lot of corporate movement out of the state."

Oracle's decision just goes to show how much taxes and public policy can have an impact on corporate decision making, Hallgrimson added.

Even as companies look to leave California, it's still a place that fosters innovative companies, said Phil Mahoney, executive vice chairman at commercial real estate brokerage Newmark, who has worked in Silicon Valley for more than three decades. Many firms that decamp still maintain a presence in the state, he said, and some of the qualities that make it a good place to start and grow a business -- from world class universities to great weather --haven't changed.

"There's no birthright that says Silicon Valley has to get all the great tech companies," Mahoney said in an interview before Oracle's announcement. "But it does have a special sauce that no other place has been able to replicate."

*– With assistance by Noah Buhayar*

*(Updates with more details beginning in the fifth paragraph.)*

---

## In this article

ORCL
**ORACLE CORP**
60.90 USD ▲ +0.54 +0.89%

GOOGL
**ALPHABET INC-A**
1,894.28 USD ▲ +1.72 +0.09%

TSLA
**TESLA INC**
880.80 USD ▲ +34.16 +4.03%

TWTR
**TWITTER INC**
47.84 USD ▼ -0.22 -0.46%

AMZN
**AMAZON.COM INC**
3,294.00 USD ▲ +1.77 +0.05%

Terms of Service Do Not Sell My Info (California) Trademarks Privacy Policy
©2021 Bloomberg L.P. All Rights Reserved
Careers Made in NYC Advertise Ad Choices Contact Us Help