# EXHIBIT 8


AT&T

# Resources

## Get in touch

### Customer Service Contacts

For assistance with Consumer support, Small/Medium Business support, Enterprise Business support, and Executive Customer Care contact.

### Individual Stockholder Contacts

For assistance regarding stock transfers, cost basis worksheets, dividend or dividend reinvestment, direct stock purchases or to enroll in an IRA.

### Institutional Investors Contacts

Contact a member of the AT&T Investor Relations team.

Contacts | AT&T

## Bondholders Contacts

Contact AT&T Treasury for bond-related questions.

## General Inquiries

AT&T's headquarters mailing address.

## AT&T Board of Directors

Contact information.

# How can we help you?

Here are a few ways to get in touch with us, explore our options below.

---

## Customer Service Contacts

Consumer Support:

Contact AT&T by phone or live chat to order new service, track orders and get customer service, billing and tech support

https://www.att.com/contactus/

Small/Medium Business Support

http://www.corp.att.com/businesscontact/

Enterprise Business Support

For Enterprise Businesses with more than 100 employees
https://www.business.att.com/enterprise/support/

Executive Customer Care Contact

If you've contacted Customer Service and require additional support, please use the form below to contact the VP of Customer Care



AT&T
Investor Relations.

## 1 Customer Info

Customer Type:

--Select--

Priority:

Medium

Customer First Name:

Customer Last Name:

Business Name:

Business Hours:

Customer Street Address:

Customer City:

Customer State:

--None--

Customer Zip:

Customer Phone:

Customer Email:

## 2 Summary

Issue Subject:

Service Account Num:

Product: (hold CTRL to select multiple)

**Phone**
 Wireless Phone
 Prepaid Wireless Phone
 Uverse Phone / (VOIP)
 POTS - Plain Old Telephone Service
 AT&T FirstNet
**Internet**
 DSL
 Uverse/Broadband Internet
 Fixed Wireless Internet
**Video**
 Uverse TV

Description:

Contacts | AT&T

Language Preference:

English

Submit

## Individual Stockholder Contacts

Do you have questions on investor briefings? The statistical profile and growth drivers? Recent stock performance? Please visit the AT&T Inc. Investor Relations home page.

For account information or assistance regarding stock transfers, cost basis worksheets, dividend or dividend reinvestment, direct stock purchases or to enroll in an IRA, contact:

Stockholder Services

Stockholder Services Hotline: 1-800-351-7221
(210) 351-3327

- Computershare: 1-800-351-7221
- Outside continental U.S. call collect at 781-575-4729
- Hearing impaired stockholders with access to a TDD device can communicate directly with Computershare by calling 1 888 403-9700.
- Outside the United States, Canada or Puerto Rico, call 781-575-2697.

Stockholder Account correspondence/inquiries:

AT&T Inc.
C/O Computershare
P.O. Box 505005
Louisville, KY 40233
E-mail: att@computershare.com (this e-mail is for stock related inquiries only)

If you have other questions regarding your stock account, you may email Shareowner Services (A) or submit a comment or question online (B).

(A) Link to email with this address: g47603@att.com

(B) If you are a stockholder and would like to submit a comment or question, fill out the form below and we'll route it to the appropriate people.

(Required fields indicated by *)

E-mail address*

Name

City

State              Select State

Zip Code

Phone Number*

Alternate Phone
Number

The more specific you are with your comments or questions, the easier it will be for us to

Contacts | AT&T

address them.

Note: to protect your privacy, do not enter personal information such as Social Security Numbers, account information, etc. on this form.

Stockholder
Comments/Questions*

☐ I'm not a robot

reCAPTCHA
Privacy - Terms

Submit

## Institutional Investors Contacts

Institutional investors may contact any of the managers listed below at investr@att.com.

| Responsibility | Subject Matter |
| --- | --- |

| | Responsibility | Subject Matter |
|---|---|---|
| Amir Rozwadowski | Senior Vice President, Finance and Investor Relations | General |
| Christopher Womack | Sell-Side Analysts | General |
| Michael Black | Sell-Side Analysts | General |
| Matt Gallaher | Buy-Side Investors | General |
| Todd Gericke | Buy-Side Investors | General |
| Kent Evans | Buy-Side Investors & Sell-Side Analysts | Mobility, Business Solutions & Latin America (Mexico) |
| Lindsey Foreman | Buy-Side Investors & Sell-Side Analysts | WarnerMedia |
| Nate Melihercik | Buy-Side Investors & Sell-Side Analysts | WarnerMedia |
| Jamie Anderson | Communications & IR Operations | General |

| | Responsibility | Subject Matter |
|---|---|---|
| Tim Bever | Financial Analysis & IR Operations | General |

## Bondholders Contacts

If you have bond-related questions, you may contact AT&T Treasury.

## General Inquiries

Our headquarters mailing address is

208 S. Akard St.
Dallas, TX 75202

Our main telephone number is (210) 821-4105. (*Please note that while AT&T's corporate headquarters are in Dallas, the main telephone number uses a San Antonio area code.*)

## AT&T Board of Directors

Interested persons may contact the Board of Directors, the non-management directors, the lead director or a specific individual director by sending written comments through the Office of the Secretary of AT&T Inc., 208 S. Akard Street, Suite 2954, Dallas, Texas 75202. The Office will either forward the original materials as addressed or provide Directors with summaries of the submissions, with the originals available for review at the Directors' request.

AT&T Corporate Offices



# AT&T Corporate Offices

1.0 ★ 2 reviews · $$

Corporate office


Directions


Save


Nearby


Send to your phone


Share

 712 E Huntland Dr, Austin, TX 78752

 Opens at 8:00 AM  

att.com

87JV+79 Austin, Texas

## Add missing information

## Photos



All

Street View & 360°

## At this place

**Reyes Company**
No reviews
Non-profit organization

## Review summary

5
4
3
2
1

**1.0**
★ ☆ ☆ ☆ ☆
2 reviews

## Reviews

🔍    Sort

**John Carroll**
Local Guide · 24 reviews

★ ☆ ☆ ☆ ☆   7 months ago
Cant get any help

👍 Like     ↗ Share

AT&T Corporate Offices - Google Maps



**Cody Ayers**
Local Guide · 16 reviews

⭐☆☆☆☆ a year ago

⋮

## People also search for





AT&T Administrati...
4.0 ⭐ (2)
Corporate office

AT&T Hotel and C...
4.5 ⭐ (1,639)
4-star hotel

AT&T St...
4.6 ⭐ (1...
Cell pho...

## Web results



## About this data







AT&T Corporate Of...
1.0 ⭐ (2) · $$
Corporate office

Website

AT&T Administrati...
4.0 ⭐ (2)
Corporate office

AT&T Store
3.9 ⭐ (165) · $$
Cell phone store

Website

AT&T
4.0 ⭐ (1)
Corporate office

AT&T...
4.2 ⭐
Cell p...