# EXHIBIT 9

Home / About / Office Locations / USA / Texas - Austin

Texas - Austin

# Texas - Austin

**Austin**
1301 S Mopac Expressway, Suite 150
Austin, TX 78746
USA
**Phone**: +1 512 741 4300
**Fax**: +1 253 666 6286

## Latest news and insights
See all ›

Top 3 technology trends for Healthcare in 2021 ›

We need to talk about content ›

What's in a name? ›

How to turn SAP migration pains into a high-yield investment ›

**Products and solutions**

› Information Management

› Product suites

› Solutions by industry

› OpenText Cloud Editions (CE)

› OpenText OT2

› Partners and alliances

› Customer stories

**Services**

› Consulting Services

› Managed Services

› Learning Services

› Cloud Managed Services

› Optimize Assist Services

**Community**

› Blogs

› Developer Network

OpenText | Office Locations - Information | Open Text

**Education**

› Training

› EDI Basics

**Support**

› My Support

› Knowledge Base

**About OpenText**

› Leadership team

› Board of Directors

› Press releases

› Careers

› Investors

› Office locations

› Corporate governance

› Corporate citizenship

**Events**

› OpenText World

› Enfuse

› Upcoming events

**Account**

› View my account settings

› Pay my bill



Contact OpenText: Call 1-800-499-6544 or contact us online.

🌐 Global

Copyright © 2021 Open Text Corporation. All rights reserved.

Privacy policy  |  Cookie policy