# EXHIBIT 10

IBM Research    Research areas ⌄    Work with us ⌄    About us ⌄    Blog

# IBM **Research** | Austin

⬇ Explore our research

Connect with us: 

→ Making "Cognitive Music" With IBM Watson    Learn more

## About us

Established in October 1995, IBM Research - Austin is one of 12 IBM research laboratories worldwide. engineers, developers and other experts work together in the lab on a variety of focus areas including software development, system architectures and advancements in cognitive computing and AI. Speci prediction modeling, 3D microprocessor transistor design, and Main Memory Power, Performance, an applying AI to industry challenges such as improving elder care.



## Careers and internships



→ | Explore opportunities

## Location



↓ More information

## Director

Dr. Kevin Nowka is the director of IBM Research – Austin, one of IBM's 12 global research laboratories. He leads a te working on optimized systems for big-data and analytics, mobile computing, and energy-efficient systems and datac

→ Learn more

## Featured Research

Cognitive Eldercare

Watson Beat

# Latest news

→ IBM believes in these 8 startups, including one from Austin

IBM Corp. has partnered with eight startups to accelerate the development of quantum comp revolutionary but still unproven approach to technology that has the potential to change every to internet searches.

→ Taryn Southern's new album is produced entirely by AI

Singer-songwriter and YouTuber Taryn Southern has decided to push the limits of AI composit new album into the "hands" of four AI programs, including IBM's Watson Beat. Aptly titled I A first of its kind to be fully composed with and totally produced by AI when it releases in May.

→ The Watson Beat: Using Machine Learning to Inspire Musical Creativity

IBM has released The Watson Beat as open source on GitHub. You can use it to create rich co melodies.

→ App lets stadium crowds display giant messages with their phones
"3 – 2 – 1 GO!"" shouts the announcer and the crowd all hold up coloured cards that have bee
seats. Mass coordinated displays like this at sporting occasions – such as Leicester City's Pren
above – are always an impressive sight.

# Researchers



Scientists at IBM Research - Austin are pioneering work in AI, cognitive computing, design, and so mu
practical problems, boost productivity and foster new discoveries and applications across industries.

→ Meet the researchers

# Visiting IBM Research - Austin



**Address**
11501 Burnet Road, Austin, TX 78758

→ Get directions

# Join IBM Research - Austin

Join some of the best scientists from around the world at IBM Research - Austin. Key research areas big-data and analytics, mobile computing, and energy-efficient systems and da

Explore opportunities

# What is IBM Research disrupting today

Explore research