# EXHIBIT 11

  Austin - Google Careers

☰   Google Careers                                                    Sign in

🔍  Find your next job at Google.  What do you want to do?

## Austin

111 jobs available

View all jobs

Each one of our locations has its own flavor of Googleyness, featuring unique architecture and design, office traditions, and of course, snacks. But no matter which office you step into, you'll find Googlers building products that help create opportunities for everyone, whether down the street or across the globe. Every day these teams bring their insight, imagination, and a healthy disregard for the impossible. We're looking for future Googlers to build with us. Check out our open roles and apply today.

## Jobs

### Business Strategy
See 13 jobs

This site uses cookies from Google to deliver its services and analyze traffic.

                                                          Learn more       OK

  Google Careers                                         Sign in

 Find your next job at Google. **What do you want to do?**

See 1 jobs

Marketing & Communications
See 2 jobs

People
See 4 jobs

Sales, Service & Support
See 48 jobs

View All

# Locations



This site uses cookies from Google to deliver its services and analyze traffic.

Learn more    OK

 Google Careers

Sign in

Find your next job at Google. What do you want to do?



Leading by example: Growing into management by helping others grow

Read more

This site uses cookies from Google to deliver its services and analyze traffic.

Learn more    OK

Austin - Google Careers


Google Careers     Sign in

Find your next job at Google. What do you want to do?



### Meet the Googlers who are enabling us to hire great people

Read more

This site uses cookies from Google to deliver its services and analyze traffic.

Learn more     OK

 Careers

Sign in

Find your next job at Google. What do you want to do?



### What's it like to work at Google?

Watch the video

Follow Life at Google on

        

This site uses cookies from Google to deliver its services and analyze traffic.

Learn more          OK

 Careers

Sign in

Find your next job at Google. What do you want to do?

Google

Privacy    Terms

 Help

This site uses cookies from Google to deliver its services and analyze traffic.

Learn more    OK