# EXHIBIT 12

# BlackBerry Office Locations

## WATERLOO - BLACKBERRY A

2300 University Ave. E
Waterloo, ON, Canada
N2K 0A2

CLICK FOR DIRECTIONS

## WATERLOO - BLACKBERRY B

2200 University Ave. E
Waterloo, ON, Canada
N2K 0A7

CLICK FOR DIRECTIONS

## WATERLOO - BLACKBERRY C

2240 University Ave. E
Waterloo, ON, Canada
N2K 0A9

CLICK FOR DIRECTIONS

## MISSISSAUGA

4701 Tahoe Blvd.
Mississauga, ON, Canada
L4W 0B5

CLICK FOR DIRECTIONS

## OTTAWA

1001 Farrar Road
Kanata, ON, Canada
K2K 0B3

CLICK FOR DIRECTIONS

## VANCOUVER

Units 201
8331 Eastlake Drive
Burnaby BC

CLICK FOR DIRECTIONS

## NOVI

25849-57 Meadowbrook Road
Marque Corporate Centre
Novi, Michigan 48375

CLICK FOR DIRECTIONS

## TORONTO

Units 701 & 702,
40 Eglinton Avenue East,
Toronto, ON, Canada
M4P 3A2

CLICK FOR DIRECTIONS

## HALIFAX

15 Western Parkway
Bedford, NS, Canada
B4B 0V1

CLICK FOR DIRECTIONS

## AUSTIN

Suite 410, Domain Seven
11501 Alterra Parkway
Austin, TX 78758

CLICK FOR DIRECTIONS

## CARY

CentreGreen Two Building
4000 CentreGreen Way
Cary, NC, United States
27513-5774

CLICK FOR DIRECTIONS

## IRVING

5030 Riverside Drive
Irving, TX, United States
75039

CLICK FOR DIRECTIONS

BlackBerry uses cookies to help make our website better. Some of the cookies are necessary for proper functioning of the site, while others are to help us understand how you use it. Read more here about our cookies, and how you can opt out. By continuing to use this site you accept our use of cookies.

Suite 400
3001 Bishop Drive
San Ramon, CA, United States 94583

CLICK FOR DIRECTIONS

10431 Wateridge Circle
Suite 100
San Diego, CA, United States 92121

CLICK FOR DIRECTIONS

1560 Sawgrass Corporate Parkway
4th Floor
Sunrise, FL, United States 33323

CLICK FOR DIRECTIONS

## BELLEVUE

3350 161St Ave SE
Bellevue, WA, United States 98008

CLICK FOR DIRECTIONS

## NEW YORK

440 Park Avenue South
New York, NY, United States 10016

CLICK FOR DIRECTIONS

## ARLINGTON

Suite 230
1776 Wilson Blvd.
Arlington, VA, United States 22209-2515

CLICK FOR DIRECTIONS

## MARTINEZ

Suites 400 & 600
837 Arnold Drive
Martinez, CA, United States 94553-6627

CLICK FOR DIRECTIONS

## IRVINE

Suites. 600, 700, 800 900, 1000, and 1100
400 Spectrum Center Drive
Irvine, CA 92618

CLICK FOR DIRECTIONS

## PORTLAND

Suite 750, One World Trade Center
121 SW Salmon St.
Portland, Oregon

CLICK FOR DIRECTIONS

## RESTON

Units 676 & 677
MakeOffices
12110 Sunset Hills Rd
Reston VA 20190

## MOUNTAIN VIEW

Suite 300 & 1st Fl
331 Fairchild Drive
Mountain View, CA, United States 94043-2200

## TOKYO

14F Akasaka 1-Chome Center Building
1-11-30 Akasaka, Minato-ku
Tokyo, Japan 107-0052

CLICK FOR DIRECTIONS

CLICK FOR DIRECTIONS

CLICK FOR DIRECTIONS

## MAIDENHEAD

BlackBerry uses cookies to help make our website better. Some of the cookies are necessary for proper functioning of the site, while others are to help us understand how you use it. Read more here about our cookies, and how you can opt out. By continuing to use this site you accept our use of cookies.



West Street
Maidenhead, Berkshire
SL6 1RL

London, WC2E 7EN

Foley Business Park, Encryption House,
Foley Dr
Kidderminster DY11 7PG
UK

CLICK FOR DIRECTIONS

CLICK FOR DIRECTIONS

CLICK FOR DIRECTIONS

## PARIS

## BLACKBERRY DEUTSCHLAND GmbH

## DUSSELDORF - HEINRICHSTRASSE 155

12 avenue de l'Arche
Courbevoie
France

Andreas Quartier
Ratinger Strasse 9
40213 Duesseldorf
Germany

North-Rhine Westphalia
Düsseldorf, Germany, 40239

CLICK FOR DIRECTIONS

CLICK FOR DIRECTIONS

CLICK FOR DIRECTIONS

## AMSTERDAM

## HANOVER

## MUNICH

White Point
Laarderhoogtweg 25
Amsterdam
1101 EB

Am Listholze 76
30177 Hanover, Germany

Units 40-42
Konrad-Zuse-Platz 8
81829 Munich

CLICK FOR DIRECTIONS

CLICK FOR DIRECTIONS

CLICK FOR DIRECTIONS

## IRELAND

## SYDNEY

## NOIDA

Second Floor
89/90 South Mall, Cork

Three International Towers, Unit 82,
Level 24, 300 Barangaroo Avenue
Sydney, NSW, 2000

Tower 1, Okaya Centre
Plot No. B-5, Sector-62
Unit No.9,10,11 and 12, 6th Floor
Noida, India 201301

CLICK FOR DIRECTIONS

CLICK FOR DIRECTIONS

CLICK FOR DIRECTIONS

## DUBAI

## SEOUL

## HONG KONG

DIC Bldg 5
1st Floor, Unit 118
500604
Dubai, UAE

10/F Kyobo Securities Building

The Lee Gardens

BlackBerry uses cookies to help make our website better. Some of the cookies are necessary for proper functioning of the site, while others are to help us understand how you use it. Read more here about our cookies, and how you can opt out. By continuing to use this site you accept our use of cookies.

CLICK FOR DIRECTIONS

CLICK FOR DIRECTIONS

## BEIJING

## SHANGHAI

## SINGAPORE

Unit 54, 5/F, Tower C
Lei Shing Hong Plaza
No. 8 Wangjing Street
Chaoyang District, Beijing

Shanghai IFC
Tower II, Level 8, 8 Century Ave
Pudong, Shanghai, 200120

47 Scotts Road
Office #09-00 Goldbell Towers
Singapore, 228233

CLICK FOR DIRECTIONS

CLICK FOR DIRECTIONS

CLICK FOR DIRECTIONS

BlackBerry uses cookies to help make our website better. Some of the cookies are necessary for proper functioning of the site, while others are to help us understand how you use it. Read more here about our cookies, and how you can opt out. By continuing to use this site you accept our use of cookies.