# EXHIBIT 24

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| EXPRESS MOBILE, INC., | Civil Action No. 6:20-cv-00803-ADA |
| *Plaintiff,* | Jury Trial Demanded |
| v. | |
| GOOGLE LLC, | |
| *Defendant.* | |

**DECLARATION OF STEVEN H. REMPELL**

1. I, Steven H. Rempell, am the Chief Technology Officer and Chairman of the Board of Directors of Plaintiff Express Mobile, Inc. ("Express Mobile"). I make this declaration based on my own personal knowledge.

2. I reside in the City of Novato in Marin County, California.

3. I am a named inventor on U.S. Patent Nos. 6,546,397, 7,594,168, 9,928,044, 9,471,287 and 9,063,755. I am seventy eight years old and have been an inventor for most of my life. I plan and am willing to appear at trial, assuming my health permits, in Express Mobile's case against Google LLC in Austin or Waco, Texas or wherever the trial will be held.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 12, 2021

_____
Steven H. Rempell