IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| EXPRESS MOBILE, INC., | Civil Action No. 6:20-cv-00803-ADA |
| *Plaintiff,* | Jury Trial Demanded |
| v. | |
| GOOGLE LLC, | |
| *Defendant.* | |

### DECLARATION OF KEN BROWN

1. I, Ken Brown, am a former employee of Plaintiff Express Mobile, Inc. ("Express Mobile"). I am a named inventor on U.S. Patent Nos. 9,928,044, 9,471,287 and 9,063,755. I make this declaration based on my own personal knowledge.

2. I reside in San Martin, California.

3. I am willing to travel to either Austin, Texas or Waco, Texas to appear at trial in Express Mobile's case against Google LLC if called to do so.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 12, 2021.

_____
Ken Brown