# **EXHIBIT 26**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| EXPRESS MOBILE, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant.* | Civil Action No. 6:20-cv-00803-ADA <br><br> Jury Trial Demanded |

## DECLARATION OF DAVID CHROBAK

1. I, David Chrobak, am a former employee of Plaintiff Express Mobile, Inc. ("Express Mobile"). I am a named inventor on U.S. Patent Nos. 9,928,044, 9,471,287 and 9,063,755. I make this declaration based on my own personal knowledge.

2. I currently reside in Concord, California.

3. I am willing to travel to either Austin, Texas or Waco, Texas to appear at trial in Express Mobile's case against Google LLC if I were asked to do so.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 12, 2021

David Chrobak

1