# EXHIBIT 27

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| EXPRESS MOBILE, INC., *Plaintiff,* v. GOOGLE LLC, *Defendant.* | Civil Action No. 6:20-cv-00803-ADA Jury Trial Demanded |

**DECLARATION OF CHERYL KUDELKA**

1. I, Cheryl Kudelka, am the Chief Financial Officer of Plaintiff Express Mobile, Inc. ("Express Mobile"). I make this declaration based on my own personal knowledge.

2. I am responsible for Express Mobile's financial operations.

3. I reside in Santa Clara, California, a town that is near San Jose, California.

4. I understand that I may be a witness at trial and I am willing to travel to either Austin, Texas or Waco, Texas to appear at trial in Express Mobile's case against Google LLC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 12, 2021.

*Cheryl Kudelka*
Cheryl Kudelka

1