# **EXHIBIT 29**

 

Google Workspace

# Choose your edition. Try it free for 14 days.

Google Workspace plans start as low as $6 per user per month for Business Starter, $12 per user per month for Business Standard, and $18 per user per month for Business Plus.

## Every plan includes

d

es for pricing

ct sales

ecure business
overy, retention,
ption
nt video meetings
ttendance meetings
torage per user
e cancellation, in-
nanagement
ge as you need
controls, including
and compliance
ding Vault, DLP,
and enterprise
agement

port (paid

 

Business Starter, Business Standard, and Business Plus plans can be purchased for a maximum of 300 users. There is no minimum or maximum user limit for Enterprise plans.

Google Workspace customers may have access to additional features for a limited promotional period.

## Compare plans in detail


Expand all

### Productivity & Collaboration

| | | | | |
|---|---|---|---|---|
| **Gmail**<br>Business email | ✓ | ✓ | ✓ | ✓ |
| Custom email for your business | ✓ | ✓ | ✓ | ✓ |
| Phishing and spam protection that blocks more than 99.9% of attacks | ✓ | ✓ | ✓ | ✓ |
| Ad-free email experience | ✓ | ✓ | ✓ | ✓ |
| **Meet**<br>Video and voice conferencing | 100 | 150 | 250 | 250 |



# Google Workspace

| | | | | |
|---|---|---|---|---|
| US or international dial-in phone numbers | ✓ | ✓ | ✓ | ✓ |
| Digital whiteboarding | ✓ | ✓ | ✓ | ✓ |
| Meeting recordings saved to Google Drive | — | ✓ | ✓ | ✓ |

▼ See more features

| | | | | |
|---|---|---|---|---|
| **Drive**<br>Secure cloud storage | 30 GB / user | 2 TB / user | 5 TB / user | As much as you need |
| Drive File Stream | ✓ | ✓ | ✓ | ✓ |

▼ See more features

| | | | | |
|---|---|---|---|---|
| **Chat**<br>Team messaging | ✓ | ✓ | ✓ | ✓ |
| Turn history on or off by default | — | ✓ | ✓ | ✓ |
| Auto-accept invitations | — | ✓ | ✓ | ✓ |

▼ See more features

| | | | | |
|---|---|---|---|---|
| **Calendar**<br>Shared calendars | ✓ | ✓ | ✓ | ✓ |
| Browse and reserve conference rooms | ✓ | ✓ | ✓ | ✓ |
| **Docs, Sheets, Slides**<br>Collaborative content creation | ✓ | ✓ | ✓ | ✓ |
| Keep Shared Notes | ✓ | ✓ | ✓ | ✓ |

# Google Workspace

| | | | | |
|---|---|---|---|---|
| Forms survey builder | ✓ | ✓ | ✓ | ✓ |
| Interoperability with Office files | ✓ | ✓ | ✓ | ✓ |
| Easier analysis with Smart Fill, Smart Cleanup, and Answers | ✓ | ✓ | ✓ | ✓ |

▼ See more features

| | | | | |
|---|---|---|---|---|
| **AppSheet** <br> Build apps without code | — | — | — | ✓ |
| **Currents** <br> Engage employees | ✓ | ✓ | ✓ | ✓ |
| **Cloud Search** <br> Smart search | — | 1st party data | 1st party data | 1st & 3rd party data |

## Security & Management

| | | | | |
|---|---|---|---|---|
| 2-step verification | ✓ | ✓ | ✓ | ✓ |
| Group-based policy controls | ✓ | ✓ | ✓ | ✓ |
| Advanced Protection Program | ✓ | ✓ | ✓ | ✓ |
| Endpoint management | Fundamental | Fundamental | Advanced | Enterprise |

▼ See more features

 Google Workspace ☰

See why millions of businesses love and rely on Google Workspace for their business needs.

Get started

# Top questions about Google Workspace pricing

What is a user? ⌄

How do I buy and pay? ⌄

What is the payment plan? ⌄

Add-ons sold separately.

Hardware

 

## Google Meet Hardware

Fast, reliable, easy-to-join web meetings and video conferencing services for any size meeting room.

[Learn more](#)



## Jamboard

A collaborative, digital whiteboard makes it easy to create without boundaries and share ideas in real time.

[Learn more](#)



## Chrome Enterprise

Unlock the business capabilities of Chrome OS, Chrome Browser, and Chrome devices, freeing IT to power your cloud workforce.

# Google Workspace 

Learn more

## Applications



### Voice

An affordable, easy-to-use business telephone solution for organizations of any size.

Get Google Workspace with Voice

Learn more



### AppSheet

A no-code application development solution that enables users to build mobile and web apps without coding.

Learn more



# Google Workspace

Stay in the loop

Follow our Blog

Search this site

Included applications

Security and management

Solutions

Pricing

Add-ons

Resources

Learning and support

More from Google

About Google   Google Products   Privacy   Terms

# Google Workspace