IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| EXPRESS MOBILE, INC., <br><br> Plaintiff, <br> v. <br><br> EXPEDIA, INC. ET AL., <br><br> Defendant. | Case No. 6:20-cv-801-ADA |
| v. <br><br> EBAY, INC. <br><br> Defendant. | Case No. 6:20-cv-802-ADA |
| v. <br><br> FACEBOOK, INC. <br><br> Defendant. | Case No. 6:20-cv-803-ADA |
| v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 6:20-cv-804-ADA |
| v. <br><br> ATLASSIAN CORP. PLC ET AL., <br><br> Defendant. | Case No. 6:20-cv-805-ADA |

**DEFENDANTS' JOINT STATUS REPORT REGARDING PENDING MOTIONS**

A *Markman* hearing is currently scheduled on August 3, 2021 in each of the above-captioned cases. Pursuant to this Court's Amended Standing Order Regarding Motion For Inter-District Transfer, Expedia, Inc. et al. ("Expedia") eBay Inc. ("eBay"), Facebook, Inc. ("Facebook"), Google LLC ("Google"), and Atlassian Corp. PLC et al. ("Atlassian")

(collectively "Defendants") hereby provide the following status report concerning pending inter-district and intra-district transfer motions.

## PENDING MOTIONS

As set out in the table below, eBay, Facebook, Google, Atlassian have each filed Motions to Transfer Venue to The Northern District of California, and each motion is fully briefed and ready for resolution. Expedia has filed a Motion for Intra-District Transfer to the Austin Division of the Western District of Texas. Each Defendant has also filed motions to stay pending resolution of the transfer motions, and those stay motions are likewise fully briefed and ready for resolution.

**Dates of Filings On Motions to Transfer**

| Defendant | Initial Motion | Opposition | Reply |
|---|---|---|---|
| Expedia [Intra-District] (Case No. 6:20-cv-801-ADA) | February 26, 2021 (ECF No. 37) | March 12, 2021 (ECF No. 41) | March 19, 2021 (ECF No. 43) |
| eBay (Case No. 6:20-cv-802-ADA) | February 11, 2021 (ECF No. 24) | March 11, 2021 (ECF No. 32) | April 6, 2021 (ECF No. 44) |
| Facebook (Case No. 6:20-cv-803-ADA) | December 27, 2020 (ECF No. 21) | February 1, 2021 (ECF No. 31) | February 22, 2021 (ECF No. 41) |
| Google (Case No. 6:20-cv-804-ADA) | January 25, 2021 (ECF No. 35) | February 23, 2021 (ECF No. 45) | March 1, 2021 (ECF No. 50) |
| Atlassian (Case No. 6:20-cv-805-ADA) | February 26, 2021 (ECF No. 36) | April 21, 2021 (ECF No. 45) | April 28, 2021 (ECF No. 47) |

**Dates of Filings On Motions to Stay**

| Defendant | Initial Motion | Opposition | Reply |
|---|---|---|---|
| **Expedia** (Case No. 6:20-cv-801-ADA) | February 26, 2021 (ECF No. 38) | March 5, 2021 (ECF No. 40) | March 12, 2021 (ECF No. 42) |
| **eBay** (Case No. 6:20-cv-802-ADA) | February 11, 2021 (ECF No. 25) | March 11, 2021 (ECF No. 34) | April 1, 2021 (ECF No. 38) |
| **Facebook** (Case No. 6:20-cv-803-ADA) | December 27, 2020 (ECF No. 23) | February 1, 2021 (ECF No. 30) | February 19, 2021 (ECF No. 39) |
| **Google** (Case No. 6:20-cv-804-ADA) | January 25, 2021 (ECF No. 37) | February 23, 2021 (ECF No. 44) | March 1, 2021 (ECF No. 52) |
| **Atlassian** (Case No. 6:20-cv-805-ADA) | February 26, 2021 (ECF No. 37) | March 5, 2021 (ECF No. 38) | March 12, 2021 (ECF No. 40) |

Dated: June 22, 2021  /s/ Heidi L. Keefe
Heidi L. Keefe
Elizabeth Stameshkin
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone:    (650) 843-5000
Fax:  (650) 849-7400
hkeefe@cooley.com

Phillip E. Morton
COOLEY LLP
1299 Pennsylvania Avenue
NW, Suite 700
Washington, DC 20004-2400
Telephone:  (202) 842-7800
Facsimile:    (202) 842-7899

Deron R. Dacus (TX 00790553)
THE DACUS FIRM, PC
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543
ddacus@dacusfirm.com

*Attorneys for Defendant Facebook, Inc.*

/s/ *Jeffrey J. Catalano*
Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257

Jeffrey J. Catalano
IL Bar No. 6289197
Email: jcatalano@freeborn.com
Troy D. Smith
IL Bar No. 6297657
Email: tsmith@freeborn.com
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone: (312) 360-6000
Facsimile: (312)-360-3520

Sarah A. Gottlieb
FL Bar No. 125232
Email: sgottlieb@freeborn.com
FREEBORN & PETERS LLP

201 North Franklin Street, Suite 3550
Tampa, FL 33602
Telephone: (813) 488-2920

*Attorneys for Defendants Expedia, Inc. and HomeAway.com, Inc.*


/*s*/ *Will Melehani*
Melissa R. Smith
Texas Bar No. 24001351
melissa@gilliamsmithlaw.com
GILLIAM & SMITH, LLP
303 South Washington Ave.
Marshall, TX  75670
Tel: (903) 934-8450
Fax: (903) 934-9257

Jared Bobrow (pro hac vice)
jbobrow@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Tel: (650) 614-7400
Fax: (650) 614-7401

Will Melehani (pro hac vice)
wmelehani@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Tel: (415) 773-5700
Fax: (415) 773-5759

*Attorneys for Defendant eBay Inc.*

*/s/ G. Blake Thompson*
J. Mark Mann
State Bar No. 12926150
mark@themannfirm.com
G. Blake Thompson
State Bar No. 24042033
blake@themannfirm.com
**MANN | TINDEL | THOMPSON**
201 E. Howard St.
Henderson, Texas 75654
Tel: (903) 657-8540
Fax: (903) 657-6003

Ameet A. Modi (*pro hac vice*)
amodi@desmaraisllp.com
**DESMARAIS LLP**
101 California Street
San Francisco, California 94111
Tel: (415) 573-1900
Fax: (415) 573-1901

John M. Desmarais (*pro hac vice)*
jdesmarais@desmaraisllp.com
Jun Tong (*pro hac vice*)
jtong@desmaraisllp.com
**DESMARAIS LLP**
230 Park Avenue
New York, New York 10169
Tel: (212) 351-3400
Fax: (212) 351-3401

*Attorneys for Defendant Google LLC*


/*s*/ *Adam R. Brausa*

DARALYN J. DURIE (*Pro Hac Vice*)
ddurie@durietangri.com
TIMOTHY C. SAULSBURY (*Pro Hac

*Vice*)
tsaulsbury@durietangri.com
ADAM R. BRAUSA (*Pro Hac Vice*)
abrausa@durietangri.com
VERA RANIERI (*Pro Hac Vice*)
vranieri@durietangri.com
RAGHAV R. KRISHNAPRIYAN (*Pro Hac Vice*)
rkrishnapriayn@durietangri.com
ERIC C. WIENER (*Pro Hac Vice*)
ewiener@durietangri.com
**DURIE TANGRI LLP**
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:     415-362-6666
Facsimile:     415-236-6300

MOON HEE LEE (*Pro Hac Vice*)
mlee@durietangri.com
**DURIE TANGRI LLP**
953 East 3rd Street
Los Angeles, CA 90013
Telephone:     213-992-4499
Facsimile:     415-236-6300

MELISSA R. SMITH (TX SBN 24001351)
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone:     903-934-8450
Facsimile:     903-934-9257

*Attorneys for Defendants*
*ATLASSIAN CORP. PLC and*
*ATLASSIAN, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via ECF on June 22, 2021.

June 22, 20201                    */s/ G. Blake Thompson*
                                  **G. Blake Thompson**